| | |
|---|---|
| DEFENDANT | WILLIAM J. SEARS |
| YOB: | 1966 |
| ADDRESS: | Thornton, Colorado |
| OFFENSE: | Count 1<br>Conspiracy to Defraud the U.S. and Commit Offenses<br>18 U.S.C. § 371<br><br>Count 2<br>Filing False Income Tax Return<br>26 U.S.C. § 7206(1) |
| LOCATION OF OFFENSE: | Adams and Denver County, Colorado, and elsewhere |
| PENALTY: | Count 1<br>NMT 5 years imprisonment, a $250,000 fine, or both; and a $100 Special Assessment Fee; Restitution<br><br>Count 2<br>NMT 3 years imprisonment; NMT $250,000 fine, or both, together with the costs of prosecution; $100.00 Special Assessment |
| AGENT: | Kate Funk<br>Special Agent, Federal Bureau of Investigation<br>Denver, CO<br><br>Michael Godson<br>Special Agent, Internal Revenue Service, Criminal Investigation Division, Denver, CO<br><br>Kenneth Haithcoat<br>Inspector, United States Postal Inspection Service<br>Denver, CO |
| AUTHORIZED BY: | Kenneth M. Harmon<br>Assistant United States Attorney |

ESTIMATED TIME OF TRIAL:

\_\_\_ five days or less      \_\_\_\_\_ over five days      \_\_X\_\_ other

THE GOVERNMENT:

___ will seek detention in this case      **X** will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDEF CASE:                          ___Yes     __X__ No