DEFENDANT                    SCOTT M. DITTMAN

YOB:                         1969

ADDRESS:                     Boyertown, PA

OFFENSE:                     Count 1
                             Conspiracy to Defraud the U.S. and Commit Offenses
                             18 U.S.C. § 371

LOCATION OF OFFENSE:         Adams and Denver, Counties, Colorado, and elsewhwere

PENALTY:                     Count 1
                             NMT 5 years imprisonment, a $250,000 fine, or both; and a $100
                             Special Assessment Fee; Restitution

AGENT:                       Kate Funk
                             Special Agent, Federal Bureau of Investigation
                             Denver, CO

                             Michael Godson
                             Special Agent, Internal Revenue Service, Criminal Investigation
                             Division, Denver, CO

                             Kenneth Haithcoat
                             Inspector, United States Postal Inspection Service
                             Denver, CO

AUTHORIZED BY:               Kenneth M. Harmon
                             Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less     _____ over five days     _____ other

THE GOVERNMENT:

___ will seek detention in this case      __X__ will not seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDEF CASE:                  _____ Yes    __X__ No