IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.**    **WILLIAM J. SEARS,** and
2.    SCOTT M. DITTMAN,

        Defendants.

## ENTRY OF APPEARANCE

Notice is hereby given that Fredric M. Winocur of the law firm Ridley, McGreevy & Winocur, P.C. will appear as counsel on behalf of Defendant William Sears pursuant to Fed. R. Crim. P. 43(b).

Respectfully submitted this 16th day of September 2016.

        */s/ Fredric M. Winocur*
        Fredric M. Winocur, No. 22112
        Ridley, McGreevy & Winocur, P.C.
        303 16th Street, Suite 200
        Denver, Colorado  80202
        Telephone: (303) 629-9700
        Fax:  (303) 629-8702
        Email winocur@ridleylaw.com
        *Attorney for Defendant William J. Sears*

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 16th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                *s/ Heather Cratty*
                Heather Cratty
                Paralegal
                Ridley, McGreevy & Winocur, P.C.
                303 16th Street, Suite 200
                Denver, Colorado  80202