IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. **WILLIAM J. SEARS,** and
2.  SCOTT M. DITTMAN,

  Defendants.

---

## NOTICE OF DISPOSITION

---

  William J. Sears, through undersigned counsel, hereby notifies this Honorable Court that the Defendant and the Government have reached a disposition in this case.

  Respectfully submitted this 16th day of September, 2016.

            *s/ Fredric M. Winocur*
            Fredric M. Winocur, No. 22112
            Ridley, McGreevy & Winocur, P.C.
            303 16th Street, Suite 200
            Denver, Colorado 80202
            Telephone: (303) 629-9700
            Fax: (303) 629-8702
            Email: winocur@ridleylaw.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

      *s/ Heather Cratty*
Heather Cratty
Paralegal
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202