IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **WILLIAM J. SEARS,** and
2. SCOTT M. DITTMAN,

        Defendants.

---

## ENTRY OF APPEARANCE

---

    Notice is hereby given that Marci Gilligan LaBranche of the law firm Ridley, McGreevy & Winocur, P.C. will appear as counsel on behalf of Defendant William J. Sears pursuant to Fed. R. Crim. P. 43(b).

    Respectfully submitted this 16th day of September 2016.

                                          *s/ Marci Gilligan LaBranche*
                                          Marci Gilligan LaBranche, No. 32160
                                          RIDLEY, MCGREEVY & WINOCUR, P.C.
                                          303 16th Street, Suite 200
                                          Denver, Colorado  80202
                                          Telephone: (303) 629-9700
                                          Fax:  (303) 629-8702
                                          Email: labranche@ridleylaw.com
                                          *Attorney for Defendant William J. Sears*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*s/ Heather Cratty*
Heather Cratty
Paralegal
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202

2