PS 40 (Rev. 12/13) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO:   Office of Legal Affairs
U.S. Department of State
CA/PPT/S/L/LA
U.S. Department of State, SA-17A
1150 Passport Service Plaza
Dulles, VA 20189-1150

FROM:

United States District Court
901 - 19th Street, Room A105
Denver, CO 80294-3589

[X] Original Notice
Date: 9/16/2016
By: D. Berardi

[ ] Notice of Disposition
Date: _____
By: _____

Defendant: William Joseph Sears
Date of Birth: [REDACTED]
SSN: _____

Case Number: 16-CR-00301 WJM
Place of Birth: New York

Notice of Court Order (Order Date: 9/15/2016 )

[X] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[X] The above-named defendant surrendered passport number 498719491 and/or passport card number _____ to the custody of the U.S. District Court on 9/16/2016.

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

Distribution:
Original to case file
Department of State
Defendant (or representative)
Clerk of Court