IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00301-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.       WILLIAM J. SEARS and
2.       SCOTT M. DITTMAN

       Defendants.

_____

## GOVERNMENT'S MOTION FOR AN ORDER
## PERMITTING DISCLOSURE OF GRAND JURY MATERIALS
_____

       The UNITED STATES OF AMERICA, by and through its undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i), for an order authorizing the Government to disclose grand jury testimony and exhibits, as well as other materials obtained through the grand jury, to the defendants and their attorneys, as part of discovery in this case, on the terms and conditions outlined below.

       AS GROUNDS for this motion, the Government states as follows:

       1.       Fed. R. Crim. P. 6(e), with various exceptions, prohibits the disclosure of "matters occurring before the grand jury."

       2.       The Government wishes to provide discovery to the defendants, but some of the documents are grand jury transcripts and exhibits or may be materials reflecting matters occurring before the grand jury.

3.      Fed. Fed. R. Crim. P. 6(e)(3)(E)(i) allows for Court-authorized disclosure of matters occurring before a grand jury, when such disclosure is "preliminarily to or in connection with a judicial proceeding."

4.      The pending case against the defendants is a "judicial proceeding" and the requested disclosure is "in connection with" such proceeding.  The Government wishes to provide this discovery, but can only do so with the Court's approval.

5.      Since these proceedings (and the related transcripts and exhibits) remain secret, see Fed. R. Crim. P. 6(e), the Government moves that disclosure only be allowed for purposes of defending this case, and that such disclosure only be made to the defendants and their attorneys; that such transcripts, exhibits and other grand jury material be maintained in the defense attorneys' custody; that such materials shall not be reproduced or disseminated; and that such materials be returned to the United States at the end of this case.

WHEREFORE, the Government prays that the Court authorize the disclosure of grand jury testimony, exhibits and other materials to defendants and their attorneys, in the course of providing discovery in this case, on the terms and conditions outlined above.

Respectfully submitted this 17th day of October, 2016.

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney

by: s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on this 17th day of October, 2016, I electronically filed the foregoing **GOVERNMENT'S MOTION TO DISCLOSE GRAND JURY MATERIAL TO DEFENDANT** with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

Frederic Winocur
winocur@ridleylaw.com

Marci Gilligan LaBranche
labranche@ridleylaw.com

William Taylor
wtaylor@sideman.com

              s/ Andrea K. Hough
              ANDREA K. HOUGH
              Office of the United States Attorney