IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00301-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     WILLIAM J. SEARS and
2.     SCOTT M. DITTMAN

      Defendants.
_____

**ORDER**
_____

      THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e) (3)(E)(i).

      HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

      ORDERED that the Government's motion is granted, and that grand jury testimony and grand jury exhibits and other materials may be disclosed to the defendants and their attorneys in the course of discovery in this case.  It is further

      ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendants and their attorneys; that the defendants' attorneys

shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this ____ day of October, 2016

BY THE COURT:

_____
HON. WILLIAM J. MARTINEZ
UNITED STATES DISTRICT JUDGE