IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen        Date:   November 14, 2016
Court Reporter:      Mary George          Time:   46 minutes

_____

Criminal Action No.  16-cr-00301-WJM        *Counsel:*

UNITED STATES OF AMERICA,                  Kenneth Harmon
                                           Tonya Andrews
        Plaintiff,

v.

1.  WILLIAM J. SEARS,                       Frederic Winocur

        Defendant.

_____

## COURTROOM MINUTES
_____

CHANGE OF PLEA HEARING

10:04 a.m.    Court in Session

Appearances

Also present are Agents Kate Funk and Michael Godson

Defendant is present and on bond.

Oath administered to the defendant.

Defendant advised of maximum penalties.

Defendant's right to trial to jury and other constitutional rights explained.

Mr. Winocur states for the record the extent and scope of the limited waiver of the defendant's appeal and collateral challenge rights contained in the Plea Agreement.

Colloquy between the Court and the defendant

The defendant confirms that he understands and agrees to the limitations contained in the Plea Agreement and his right to appeal the sentence the Court will impose.

Two-Count Information read to the defendant.

Defendant pleads guilty to Counts One and Two of the Information and admits to the forfeiture allegation.

**ORDERED:** **Court Exhibit 1 - Plea Agreement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are RECEIVED into evidence.**

**ORDERED:** **Defendant's plea of guilty to Counts One and Two of the Information and admission to the forfeiture allegation are accepted.**

**ORDERED:** **The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, MUST be filed no later than 14 days prior to the date of the sentencing hearing. Proposed orders on such motions must be provided to the Chambers e-mail address at the same time. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.**

**ORDERED:** **Sentencing is set for Tuesday, April 24, 2017 at 10:30 a.m.**

**ORDERED:** **All hearings and settings in this case other than the Sentencing date are hereby VACATED.  Any pending motions are hereby DENIED as moot.**

Discussion

Mr. Harmon states that the Government will propose redacted Plea Agreements for both Defendant Sears and Defendant Dittman.

**ORDERED:** **Defendant Sears' Plea Agreement will be filed restricted - Level 2.**

**The parties have up to and including Monday, November 28, 2016 to file motions for leave to file redacted Plea Agreements for Defendant Sears and Defendant Dittman – assuming Defendant Dittman goes ahead with his Plea Agreement.**

The Court addresses the application of § 3143 with regard to immediate remand.

Statement by Mr. Harmon

Statement by Mr. Winocur

Discussion

The Court enters findings on the record.

**The Court finds by clear and convincing evidence that the defendant's conditions of release reasonably assure that he will not flee or pose a danger to the safety of the community, and that conditions within the meaning of 18 U.S.C. § 3143 have been met.  Therefore,**

**IT IS ORDERED that the defendant is permitted to remain free on bond subject to the conditions of release as set forth in the Order Setting Conditions of Release entered by the Magistrate Judge, with the following ADDITIONAL CONDITIONS:**

**The defendant will not discuss the facts of this case, the evidence, witnesses, or any of the issues raised by this prosecution, either with his co-defendant, Mr. Dittman, or any other potential witness in this case.**

10:50 a.m.    Court in Recess
              Hearing Concluded