IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00301-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      WILLIAM J. SEARS

      Defendant.

_____

**GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE
REDACTED PLEA AGREEMENT AS TO DEFENDANT SEARS**

_____

The UNITED STATES OF AMERICA, by and through its undersigned counsel, respectfully moves without opposition, to file as an unrestricted document, a redacted version of the Plea Agreement for Defendant William J. Sears, in the form annexed hereto as Exhibit A.

As grounds for the motion, the government states as follows:

1.      On November 14, 2016, this Court conducted a change of plea hearing with respect to defendant Sears, at which time defendant Sears tendered guilty pleas to both counts of the Information filed in this case pursuant to a written plea agreement between Sears and the government.  This Court accepted defendant Sears' guilty pleas, adjudged him guilty of the offenses set forth in the Information and set sentencing with respect to his case for April 25, 2017.  Based on a colloquy with counsel for the parties, the Court agreed to have defendant Sears' plea agreement with the government filed under restriction at Level 2. (DE 48).[1]  The

---

[1]      "DE" refers to the docket entries in this case.

Court permitted the parties leave to submit to the Court a proposed redacted plea agreement that would be available to the public through viewing on the Court's PACER system.

    2.    Thereafter, counsel for the government and defendant Sears consulted and agreed upon the redactions to be made to the version of the Sears plea agreement to be submitted for filing as an unrestricted document.  Exhibit A to this motion is the product of these consultations and bears the proposed redactions to both the plea agreement and its exhibit, a plea terms letter.

    3.    The government is filing, in further support of this motion and the proposed redactions, a memorandum identifying for the Court the passages of the Sears plea agreement which the parties propose to be redacted from the publicly filed version of the plea agreement and the current grounds which support keeping these passages restricted from public view.

    WHEREFORE, the Government prays that the Court authorize the filing of a redacted version of the Plea Agreement of Defendant Sears in the form annexed hereto as Exhibit A.

    Respectfully submitted this  28th  day of November, 2016.

Respectfully submitted,

ROBERT C. TROYER
Acting United States Attorney

by: s/ Kenneth M. Harmon
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Tel. No. (303) 454-0100
Fax No. (303) 454-0402
E-mail: kenneth.harmon@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this <u>28th</u> day of November, 2016, I electronically filed the foregoing **GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE REDACTED PLEA AGREEMENT AS TO DEFENDANT SEARS** with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

Frederic Winocur
winocur@ridleylaw.com

Marci Gilligan LaBranche
labranche@ridleylaw.com

Philip L. Dubois
dubois@dubois.com


<u>s/ Andrea K. Hough</u>
ANDREA K. HOUGH
U.S. Attorney's Office