IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00301-WJM

UNITED STATES OF AMERICA,

> Plaintiff,

v.

1.   WILLIAM J. SEARS

> Defendant.

---

## GOVERNMENT'S MOTION TO RESTRICT DOCKET NUMBER 52

---

The UNITED STATES OF AMERICA, by and through its undersigned counsel, files this Motion to Restrict and states as follows:

1.   The Government asks that docket number 52 be restricted at Level 2.

2.   The basis for filing docket number 52 under restriction is evident from the matters addressed in that document, which matters are confidential in nature and involve ongoing activities.

WHEREFORE, the Government asks this Honorable Court to issue an Order restricting docket number 52.

Respectfully submitted this 28th day of November, 2016.

> Respectfully submitted,
>
> ROBERT C. TROYER
> Acting United States Attorney
>
> by: s/ Kenneth M. Harmon
> KENNETH M. HARMON
> Assistant United States Attorney
> U.S. Attorney's Office
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado 80202
> Tel. No. (303) 454-0100
> Fax No. (303) 454-0402
> E-mail: kenneth.harmon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this  28th   day of November, 2016, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCKET NUMBER 52** with the Clerk of the Court using the CM/ECF which will send notification of such filing to counsel at the following e-mail addresses:

Frederic Winocur
winocur@ridleylaw.com

Marci Gilligan LaBranche
labranche@ridleylaw.com

Philip L. Dubois
dubois@dubois.com


                                        s/ Andrea K. Hough
                                        ANDREA K. HOUGH
                                        U.S. Attorney's Office