IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 16-cr-00301-2-WJM

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**2.   SCOTT M. DITTMAN,**

    **Defendant.**

_____

**UNOPPOSED MOTION FOR PHONE APPEARANCE**
_____

    Counsel for Mr. Dittman asks that the court permit Mr. Dittman to appear by telephone at the status hearing on 29 December 2016 at 2 p.m.   The government does not object.   The court has no available dates for the status hearing before 29 December.   When defense counsel requested 29 December, counsel did not know that Mr. Dittman's children have only the week between Christmas and New Year's Day off from school, meaning that Mr. Dittman's family should spend as much time together as possible.

Respectfully submitted,

s/ Philip L. Dubois                                      Date:   30 November 2016
Lawyer for Scott Dittman
Philip L. Dubois, P.C.
411 S. Cascade Ave. Fl2
Colorado Springs, CO   80903-3809
719-635-4848
email dubois@dubois.com

## CERTIFICATE OF SERVICE

On 30 November 2015, the foregoing was served by means of the court's electronic filing service.

<u>s/ Philip L. Dubois</u>