IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **WILLIAM J. SEARS, and**
2. **SCOTT M. DITTMAN,**

       Defendants.

## DEFENDANTS WILLIAM SEARS' AND SCOTT DITTMAN'S MOTION TO RESTRICT DOCUMENT

COMES NOW; William J. Sears, by and through Fredric M. Winocur and Marci G. LaBranche; and Scott M. Dittman, by and through Philip L. Dubois, and respectfully move to restrict access to the Parties' Joint Status Report and Defendants' Unopposed Motion to Vacate, Consolidate, and Continue Sentencing Hearings, any order revealing the contents of that document, and the brief filed in support of this motion. Defendant's request a "Level 2 Restriction" which would make the document, any order revealing the contents of that document, and brief filed in support of this motion, "viewable by the Court, the government and the affected defendants."

Respectfully submitted this 15th day of March, 2017.

s/ Fredric M. Winocur
Fredric M. Winocur
Marci G. LaBranche
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone: (303) 629-9700
Fax:  (303) 629-8702
Email:   winocur@ridleylaw.com
Email: labranche@ridleylaw.com
*Lawyers for William Sears*

s/ Philip L. Dubois
Philip L. Dubois
411 S. Cascade Ave. F12
Colorado Springs, CO 80903-3809
Telephone: (719) 635-4848
Email:   dubois@dubois.com
*Lawyer for Scott Dittman*

3

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 15th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record on this case including the following:


Kenneth Harmon
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street Suite 700
Denver, Colorado  80202
Telephone: (303) 454-0100
Fax:  (303) 454-0402
Email: kenneth.harmon@usdoj.gov

               *s/  Heather Grant*
               Legal Secretary
               Ridley, McGreevy & Winocur, P.C.
               303 16th Street, Suite 200
               Denver, Colorado 80202
               Telephone: (303) 629-9700
               Email:  grant@ridleylaw.com