IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **WILLIAM J. SEARS, and**
2. **SCOTT M. DITTMAN,**

        Defendants.

## ORDER TO RESTRICT DOCUMENT

        This matter is before the Court on the Defendants' Motion to Restrict Document No. \_\_\_\_.  Upon consideration and for good cause shown,

        IT IS ORDERED that Document No. \_\_\_, the Defendants' Brief in Support of Motion to Restrict Document No. \_\_\_, as well as any order revealing the contents of that document, are hereby restricted until further order of the Court.

        IT IS ORDERED that Document No. \_\_\_ shall be restricted to a "Level 2" and will be "viewable by the Court, the government and the affected defendants" only.

        IT IS SO ORDERED on this _____day of March 2017

                                        BY THE COURT:

                                        _____
                                        JUDGE WILLIAM J. MARTINEZ
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO