IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     WILLIAM J. SEARS, and
2.     SCOTT M. DITTMAN,

        Defendants.

---

**PARTIES' JOINT MOTION TO VACATE MARCH 29, 2017 STATUS HEARING, RESET THE STATUS HEARING AS A TELEPHONIC HEARING AND DEFENDANTS' MOTION TO WAIVE THEIR APPEARANCES**

---

        The United States of America, by and through Kenneth M. Harmon, William J. Sears, by and through Fredric M. Winocur and Marci G. LaBranche, and Scott M. Dittman, by and through Philip L. Dubois, respectfully move to vacate the status hearing set for March 29, 2017, reset that hearing as a telephonic hearing and waive the defendants' appearances. As grounds, the Parties state as follows:

        1.     On March 15, 2017, at the Court's request, the Parties submitted the Parties' Joint Status Report and Defendants' Unopposed Motion to Vacate, Consolidate, and Continue Sentencing Hearings. (Doc.73).

        2.     The Court has set a hearing on the issue for March 29, 2017, at 11:00 a.m. (Doc. 75).

        3.     Counsel for Mr. Dittman is in trial for three weeks beginning on March 27, 2017, and will, therefore, not be available to appear in Denver on March 29,

2017.

4. Counsel for the Parties would be available to reset the hearing to the following dates if they are able to appear by telephone:

    a. March 24, 2017

    b. March 30 or 31, 2017

    c. April 3, 4 or 5, 2017

5. Although Mr. Dubois will still be in trial on from March 30 to April 5, he believes the trial court will permit him to take a recess for a brief hearing on those dates.

6. Additionally, as the Defendants presence is not required at a status hearing under F.R.E. 43, they request that their presence be waived.

Respectfully submitted this 24th day of March, 2017.

*s/ Marci G. LaBranche*
Fredric M. Winocur
Marci G. LaBranche
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone: (303) 629-9700
Fax:  (303) 629-8702
Email:   winocur@ridleylaw.com
Email: labranche@ridleylaw.com
*Lawyers for William Sears*

*s/ Philip L. Dubois*
Philip L. Dubois
411 S. Cascade Ave. F12
Colorado Springs, CO 80903-3809
Telephone: (719) 635-4848
Email:   dubois@dubois.com
*Lawyer for Scott Dittman*

*s/ Kenneth M. Harmon*
KENNETH M. HARMON
Assistant United States Attorney
U.S. Attorney's Office

2

3

                    1225 Seventeenth Street Suite 700
                    Denver, Colorado 80202
                    Telephone: (303) 454-0100
                    Fax: (303) 454-0402
                    Email: kenneth.harmon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                    *s/ Jennifer J. Feldman*
                    Paralegal
                    Ridley, McGreevy & Winocur, P.C.
                    303 16th Street, Suite 200
                    Denver, Colorado 80202
                    Telephone: (303) 629-9700
                    Email: feldman@ridleylaw.com