IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date: March 31, 2017
Court Reporter:    Mary George             Time: twenty-two minutes

_____

Criminal Action No.  16-cr-00301-WJM          *Counsel:*

UNITED STATES OF AMERICA,                    Kenneth Harmon

    Plaintiff,

v.
                                             Frederic Winocur
1. WILLIAM J. SEARS,                         Philip Dubois (by telephone)
2. SCOTT DITTMAN,

    Defendants.

_____

## COURTROOM MINUTES
_____

STATUS CONFERENCE

10:30 a.m.     Court in Session

Appearances

The defendants' appearances were waived for this hearing.

Court's comments

Discussion

**ORDERED:  The May 24, 2017 Sentencing Hearing for Scott Dittman is VACATED, and the April 25, 2017 Sentencing Hearing for William J. Sears is VACATED.**

The Court enters ruling on the record as to Restricted (ECF No. 73).

**ORDERED:** **The Court provisionally grants the Defendants' motion for a single sentencing hearing, subject to a reassessment of this ruling by the Court should future developments in this case so warrant.**

**The parties shall file a Further Joint Status Report no later than Friday, June 30th. The Report shall include, at a minimum, (1) whether a further status conference is appropriate or necessary; (2) whether the parties continue to believe a pre-sentencing evidentiary hearing is required, and (3) whether there is any reason the Court cannot proceed to re-setting the sentencing hearing(s) and the evidentiary hearing on contested sentencing facts, should the parties continue to believe that such a hearing is necessary. To the extent there is a need for a pre-sentencing evidentiary hearing, that hearing will be consolidated as to both defendants.**

10:52  a.m.   Court in Recess
              Conference concluded