INDEX AS LAURA DITTMAN, GRANTOR, AND THE UNITED STATES OF AMERICA, GRANTEE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIAM J. SEARS,
2. SCOTT DITTMAN.

      Defendant.
_____

**NOTICE OF LIS PENDENS**
_____

<u>NAME OF PURPORTED RECORD TITLE OWNERS</u>:

Laura Dittman


PLEASE TAKE NOTICE that the United States of America seeks a judgment and final order of forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) forfeiting to the United States, all right, title, and interest in and to the following real property:

194 Basket Road, Oley, Pennsylvania 19547, more fully described as:

ALL THAT CERTAIN piece, parcel or tract of land situate on the eastern side of Township Road T-608, known as Bull Road, and along the Northerly side of Township Road T-606, known as Basket Road, in the Township of Alsace, County

of Berks and Commonwealth of Pennsylvania, being more fully bounded and described as follows, to wit:

BEGINNING at a point on the eastern side of Township Road T-608, known as Bull Road, said corner being the northwestern corner of the herein described premises; thence leaving the aforesaid Township Road T-608 north seventy-eight degrees three minutes zero seconds east (N, 78 degrees 03' 00" E.) a distance of five hundred thirty-three and twenty-eight hundredths (533.28') to a point on the western side of Strawberry Lane; thence along Strawberry Lane, as shown on the Development of Oley Valley Estates, the four (4) following courses and distances, viz: (1) south eleven degrees fifty-seven minutes zero seconds east (S. 11 degrees 57' 00" E.) a distance of seventy-five feet (75') to a point; (2) north seventy-eight degrees three minutes zero seconds east (N. 78 degrees 03' 00" E.) a distance of fifty feet (50') to a point; (3) north eleven degrees fifty-seven minutes zero seconds west (N. 11 degrees 57' 00" W.) a distance of twenty-five feet (25') to a point; and (4) north seventy-eight degrees three minutes zero seconds east (N. 78 degrees 03'00" E.) a distance of three hundred fifty-one and thirty-three hundredths feet (351.33') to a point in line of property belonging to now or late John Noll; thence along the same south fourteen degrees thirty-two minutes thirty seconds west (S. 14 degrees 32' 30" W.) a distance of nine hundred forty-eight and eighty-one hundredths feet (948.81') to a point in the center of Township Road T-606, known as Basket Road; thence along the center of Township Road T-606, known as Basket Road south fifty-eight degrees forty one minutes zero seconds west (S. 58 degrees 41' 00" W.) a distance of five hundred forty-three and twenty-one hundredths feet (543 .21') to a point on the eastern side of the aforesaid Township Road T-608; thence along the same north eleven degrees fifty three minutes thirty seconds west (N. 11 degrees 53' 30" W.) a distance of one thousand seventy-nine and thirty-two hundredths feet (1079.32') to the place of BEGINNING.

CONTAINING fifteen and seven hundred forty-seven thousandths (15.747) Acres.

DATED this 20th day of April, 2017.

       Respectfully submitted,

       ROBERT C. TROYER
       Acting United States Attorney

By: s/ *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 Californoia Street, Ste. 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for the United States*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of April, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

    s/*Jody Gladura*
    FSA Data Analyst
    Office of the U.S. Attorney