IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **WILLIAM J. SEARS,**
2. SCOTT M. DITTMAN,

    Defendants.

---

## DEFENDANT WILLIAM SEARS MOTION TO RESTRICT DOCUMENT

---

COMES NOW; William J. Sears, by and through Fredric M. Winocur and Marci G. LaBranche, and respectfully moves to restrict access to Defendant William Sears' Unopposed Motion for Leave to Redact Transcript of Change of Plea Hearing, any order revealing the content of that document, and the brief filed in support of this motion. Mr. Sears requests a "Level 2 Restriction" which would make the document, any order revealing the contents of that document, and brief filed in support of this motion, "viewable by the Court, the government and the affected defendants."

Respectfully submitted this 9th day of May, 2017.

                                                *s/ Fredric M. Winocur*
Fredric M. Winocur
Marci G. LaBranche
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 629-9700
Fax:  (303) 629-8702
Email: winocur@ridleylaw.com
Email: labranche@ridleylaw.com
*Lawyers for William Sears*

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                       *s/ Heather Grant*
                                       Legal Secretary
                                       Ridley, McGreevy & Winocur, P.C.
                                       303 16th Street, Suite 200
                                       Denver, Colorado 80202
                                       Telephone: (303) 629-9700
                                       Email:  grant@ridleylaw.com