IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **WILLIAM J. SEARS,** and
2. SCOTT M. DITTMAN,

       Defendants.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the Defendants' Motion to Restrict Document No. _____. Upon consideration and for good cause shown,

IT IS ORDERED that Document No. ___, the Defendants' Brief in Support of Motion to Restrict Document No. ___, as well as any order revealing the contents of those documents, are hereby restricted until further order of the Court.

IT IS ORDERED that Document No. ___ and Document No. ___ shall be restricted to a "Level 2" and will be "viewable by the Court, the government and the affected defendants" only.

IT IS SO ORDERED on this _____day of May 2017

                                      BY THE COURT:

                                      _____
                                      JUDGE WILLIAM J. MARTINEZ
                                      UNITED STATES DISTRICT COURT
                                      DISTRICT OF COLORADO