IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    **WILLIAM J. SEARS,**
2.    **SCOTT M. DITTMAN,**

       Defendants.

---

### DEFENDANT WILLIAM SEARS' AND SCOTT DITTMAN'S MOTION TO RESTRICT DOCUMENT

---

      COMES NOW; William J. Sears, by and through Fredric M. Winocur and Marci G. LaBranche, and Scott M. Dittman, by and through Philip L. Dubois, and respectfully move to restrict access to the Parties' First Supplemental Joint Status Report, any order revealing the content of that document, and the brief filed in support of this motion. Defendants request a "Level 2 Restriction" which would make the document, any order revealing the contents of that document, and brief filed in support of this motion, "viewable by the Court, the government and the affected defendants."

      Respectfully submitted this 30th day of June, 2017.

                                  *s/ Fredric M. Winocur*
                                  Fredric M. Winocur
                                  Marci G. LaBranche
                                  Ridley, McGreevy & Winocur, P.C.
                                  303 16th Street, Suite 200
                                  Denver, Colorado  80202
                                  Telephone: (303) 629-9700
                                  Fax:  (303) 629-8702

Email: winocur@ridleylaw.com
Email: labranche@ridleylaw.com
*Lawyers for William Sears*

*s/ Philip L. Dubois*
Philip L. Dubois
411 S. Cascade Ave. F12
Colorado Springs, CO 80903-3809
Telephone: (719) 635-4848
Email:    dubois@dubois.com
*Lawyer for Scott Dittman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

*s/ Heather Grant*
Legal Secretary
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 629-9700
Email:   grant@ridleylaw.com