IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    **WILLIAM J. SEARS, and**
2.    **SCOTT M. DITTMAN,**

       Defendants.

## ORDER TO RESTRICT DOCUMENT

This matter is before the Court on the Defendants' Motion to Restrict Document No. ___ and No. ___. Upon consideration and for good cause shown,

IT IS ORDERED that Document No. ___, the Defendants' Brief in Support of Motion to Restrict Document No. ___, as well as any order revealing the contents of those documents, are hereby restricted until further order of the Court.

IT IS ORDERED that Document No. ___ and Document No. ___ shall be restricted to a "Level 2" and will be "viewable by the Court, the government and the affected defendants" only.

IT IS SO ORDERED on this _____day of July 2017

                                          BY THE COURT:

                                          _____
                                          JUDGE WILLIAM J. MARTINEZ
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO