IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. WILLIAM J. SEARS, and
2. SCOTT M. DITTMAN,

 Defendants.

_____

**MOTION TO WITHDRAW**
_____

 The United States of America, by and through its undersigned counsel, respectfully moves to permit Kenneth M. Harmon to withdraw as counsel of record for the government in this case, effective December 28, 2017, and to terminate electronic service to him as of that date as well.

 As grounds for the motion, the government states that Kenneth M. Harmon is resigning his position as an Assistant U.S. Attorney for the District of Colorado and so will no longer be employed in that capacity. The government will file a notice appearance for substitute counsel by the effective date.

 Respectfully submitted this 26th day of December, 2017.

              Respectfully submitted,

              ROBERT C. TROYER
              United States Attorney

              by: s/ Kenneth M. Harmon
              KENNETH M. HARMON
              Assistant United States Attorney

                                U.S. Attorney's Office
                                1225 Seventeenth Street, Suite 700
                                Denver, Colorado 80202
                                Tel. No. (303) 454-0100
                                Fax No. (303) 454-0402
                                E-mail: kenneth.harmon@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2016, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to any and all counsel of record.

                                s/ Kenneth M. Harmon
                                KENNETH M. HARMON
                                Office of the United States Attorney