IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM J. SEARS, and
2. SCOTT M. DITTMAN

    Defendants.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    the Government

DATED at Denver, Colorado this 27th day of December, 2017.

    Jeremy Sibert
    Name of Attorney

    United States Attorney's Office
    Firm Name

    1801 California Street, Suite 1600
    Office Address

    Denver, CO, 80202
    City, State, ZIP Code

    303-454-0100
    Telephone Number

    Jeremy.Sibert@usdoj.gov
    Primary CM/ECF E-mail Address

Respectfully submitted this 27th day of December, 2017.

    ROBERT C. TROYER
    United States Attorney

    By:  *s/ Jeremy Sibert*
    JEREMY SIBERT
    Assistant U.S. Attorney
    United States Attorney's Office
    1801 California Street
    Suite 1600
    Denver, CO 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0401
    E-mail: Jeremy.Sibert@usdoj.gov