IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     **WILLIAM J. SEARS,** and
2.     SCOTT M. DITTMAN,

        Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL FOR WILLIAM J. SEARS AND FOR APPOINTMENT OF NEW COUNSEL FROM THE CRIMINAL JUSTICE ACT PANEL

---

William J. Sears, through undersigned counsel, moves this Court for an Order granting undersigned counsel's motion to withdraw, and for the appointment of a member of the Criminal Justice Act Panel to represent him going forward.  As grounds, Mr. Sears states as follows:

1.     Undersigned counsel seek leave to withdraw from further representation of Mr. Sears, pursuant to Colorado Rule of Professional Conduct 1.16(a)(3), as Mr. Sears has requested undersigned counsel's disengagement, has requested the return of his file, and has instructed counsel to take no further action on his behalf.  Mr. Sears seeks the appointment of new counsel under the Criminal Justice Act.

2.     Colorado Rule of Professional Conduct 1.16 further authorizes withdrawal for good cause. *See* Colo. RPC 1.16(b)(7) (2017); *see also* 1.16(a)(1).  Undersigned counsel believes there is good cause for withdrawal, as an ethical conflict has developed between counsel and Mr. Sears.  Undersigned counsel is precluded from disclosing the

nature of the underlying conflict with more particularity, as such information would be protected by the attorney-client privilege.  *See* Colo. RPC 1.6.

3.　　　As additional grounds for withdrawal, pursuant to Colo. RPC 1.16(b)(4) & (b)(7), there has been a breakdown of the attorney-client relationship between undersigned counsel and Mr. Sears, further requiring counsel's withdrawal to avoid prejudice to Mr. Sears.  Mr. Sears desires the benefit of new counsel.

4.　　　As alternative grounds for this motion, Mr. Sears is unable to fulfill his financial obligations to undersigned counsel, which would result in significant financial hardship moving forward.  Withdrawal is further appropriate under these added grounds, pursuant to Colo. RPC 1.16(b)(5) & (6).

5.　　　Although not required under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel has reached out to counsel for the Government, Assistant U.S. Attorney Jeremy Seibert, to apprise him of this development.  The Government understands that the source of the conflict, including Mr. Sears' reasons for terminating undersigned counsel at this time, cannot be made known to the Government. Accordingly, without having the ability to more fully evaluate its position, the Government therefore intends to oppose this motion.

6.　　　Mr. Sears has been informed that he is personally responsible for complying with all court orders and time limitations established by applicable rules and that there are no court dates currently set in this matter.

7.      Pursuant to D.C.Colo.LAttyR 5(b), a copy of this motion has been mailed to Mr. Sears.

8.      This motion for withdrawal is filed as soon as practicable upon counsel's becoming aware of its grounds.

9.      As the Court is aware, Federal Rule of Criminal Procedure 44(a) states in pertinent part that, "A defendant who is unable to obtain counsel is entitled to have counsel appointed to represent the defendant at every stage of the proceeding from initial appearance through appeal, unless the defendant waives this right."

10.     As Mr. Sears is not financially able to obtain counsel, he requests the appointment of CJA counsel.  Mr. Sears' CJA 23 Financial Affidavit will be filed under seal contemporaneous with the filing of this motion.

WHEREFORE, undersigned counsel respectfully requests that this Court issue an Order granting undersigned counsel's withdrawal from further representation of Mr. Sears, and to appoint a member of the Criminal Justice Act Panel to represent Mr. Sears.

Respectfully submitted this 8th day of February, 2018.

> *s/ Fredric M. Winocur*
> Fredric M. Winocur
> Marci G. LaBranche
> Ridley, McGreevy & Winocur, P.C.
> 303 16th Street, Suite 200
> Denver, Colorado  80202
> Telephone: (303) 629-9700
> Fax:  (303) 629-8702
> Email:   winocur@ridleylaw.com
> Email:   labranche@ridleylaw.com
> *Lawyers for William Sears*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Jeremy S. Sibert
Assistant United States Attorney
U.S. Attorney's Office
1225 Seventeenth Street Suite 700
Denver, Colorado  80202
Telephone: (303) 454-0100
Fax:  (303) 454-0402
Email: Jeremy.Sibert@usdoj.gov

*s/  Jennifer J. Feldman*
Paralegal
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Telephone: (303) 629-9700
Email:  feldman@ridleylaw.com