IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00301-WJM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1.  WILLIAM J. SEARS,**

    Defendant.

---

## ENTRY OF APPEARANCE

---

Peter R. Bornstein, pursuant to appointment through the Criminal Justice Act, hereby enters his appearance on behalf of the Defendant William J. Sears.

Respectfully submitted this 6th day of March, 2018.

                                                      **THE LAW OFFICES OF PETER R. BORNSTEIN**

                                                      *s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com
*Attorney for Defendant William J. Sears*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of March, 2018, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                        s/ *Jeannette Wolf*
                                                        THE LAW OFFICES OF PETER R. BORNSTEIN