IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

    1.     WILLAM J. SEARS,
    2.     SCOTT M. DITTMAN,

        Defendant.

_____

## GOVERNMENT'S MOTION FOR SENTENCING DATE

        The UNITED STATES OF AMERICA, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Jeremy Sibert, Assistant United States Attorney, files this motion for a sentencing date in the above captioned case.

        On January 30th, 2019, this Court set the sentencing for Guy Jean-Pierre, 17-cr-00008-WJM on July 10th, 2019 at 9:30 am. Both, Mr. Sears and Mr. Dittman, were witnesses at defendant Jean-Pierre's trial and their case is related to defendant Jean-Pierre's case. In addition, both Mr. Sears and Mr. Dittman, entered plea agreements with the government and plead guilty before this Court well in advance of defendant Jean-Pierre's trial. Both Mr. Sears' and Mr. Dittman's cases have been pending since 2016 and were delayed until the outcome of Mr. Jean-Pierre's case.

        The government is requesting a sentencing date for both, Mr. Sears and Mr. Dittman, on July 8th or 9th, 2019. There are many victims that have contacted the

United States Attorney's Office that wish to be heard regarding the above caption case/related cases.   Due to the fact that all three of these cases are related, in the interest of judicial economy the government is requesting that all three defendants be sentenced on or near the same dates.

Defendant Mr. Sears, through counsel, does not object to this motion.   Counsel for Mr. Dittman could not be reached before filing this motion.

Respectfully submitted this 6th day of February, 2019.

                JASON R. DUNN
                United States Attorney

                By:*s/ Jeremy Sibert*
                JEREMY SIBERT
                Assistant United States Attorney
                1801 California St, Suite 1600
                Denver, Colorado   80202
                Telephone:   303-454 0100
                Facsimile:   303-454 0403
                Email: jeremy.sibert@usdoj.gov
                Attorney for the government

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2019, I electronically filed the foregoing GOVERNMENT'S MOTION FOR SENTENCING DATE the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Attorneys for Defendants**

                By:   *s/Jeremy Sibert*
                      JEREMY SIBERT
                      Assistant United States Attorney