**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  16-cr-00301-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

    1.  WILLIAM SEARS,
    2.  SCOTT DITTMAN,

     Defendants

---

**JOINT STATUS REPORT**

---

Comes now the United States of America, through Jason R. Dunn, United States Attorney, and Jeremy Sibert, Assistant United States Attorney, respectfully submits this joint status report as ordered by the Court.

As for defendant Sears, defendant Sears has filed a motion to withdraw from his plea agreement.   The government will file a response to that motion on April 19th, 2019.

Regarding defendant Dittman sentencing, there are two issues that are pending. The first issue deals with the forfeiture of defendant Dittman's residence located at 194 Basket Road, Oley, Pennsylvania.  Pursuant to defendant Dittman's plea agreement, Doc. #34, page 2, defendant Dittman agreed to forfeit the real property located at 194 Basket Road, Oley, Pennsylvania or in lieu of the forfeiture, pay the government $688,000.00 no later than six months after the sentencing.  Currently, there is a preliminary order to allow the government to seize the residence based on the

conditions set out in the plea agreement.   If defendant Dittman does not pay the government $688,000.00 within six months of the sentencing date, the government will move for the final order for seizure of said property.

The second issue pending regarding defendant Dittman's sentencing is his right to offer evidence concerning advice he received from counsel, his resulting *mens rea*, good faith, state of mind, awareness, motivations and intentions with respect to other acts and conduct described below and to provide evidence putting such acts and conduct in context. (Defendant Dittman does not dispute that the government's evidence would otherwise establish the underlying facts set forth in the "Facts" section of the plea agreement and that there is an independent basis, to include defendant Dittman's acknowledgment that he was complicit as a con-conspirator and legally accountable for the acts of the conspiracy under various theories of co-conspirator liability, and that he is guilty.)  Defendant Dittman reserved this right in his plea agreement, Doc. #34, page 12, footnote 2.

It is the government's understanding that defendant Dittman wishes to offer evidence regarding his reserved right.  If defendant Dittman wants to present evidence regarding his reserved rights, the government would request that whatever evidence defendant Dittman wishes to present is made known to the government ahead of any hearing this Court may grant so that the government will be able to have the ability to present evidence in order to rebut the defendant's argument before this Court.

Mr. Andres Guevara, defendant Scott Dittman's attorney, was consulted with prior to the filing of this Joint Status Report.  Mr. Peter R. Bornstein, defendant William Sears' attorney, was not consulted prior to the filing of this report due to defendant Sears' pending motion to withdraw from his guilty plea.

Dated this 19th day of April 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:    s/Jeremy Sibert
JEREMY SIBERT
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado  80202
Telephone: (303) 454-0100
FAX: (303) 454-0403
E-mail: Jeremy.Sibert@usdoj.gov
Attorney for the United States

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of April 2019, I electronically filed the foregoing **Joint Status Report** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Andres Guevara**
**Peter Bornstein**

<u>s/Jeremy Sibert</u>
JEREMY SIBERT
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado  80202
Telephone: (303) 454-0100
FAX: (303) 454-0403
E-mail: Jeremy.Sibert@usdoj.gov