IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00301-WJM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. WILLIAM J. SEARS,**

    Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A
REPLY RE: MOTION TO WITHDRAW PLEA OF GUILTY**

---

    Defendant, William J. Sears, by his counsel of record, Peter R. Bornstein, moves this Court for an order granting an extension of time in which to file his reply in support of his Motion to Withdraw Plea of Guilty.  As grounds in support of his motion, Mr. Sears states to the Court as follows:

    1.    On April 4, 2019, Defendant, William J. Sears, filed a motion to withdraw his plea of guilty (Doc. #139).  The Government filed its response on April 19, 2019 (Doc. #144); and the Court entered an Order directing the Defendant to file a reply on or before May 3, 2019 (Doc. #145).

    2.    Counsel for Mr. Sears had eye surgery on one eye on April 25, 2019 and on the second eye on May 2, 2019.  Consequently, counsel requests as additional four business days to file a reply, to and including May 9, 2019.

3.       Undersigned counsel has conferred with AUSA Jeremy Sibert regarding this request for an extension of time who has stated that he has no opposition to the request.

4.       Accordingly, Defendant Sears requests an order of this Court granting an extension of time to file a reply in support of his motion to withdraw plea to and including Thursday, May 9, 2019.

Respectfully submitted this 3rd day of May, 2019.

**THE LAW OFFICES OF PETER R. BORNSTEIN**

*s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
E-mail: pbornstein@prblegal.com
*Attorney for Defendant William J. Sears*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2019, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY RE: MOTION TO WITHDRAW PLEA OF GUILTY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ *Jeannette Wolf*
**THE LAW OFFICES OF PETER R. BORNSTEIN**