12/24/17 11:16:00

## CPAVerify Individual Report Results

**NAME: KATE EGAN**
**STATE OF LICENSE: KS**
**LAST UPDATED: 2017-12-24**

| | |
|---|---|
| **Address:** | Mail<br>CHICAGO, IL, |
| **License/Permit/Certificate Number:** | 8757 |
| **Registration Number:** | |
| **License/Permit/Certificate Status:** | ACTIVE CERTIFICATE |
| **License/Certificate Status Details:** | The certificate is in good standing. |
| **License Type:** | CPA. |
| **License Type Details:** | CPA Certificate. In Kansas, a certificate is not a license so therefore, a certificate holder who does not also have an active permit may not hold out, perform or offer to perform services as a CPA. The person may use the title CPA in connection with their employment in industry. |
| **Basis for License:** | |
| **Issue Date:** | 1999-08-04 |
| **Expiration Date:** | |
| **Enforcement, Non-Compliance or Disciplinary Actions:** | None Reported To This Site By The Board |
| **Other Information:** | IN KANSAS, A CERTIFICATE IS NOT A LICENSE. ONLY THOSE WHO HAVE PERMITS (ALSO KNOWN AS LICENSES) ARE ALLOWED TO HOLD OUT AND PROVIDE OR OFFER TO PROVIDE SERVICES TO THE PUBLIC AS A CPA. IF THE PERMIT STATUS DOES NOT REFLECT "ACTIVE", THAT INDIVIDUAL IS NOT LICENSED TO PRACTICE.<br><br>CPAVERIFY INCLUDES ALL CERTIFICATE HOLDERS AND PERMIT HOLDERS. If an individual has a permit, their permit record and their certificate record will show. Only a certificate record will show for non-licensed certificate holders.<br><br>If Permit Number shows N/A that means this person had a permit to practice at one point, but let it lapse. When the permit lapses in that case, so does the permit number. If permit shows Lapsed it means that this person once had a permit (license) to practice, but has since let them lapse. This individual is not licensed to practice as a CPA in Kansas. |

Contact the Board for official verification of information.

**State Board Contact Information:**

KANSAS BOARD OF ACCOUNTANCY
LANDON STATE OFFICE BUILDING
900 SW JACKSON, SUITE 556
TOPEKA, KS 66612-1239

Phone: 785-296-2162
Fax: 785-291-3501
Email: INFO@KSBOA.KS.GOV
Licensee Lookup: http://www.da.ks.gov/boa/searchforindividual.aspx

Details of Enforcement, Non-Compliance or Disciplinary Actions:

1. If "Contact State Board For Details" is displayed then the State Board has reported some type of enforcement, non-compliance or disciplinary action to this site and the State Board should be contacted for full details about the action reported.
2. If "None Reported To This Site By The Board" is displayed then the State Board provides enforcement, non-compliance and disciplinary action data to this site and none was indicated for this record.
3. If "State Does Not Provide This Type of Data At This Site" is displayed then CPAverify is not currently receiving enforcement, non-compliance or disciplinary action data for licensees in this state. Some states are limited to sharing this type of data with third party websites due to privacy laws or policies, but most State Boards offer this information on their official State Board websites.
4. Contact the State Board for official verification of all enforcement, non-compliance and disciplinary activity.

The results shown here include all data made available by participating states. Additional data about the individual or firm may exist and is not shown here for other states that are not yet participating in the CPAverify website. Please refer to the Participating States tab for more information about which states are currently sharing their licensing data for use with this website and for clarification about which states these results do not include. If

1

# EXHIBIT A

12/24/17 11:16:00

the Board of interest is not participating, you may refer to the "Contact Boards" tab where a link to every Boards' website and therefore individual license lookup tool is available.

Kansas Board of Accountancy -- KSBOA.org -- 785-296-2162     http://oitsapps.ks.gov/boa/IndividualLicenseeInformation.aspx?ID=9211...



**KANSAS BOARD OF ACCOUNTANCY**
Landon State Office Building
900 SW Jackson Street
Suite 556
Topeka, Kansas 66612
Main: 785-296-2162
Fax: 785-291-3501
email: info@ksboa.ks.gov

>> Home     >> Search for Firms

## Individual Information   [ Back to Search Results | Search Again ]

| | | | |
|---|---|---|---|
| **Name:** | Kate Elizabeth Egan | **Certificate Status:** | Active |
| **Address:** | 22 N Morgan Unit 210<br>Chicago, IL 60607-0000 | **Permit Status:** | |
| **Firm/Employer:** | Sprint | **Discipline and/or Board Action:** | NO |
| **Certificate Issue Date:** | 08/04/1999 | | |
| **Certificate Number:** | 8757 | | |
| **Permit Number:** | | | |
| **Permit Issue/Renew Date:** | / / | | |
| **Permit Expiration Date:** | / / | | |

Copyright © 2005 Kansas State Board of Accountancy
Disclaimer | Accessibility | Privacy

1 of 1     1/6/2018, 10:40 AM

Kansas Board of Accountancy – KSBOA.org – 785-296-2162                                        http://www.ksboa.org/faq.htm





**Home**
**Board of Directors**
**Board Meeting Dates, Agendas & Minutes**
**Complaint Form**
**CPA Exam Pass List**
**CPE requirements**
**Disciplinary Actions**
**FAQ's**
**Fees**
**Firm Search**
**Forms**
**Helpful Links**
**Individual Search**
**Laws & Regulations**
**Peer Review**
**Proposed Regulation Amendments**
**Site Map**
**Site Tools Download Center**
**Contact Us**

Frequently Asked Questions

These are some of the most frequently asked questions we receive. If you have any additional questions, or need any additional information, please contact the Board office at 785-296-2162, by Fax at 785-291-3501, or via our web e-mail submission form.

     CPA EXAM QUESTIONS
     CERTIFICATION QUESTIONS
     PERMIT TO PRACTICE (LICENSING) QUESTIONS
     FIRM QUESTIONS
     PEER REVIEW QUESTIONS
     CPE QUESTIONS
     GENERAL QUESTIONS

**CPA EXAM QUESTIONS**

                                                                                                                  Back To Top

**1. What are the requirements to sit for the CPA Exam?**

a. Successful completion of course work consisting of at least 150 semester hours, with a concentration in accounting, at a college or university approved by the board, and the applicant is the holder of a baccalaureate or higher academic degree. The Board does not have a list of approved colleges and universities. Please contact the Board office if you have questions.

b. Within the 150-hour education requirement, a candidate must complete 42 semester hours in business and general education courses, including the following:

A macroeconomics course, a microeconomics course, and one upper division economics course
At least two courses in the legal aspects of business or business law;
College algebra of higher-level course;
Statistics and Probability theory course;
Computer systems and applications course;
Finance course;
Management and Administration course;
Marketing course; and
Production, Operations Research or applications of quantitative
techniques to business problem course.
At least 11 hours in written and oral communications; (this includes courses such as English Composition, Speech, Business Communications, it does not include Foreign Language, Poetry, Literature, Theatre, etc.)
At least 30 semester credit hours in accounting theory and practice including:
Financial Accounting and reporting for business organizations course, which may include one of the following:
Intermediate Accounting course
Advanced accounting course; or
Accounting theory course.
Managerial Accounting beyond an introductory course;
Auditing course concentrating on auditing standards generally accepted in the United States as issued by the AICPA auditing standards board or the PCAOB, or both;
U.S. Income tax course; and
Accounting Information Systems beyond an introductory computer course.

c. Residency "Must be a resident of Kansas, or have a place of business as a public accountant in, or be permanently employed by a public accounting firm in Kansas.

**2. Is it true that the Board may waive some of the required courses?**
Not to exceed a total of six hours, up to three hours of course requirements in each of the three categories listed above may be waived by the board, but only if the applicant has met the 150 hour education requirement and can provide satisfactory verification that he or she has otherwise met the course requirement.   Note that a waiver is an exception, not the rule, so any request for a waiver will be considered on a very narrow basis and must be for good cause. Please see the Board's position paper on waivers under the "CPA Exam Info" tab @ www.ksboa.org

**3. Where do I get an application to sit for the CPA Exam?**
Online at https://cpacentral.nasba.org/

**4. Can I sit for the exam any time I want, and as often as I want?**
The exam is offered in "windows". A "window" is the equivalent of a quarter. The exam will be offered no less than two months out of each examination window.  A candidate may not sit for a particular section more than once in a testing window. However, a candidate will be able to sit for a particular section 4 times in a year.

**5. Can I sit for the exam before meeting the education requirements?**
Beginning July 1, 2016, Kansas CPA exam applicants may sit for the exam up to 60 days before meeting the education requirements. The applicant will be required to submit final transcripts and any documents verifying completion of the education requirements to the Board or the examination service within 120 days after the applicant has taken the first section of the examination. Failure to provide the required documentation within the 120 days may result in the applicant's scores being voided, subject to notice and an opportunity for a hearing before the Board. Please contact the Board office if you have any questions.

**6. What are the exam application deadlines?**
With the computerized exam, there is no application deadline date. Applications will be taken and processed when submitted. However, once a candidate has been issued a "Notice to Schedule", the candidate will have six months from the issuance of the "Notice to Schedule" in which to sit for the approved exam sections.

**7. Do I have to sit for all four parts of the exam at one time?**
No. Candidates will be able to apply for one section of the examination at a time. Once the candidate is issued a "Notice to Schedule", the candidate will have six months from the date the "Notice to Schedule" is issued to sit for the approved sections. However, once a candidate has passed a section, the candidate will have 18 months from the date that part is passed to pass the remaining sections before losing credit for the passed part.

**8. Where is the CPA Examination held?**
In Kansas, there are four Prometric (Sylvan) sites: Topeka, Wichita, Overland Park, Pittsburg and Hays.
It is up to the candidate to schedule his/her dates and times to sit for the exam. However, when a person has been sent a "Notice to Schedule", the candidate may schedule to sit for the exam at any Prometric site in that provides testing for the CPA exam. Go to www.prometric.com for site information.

**9. When are the results of the exam released, and who will notify me?**
Grades are released as they are received by the AICPA and may be accessed by the candidate online. Once a candidate has passed all 4 parts of the exam, the Board will notify the candidate of the successful completion of the exam in writing. This process will take longer because all of the grades have to be released by the AICPA for the testing window and the successful candidate files then sent to the Board by NASBA.  Once this occurs, the Board will notify the candidate of their successful completion of the exam.  We appreciate your patience.  A candidate may access their scores online by clicking on the following link:
https://ncd.nasba.org/gwprdv2/servlet/hgwcs01

**10. I am from a foreign country, or I attended a college in a foreign country.  What requirements must I meet to sit for the CPA Exam in Kansas?**
An individual with a foreign degree must have their foreign degree evaluated to substantiate that the foreign degree is equivalent to a baccalaureate degree from a U.S. institution and must satisfy the 150-semester credit hour requirement. Contact the Board office for a listing of acceptable foreign evaluators.

**11. I passed the exam-- can I call myself a CPA?**
Once you have passed the CPA exam, you are required to pass the AICPA™s Professional Ethics



course. Once a candidate has successfully completed the ethics course and has been issued a Kansas CPA certificate, a person may use the CPA as a credential only. (In other words, CPA may appear after a person™'s name if they are working in an industry that is not related to the practice of public accountancy.) **CAUTION: Financial Planning, litigation support, broker/dealer services, investment advisory, consulting, management advisory and business valuation services, ALL fall under the definition of non-attest practice, and in order to use the CPA designation in connection with these services, a person must also hold a valid Kansas permit to practice.** The CPA Certificate allows a person to use the designation as a credential, not hold out or sign reports for the public as a CPA. If a person wants to reflect this information on a resume, then we strongly suggest that the CPA designation is explained by saying, "not licensed to practice in Kansas". For the definition of practice of certified public accountancy, please go to www.ksboa.org/statutes/1_321.pdf The definition is broken out into two categories: attest and non-attest.

**12. What if I sat for the exam before the education requirement changed in May of 1997--do I now have to meet the 150-hour education requirement to sit for the exam in the future?**
If you sat for the CPA Exam in Kansas as a Kansas candidate prior to July of 1997, you do not have to meet the 150 hour education requirement to sit for the exam as a Kansas candidate in the future.

## CERTIFICATION QUESTIONS

Back To Top



**NOTE: KANSAS IS A TWO-TIERED STATE, WHICH MEANS A PERSON MUST APPLY FIRST FOR A CPA CERTIFICATE AND THEN A PERMIT (LICENSE) TO PRACTICE AFTER MEETING AN EXPERIENCE REQUIREMENT. ONLY AFTER OBTAINING A PERMIT TO PRACTICE, MAY A PERSON HOLD OUT, PERFORM OR OFFER TO PEFORM SERVICES AS A CPA FOR THE PUBLIC. SEE PERMIT QUESTIONS FOR INFORMATION ON OBTAINING A PERMIT.**

**1. How do I obtain a CPA certificate by exam, or by transfer of grades, in Kansas?**
A Kansas exam candidate need only complete the Application for Certificate by Passing Examination in Kansas, and pay a $25.00 application fee, after the candidate has successfully completed the CPA exam as a Kansas candidate and the AICPA ethics exam. A person transferring their grades to Kansas is required to meet Kansas' specific education requirements at the time of transfer and be a resident of Kansas.

**2. How do I obtain a CPA certificate by reciprocity in Kansas?**
A person whose original certificate is from another state may be issued a certificate by reciprocity if the applicant passed the exam with grades that would have been passing grades that time in this state and the applicant meets all current requirements in this state for issuance of a certificate at the time application is made, and at the time of the issuance of the applicant's certificate in the other state met all such requirements applicable in this state, or the applicant had four years of experience after passing the exam upon which the applicant's certificate was based and within the 10 years immediately preceding the application.

## PERMIT (LICENSE) TO PRACTICE QUESTIONS

Back To Top

**A PERSON WHOSE PRINCIPAL PLACE OF BUSINESS IS IN KANSAS AND WHO HOLDS OUT OR PERFORMS OR OFFERS TO PERFORM SERVICES AS A CPA MUST HAVE A VALID KANSAS PERMIT TO PRACTICE.**

**1. What is the experience requirement for a permit to practice?**
One year of accounting experience obtained through employment in government, industry, academia or public practice, providing any type of service or advice involving the use of attest or nonattest skills, all of which was verified by a CPA holding an active license to practice.

**2. Does the person verifying my experience have to be a supervisor?**
The experience no longer has to be under the direct supervision of a licensed CPA; however, a licensed CPA must verify that a person has the experience necessary to obtain a permit to