## Peter Bornstein

**From:** Bill S <bill@bmails.biz>
**Sent:** Thursday, May 23, 2019 2:15 AM
**To:** Peter Bornstein
**Subject:** Fwd: Plea Testimony

**Importance:** High

This is me asking Winocur to revise my plea testimony. As the judge pointed out…….

Begin forwarded message:

**From:** William Sears <wjsears66@icloud.com>
**Subject: Fwd: Plea Testimony**
**Date:** March 15, 2018 at 10:30:43 AM MDT
**To:** pbornstein@prblegal.com

Begin forwarded message:

**From:** William Sears <wjsears66@icloud.com>
**Subject: Plea Testimony**
**Date:** May 21, 2017 at 12:23:38 PM MDT
**To:** Fred Winocur <winocur@ridleylaw.com>, Marci Gilligan LaBranche <labranche@ridleylaw.com>

Fred/Marci,
I want to clarify on thing on this.
I failed to properly disclose my affiliation status
which enabled me to have access to free trading securities.
I then liquidated those free trading securities into the
public markets for a profit and failed to report that
profit on my personal income tax, sir.

Here is what I want it to be. If we need to go to court so beit. As It is now is factually incorrect and I want it right. **Do what you have to do to get right for the record.** Please see below.

I failed to properly disclose my affiliation status due to incorrect advice from council which enabled me to have access to free trading securities. I then liquidated those free trading securities into the public markets for a profit and failed to report that
profit on my personal income tax, sir.
Ill be in all this week on those tapes also.

Billy



1