| Date | Name | No. of Shares | Source Document |
|---|---|---|---|
| 01/06/13 | Meadpoint Venture Partners | 800,000 | SPA |
| 08/28/13 | Myron Thaden | 500,000 | SPA |
| 08/28/13 | Sharryn Thaden | 500,000 | SPA |
| 08/28/13 | Richard Scholz | 500,000 | SPA |
| 09/10/13 | Black Arch Opportunity Fund LP | 28,562 | Note & SPA |
| 09/10/13 | Starcity Capital LLC | 313,703 | Note & SPA |
| 09/12/13 | Starcity Capital LLC | 313,703 | Note & SPA |
| 09/12/13 | Black Arch Opportunity Fund LP | 28,562 | Note & SPA |
| 01/16/14 | Alexandra Mauriello | 61,437 | Note & SPA |
| 01/16/14 | Vera Group, LLC | 29,625 | Note & SPA |
| 01/16/14 | SGI Group LLC | 29,625 | Note & SPA |
| 01/23/14 | Vera Group, LLC | 29,625 | Note & SPA |
| 01/23/14 | SGI Group LLC | 29,625 | Note & SPA |
| 01/23/14 | Alexandra Mauriello | 61,437 | Note & SPA |
| 02/14/14 | Meadpoint Venture Partners | 600,000 | SPA |
| 03/04/14 | Craig Dudley | 20,000 | Company's filings with OCMG |
| 03/06/14 | Meadpoint Venture Partners | 370,000 | SPA |
| 03/26/14 | Meadpoint Venture Partners | 600,000 | SPA |
| 04/16/14 | Meadpoint Venture Partners | 900,000 | SPA |

TOTAL SHARES    5,715,904



EXHIBIT

C