IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00301-WJM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. WILLIAM J. SEARS,**

    Defendant.

## AFFIDAVIT OF WILLIAM J. SEARS

William J. Sears, being of lawful age and upon his oath, deposes and states:

1. I am the named defendant in this criminal case. I make this affidavit based on my personal knowledge.

2. I make this affidavit in support of my Motion to Withdraw Guilty Plea and my Motion for Reconsideration of the Court order denying my motion to withdraw guilty plea.

3. I entered my guilty plea believing that FBI Special Agent Kate Funk was not only the case agent, but also an expert witness by virtue of her claimed CPA credentials. I thought her opinions about financial matters such as revenue recognition, convertible promissory notes, and bank records were going to be the main evidence against me in any trial.

4. I learned after the plea was entered that she was not a certified public accountant or a recognized financial analyst and that her opinions might not be usable in a trial, or would not carry much weight. Moreover, many of her opinions were based on



EXHIBIT D

hearsay statements from confidential sources whose information was admittedly wrong such as FusionPharm was a Ponzi scheme or a pump and dump scheme; or the information was wrong and subject to being discredited.

5. Throughout the pre-plea negotiations the government only disclosed selected cherry-picked information to share with my attorneys.

6. Before the plea hearing, AUSA Harmon threatened me with loss of my cooperation agreement if I spoke with a securities lawyer named Brenda Hamilton. Brenda Hamilton is the ex-wife of Fred Lehrer and a forensic securities expert. She was giving me legal advice and facts about Mr. Lehrer's false statements to the SEC about me, FusionPharm, and Mr. Jean-Pierre. An email string showing this threat is attached as Exhibit 1 to my affidavit.

7. I have an email from Brenda Hamilton advising me that backdating a convertible promissory note is irrelevant and that it is the date the note is funded and the securities are paid for that count. See email is attached as Exhibit 2.

8. In the courtroom and off the record, Mr. Harmon told me and my attorney that he was displeased with Mr. Dittman's statements and he was not going to put up with anything other than what he wanted me to say. He threatened me with his power to harm my mother by taking away her home and her assets; and threatened me with his power over the IRS aspect of the case. He "coached" me to add what he wanted me to say to the Court.

9. Immediately after the plea hearing, I was further interrogated by Mr. Harmon, Agent Funk, and AUSA Tonya Andrews. In this meeting he told me not to worry about both Fred Lehrer's and Tod Di Tommaso's (Fusionpharms former securities

2

attorney) perjury and and I was again threatened not to speak to attorney Brenda Hamilton without Agent Funk's permission.

10. Lehrer knew that either I and/or my mother controlled Meadpoint. It was his recommendation that my mother take over control. He also knew from the very first meeting in 2013 that I had a criminal conviction and, Despite Lehrer's intimate knowledge of my daily actions and routines as we spoke almost daily, he approved not disclosing those facts in the OTC Markets Annual Report for Fusion Pharm in 2014. See email from Craig Dudley to Fred Lehrer attached as Exhibit 3.

11. Lehrer rendered multiple Disclosure Opinions that state:

> (i) constitutes "adequate current public information" (the "Information") concerning the Securities and the Issuer and "is available" within the meaning of Rule 144(c)(2) under the Securities Act, (ii) includes all of the information that a broker-dealer would be required to obtain from the Issuer to publish a quotation for the Securities under Rule 15c2-11 under the Securities Exchange Act of 1934, as amended, (iii) complies as to form with the OTC Markets Group's OTC Pink Disclosure Guidelines, which are located on the Internet at www.otcmarkets.com, and (iv) has been posted through the OTC Disclosure and News Service.

12. I have learned much since November of 2016 to convince me without a doubt that I was misled then forced into entering the plea by the misbelief that Kate Funk was legally licensed, qualified, and competent to lead and put together a case that would stand scrutiny in court. Only to find that Kate Funk defrauded the FBI by saying she had a credential she did not possess to get hired. She also defrauded the court by using her fraudulent credentials in her opening paragraph of her affidavit to influence the court. Then she defrauded the American tax payer by taking money she did not deserve. Kate had no securities experience, she never worked as a CPA nor Trained under one to receive the right to practice as one and receive a permit. Fact is Kate Funk committed a felony by submitting that affidavit to the court if not numerous depending on how many times she used her fraudulent title. Clearly this is **FRAUD ON THE COURT!**

I was also misled and forced into a plea by receiving ineffective assistance from securities council about the back dating / memorializing of the convertible notes, and by the

3

government's protection of Mr. Ken Harmons longtime friend and ex subordinate Mr. Fred Lehrer. Lehrer filed the affidavit in 2011 that's started all of Jean Pierre's woes. This was 2 years prior to me hiring Lehrer. When questioned by the SEC in 2014 Lehrer lied and denied knowing him prior to the raid. Lehrer perjured himself multiple times in his testimony. Lehrer should have stopped everything when he recognized Jean Pierre and advised me that he call the SEC to explain before things got out of hand. Mr. Harmons protection of his former subordinate and longtime friend Fred Lehrer from being subpoenaed to testify in a trial seems to be a clear breakdown of justice and wreaks of corruption. I have a very real and disturbing basis for asserting that I am innocent of the charges that I pled to and beg and pray that the court to grant me the ability to withdraw my plea and take a stand to fight the obvious corruption, abuse and injustice I have been subjected to.

FURTHER AFFIANT SAYETH NAUGHT.

_William J. Sears_     7-29-19
William J. Sears       Date

STATE OF COLORADO     )
                      ) ss.
COUNTY OF Adams       )

Subscribed and sworn to before me by William J. Sears this 29 day of July, 2019.

Witness my official hand and seal.

LINDSEY JEAN RICHTER
Notary Public
State of Colorado
Notary ID # 20174050581
My Commission Expires 12-11-2021

_Lindsey Richter_
Notary Public

My commission expires: 12/11/2021

4

## Peter Bornstein

**From:** William Sears <wjsears66@icloud.com>
**Sent:** Tuesday, July 16, 2019 2:13 AM
**To:** Peter Bornstein
**Subject:** Fwd: Sears Plea

Begin forwarded message:

**From:** Fredric Winocur <winocur@ridleylaw.com>
**Subject: Re: Sears Plea**
**Date:** November 8, 2016 at 4:44:26 PM MST
**To:** William Sears <wjsears66@icloud.com>

Billy -- Nothing has been said about this since our meeting. I am simply reminding you of the caution you were given at that time. I recall her name being brought up in the context of you telling them that she has information that would impeach Lehrer's testimony -- thus making her a potential witness. I recall that you offered that you in fact knew that Kate Funk was scheduled to interview her -- thus making her a potential witness. I recall Ken being displeased with the fact that you knew that, and he explained all the reasons why your conversations outside the government's presence might be viewed as a breach of your cooperation agreement, as well as problematic for your future value to Harmon as a witness.

On Nov 8, 2016, at 4:35 PM, William Sears <wjsears66@icloud.com> wrote:

No I don't remember that being the law. I remember you saying a lot afterwords. Etc etc. rebutting her being a witness.
Brenda does not consider herself a witness at all! Just hung up with her and she finds it rediculads to say the least. She's not an adversarial witness. She told funk she was my lawyer in fact! Something stinks here Freddy. Not sure what it is yet but I'm going to find out!!!

Your advise in duly noted.

MRegards
Billy Sears
(303) 518-3895

On Nov 8, 2016, at 4:25 PM, Fredric Winocur <winocur@ridleylaw.com> wrote:

> Ken specifically stated at our meeting that if he finds out you are having conversations with other witnesses you are at risk of losing your cooperation credit. The specific example he pointed to was your knowledge that Kate was about to interview Brenda (thus making her a potential witness).
>
> Fredric M. Winocur
> RIDLEY, MCGREEVY & WINOCUR, P.C.
> 303 16th Street, Suite 200
> Denver, Colorado 80202
> Tel. 303.629.9700
> Fax 303.629.9702
> winocur@ridleylaw.com
> www.ridleylaw.com



EXHIBIT 1

> The information contained in this message along with any attachments hereto may be attorney-client privileged work product or otherwise confidential. If you receive this communication in error please notify the sender and delete it immediately. Any unintended or unauthorized examination, use, distribution or copying of this message is prohibited. Thank you.

1

On Nov 8, 2016, at 4:21 PM, William Sears <wjsears66@icloud.com> wrote:

Umm so you know Brenda is not a witness. As per her! I was never told not to see speak or otherwise. Kate's approval??? When was that?  Sorry bud. Brenda is my lawyer!!

Regards
Billy Sears
(303) 518-3895


On Nov 8, 2016, at 4:04 PM, Fredric Winocur <winocur@ridleylaw.com> wrote:

Also per Ken's instructions, remember you must have no contact with Brenda Hamilton or any other witness without Kate's express approval.

Fredric M. Winocur
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Tel. 303.629.9700
Fax 303.629.9702
winocur@ridleylaw.com
www.ridleylaw.com

The information contained in this message along with any attachments hereto may be attorney-client privileged work product or otherwise confidential. If you receive this communication in error please notify the sender and delete it immediately. Any unintended or unauthorized examination, use, distribution or copying of this message is prohibited. Thank you.

On Nov 8, 2016, at 11:26 AM, William Sears <wjsears66@icloud.com> wrote:

Well that's good! Thanks for that

Regards
Billy Sears
(303) 518-3895


On Nov 8, 2016, at 11:10 AM, Fredric Winocur <winocur@ridleylaw.com> wrote:

I just hung up from Ian -- nothing has changed on his end.  His recommendation to the Commission continues to be no further proceedings in light of the sentencing range and funds forfeited.

FMW

Begin forwarded message:

**From:** Fredric Winocur <winocur@ridleylaw.com>
**Date:** November 8, 2016 at 10:49:35 AM MST
**To:** "Karpel, Ian S." <KarpelI@SEC.GOV>
**Cc:** Marci Gilligan LaBranche <labranche@ridleylaw.com>, "Greer, Kim" <GreerK@SEC.GOV>
**Subject: Re: Sears Plea**

I'll try you now.

On Nov 8, 2016, at 10:48 AM, Karpel, Ian S. <KarpelI@SEC.GOV> wrote:

What's Dittman's status?  My number is 303-844-1017

**From:** Fredric Winocur [mailto:winocur@ridleylaw.com]
**Sent:** Tuesday, November 08, 2016 10:45 AM

2

# Peter Bornstein

**From:** William Sears <wjsears66@icloud.com>
**Sent:** Tuesday, July 16, 2019 2:36 AM
**To:** Peter Bornstein
**Subject:** Fwd:

Begin forwarded message:

**From:** William Sears <wjsears66@icloud.com>
**Date:** June 26, 2017 at 6:20:35 PM MDT
**To:** Todd Feinstein <todd@feinsteinlawfirm.com>

Todd
See below so if I had a convertable note and funded it in tranches can take down the tranches as their individual date comes up?
Sent from ProtonMail Mobile
---------- Forwarded message ----------
From: Fufbi2<fufbi2@protonmail.com>
Date: On Mon, Jun 26, 2017 at 6:02 PM
Subject: Fwd: (No Subject)
To: Screwby <screwby@protonmail.com>
CC:

Begin forwarded message:

> **From:** bhamilton@securitieslawyer101.com
>
> **Date:** April 5, 2017 at 1:14:12 PM MDT
>
> **To:** 'William Sears' <wjsears66@icloud.com>
>
> **The date of the note is irrelevant. It is the date the securities are paid for. With a note this is the date the note is funded. Backdating a note would not impact the holding period.**
>
>
> https://www.sec.gov/reportspubs/investor-publications/investorpubsrule144htm.html



EXHIBIT 2

1

**Holding Period**. Before you may sell any restricted securities in the marketplace, you must hold them for a certain period of time. If the company that issued the securities is a "reporting company" in that it is subject to the reporting requirements of the Securities Exchange Act of 1934, then you must hold the securities for at least six months. If the issuer of the securities is not subject to the reporting requirements, then you must hold the securities for at least one year. The relevant holding period begins when the securities were bought and fully paid for. The holding period only applies to restricted securities. Because securities acquired in the public market are not restricted, there is no holding period for an affiliate who purchases securities of the issuer in the marketplace. But the resale of an affiliate's shares as control securities is subject to the other conditions of the rule.

Brenda Hamilton, Esq.

Hamilton & Associates Law Group
101 Plaza Real S, Suite 202 N
Boca Raton, Florida 33432
Telephone 561-416-8956
Facsimile 561-416-2855
www.SecuritiesLawyer101.com

Sent with ProtonMail Secure Email.

Regards
Billy Sears

Fusion Pharm - Relativity
https://ext.ediscovery.faegrebd.com/Relativity/Case/Document/Review.aspx?AppID=104...

Return to document list

FBDED00436528

**From:** Craig Dudley
**To:** Scott Dittman[sdittman@fusionpharminc.com]
**Subject:** Related Party Disclosure
**Attachments:** image001.png

**Sent:** Mon 4/14/2014 3:00:41 P

Hey -
For the related party footnote, I think we need to disclose Meadpoint, Bayside & 10mm. Something simple like:

**Our unsecured lenders, Bayside Realty Holdings, LLC and Meadpoint Venture Partners, are both controlled by ii laws of the Company's CEO. The note receivable due at yearend is from 10mm, an entity controlled by the Company's CEO.**

I'm not exactly sure of the familial tie ins, so please help clarify.

The note

Craig Dudley
FusionPharm, Inc./PharmPods
303 809 5467
pharmpods.com



EXHIBIT 3

**From:** CRAIG DUDLEY
**To:** Lehrer, Fred[flehrer@securitiesattorney1.com]
**CC:** Scott Dittman[sdittman@fusionpharminc.com]
**Subject:** "Related Party" Disclosure
**Sent:** Tue 4/15/2014 11:18:02 PM

Fred - from our discussion and on the basis that the Meadpoint and Bayside stuff is all winding down, Scott's elected to not include the "extended" family blurb.

Judgement call - I'm ok with this.

Cool by you?

Thanks. Craig.

Craig Dudley
(303) 809 5467

ed not to include the
arty" disclosure (relates to
ilege: Attorney-Client
ict regarding preliminary
- re proposed equty issue