Outlook.com Print Message                                                                 Page 1 of 2

Print                                                                                      Close

## Preferred Shares

From: **William Sears** (william@williamjsears.com)
Sent: Mon 11/08/10 9:02 AM
To:   Dahlman, Fredrick (dahlman@msn.com)

Fred,

As per our conversation please transfer the following amounts of preferred shares to complete the transaction.

10,000 to yourself or nominee

50,000 to Microcap Management LLC

the balance (1,440,000shs) of the stock should go to Salt Investments LLC.

In addition please forward copy's of the original certs or documentation that was used to create said shares.

Regards,

**William Sears**



"The fact is that the average man's love of liberty is nine-tenths imaginary, exactly like his love of sense, justice and truth. He is not actually happy when free; he is uncomfortable, a bit alarmed, and intolerably lonely. Liberty is not a thing for the great masses of men. It is the exclusive possession of a small and disreputable minority, like knowledge, courage and honor. It takes a special sort of man to understand and enjoy liberty-- and he is usually an outlaw in democratic societies." -- H.L. Mencken, Baltimore Evening Sun, Feb. 12, A. D. 1923

**CONFIDENTIAL COMMUNICATION:** This communication is for informational purposes only and may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED.