Outlook.com Print Message                                                    Page 1 of 2

Print                                                                         Close

## (No Subject)

From: **William Sears** (william@williamjsears.com)
Sent: Fri 11/19/10 5:14 PM
To:    'Fred Dahlman' (dahlman@msn.com)

Fred,

As per our conversation please transfer the following amounts of preferred shares to complete the transaction.

10,000 to yourself or nominee

100,000 to Microcap Management LLC

25,000 to Robert L Dittman

the balance (1,365,000shs) of the stock should go to Salt Investments LLC.

In addition please forward copy's of the original certs or documentation that was used to create said shares.

**Regards,**

**William Sears**

"The fact is that the average man's love of liberty is nine-tenths imaginary, exactly like his love of sense, justice and truth. He is not actually happy when free; he is uncomfortable, a bit alarmed, and intolerably lonely. Liberty is not a thing for the great masses of men. It is the exclusive possession of a small and disreputable minority, like knowledge, courage and honor. It takes a special sort of man to understand and enjoy liberty-- and he is usually an outlaw in democratic societies." -- H.L. Mencken, Baltimore Evening Sun, Feb. 12, A. D. 1923



GOVERNMENT EXHIBIT 35
17-cr-00008-WJM

6/15/2015

FD_00000078

Attachment 2
Page 1 of 2

Outlook.com Print Message                                                                 Page 2 of 2

**CONFIDENTIAL COMMUNICATION:** This communication is for informational purposes only and may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by William Sears or his affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

6/15/2015

FD_00000079

Attachment 2
Page 2 of 2