Print            Close

## (No Subject)

From: **William Sears** (william@williamjsears.com)
Sent: Mon 11/22/10 4:47 PM
To: 'Fred Dahlman' (dahlman@msn.com)

1 attachment
FD- PW- Preferred Transfer 11-21-2010.docx (47.5 KB)

Fred,

Try this one on.

**Regards,**

**William Sears**

"The fact is that the average man's love of liberty is nine-tenths imaginary, exactly like his love of sense, justice and truth. He is not actually happy when free; he is uncomfortable, a bit alarmed, and intolerably lonely. Liberty is not a thing for the great masses of men. It is the exclusive possession of a small and disreputable minority, like knowledge, courage and honor. It takes a special sort of man to understand and enjoy liberty-- and he is usually an outlaw in democratic societies." -- H.L. Mencken, Baltimore Evening Sun, Feb. 12, A. D. 1923

**CONFIDENTIAL COMMUNICATION:** This communication is for informational purposes only and may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by William Sears or his affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.



GOVERNMENT EXHIBIT 36
17-cr-00008-WJM

# Frederick A. Dahlman



November 21, 2010

Pacific Stock Transfer Co.
4045 South Spencer Street
Suite 403
Las Vegas, NV 89119

Reference: BBYB 1,500,000 Series A Preferred Shares


Dear Pac West,
    Please let this letter act as a letter of authorization for you to transfer the above referenced shares to the following:

1. 1,365,000 (One Million Three Hundred Sixty Five Thousand) shares to:

    Salt Investments LLC
    2233 Ponderosa Road
    Franktown, Co 80116

2. 100,000 (One Hundred Thousand) shares to:

    Microcap Management
    13762 Colorado Blvd
    #124-203
    Thornton, Co 80602

3. 50,000 (Fifty Thousand) shares to:

    Robert L Dittman
    13442 Jackson Drive
    Thornton, Co 80241

The remaining 10,000 (Ten Thousand) shares are to be left in my name. These transfers are to be effective immediately and recorded on the books and records of your firm. No certificates are required. The above share holders will in contact with you when they do decide to convert said shares.