Outlook.com Print Message                                                Page 1 of 1

Print                                                                         Close

## (No Subject)

From: **William Sears** (william@williamjsears.com)
Sent: Tue 3/01/11 5:01 PM
To: 'Fred Dahlman' (dahlman@msn.com); Frederick Dahlman (fred@dahlman.net)
    1 attachment
    Fredrick A.docx (14.2 KB)

Fred,

As per our conversation please see attached and forward to MS DiBella.

**Regards,**

**William Sears**

"The fact is that the average man's love of liberty is nine-tenths imaginary, exactly like his love of sense, justice and truth. He is not actually happy when free; he is uncomfortable, a bit alarmed, and intolerably lonely. Liberty is not a thing for the great masses of men. It is the exclusive possession of a small and disreputable minority, like knowledge, courage and honor. It takes a special sort of man to understand and enjoy liberty-- and he is usually an outlaw in democratic societies." -- H.L. Mencken, Baltimore Evening Sun, Feb. 12, A. D. 1923

**CONFIDENTIAL COMMUNICATION:** This communication is for informational purposes only and may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by William Sears or his affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.



GOVERNMENT EXHIBIT 37
17-cr-00008-WJM

6/14/2015

FD_00000156

Attachment 4
Page 1 of 2

Fredrick A. Dahlman, Jr
Belle C. Dahlman
1115 Safety Harbor Cove
Old Hickory. TN 37138-1998

March 2, 2011

Joanna DiBella
Pacific Stock Transfer Co.
4045 South Spencer Street
Suite 403
Las Vegas, NV 89119

Reference: BBYB 200,000 Series 'A' Preferred Shares

Dear Joanna:

Please transfer One Hundred Eighty Five Thousand (185,000) Series A Preferred shares of BBYB from certificate number XXXXX to the following:

Microcap Management
13762 Colorado Blvd
#124-203
Thornton, CO 80602

The remaining Fifteen Thousand (15,000) shares are to be left in the names of Frederick A. Dahlman, Jr and Belle C. Dahlman JT TEN and to be sent to our address on file. Our resignations were effective as of November 15th 2010 so the above mentioned shares should be transferred free of any restrictions.

Mr. Sears will be sending you a onetime use credit card authorization form to pay for the above transfers and delivery. Mr. Sears's direct line is (303) 518-3174

Frederick A. Dahlman, Jr.

Belle C. Dahlman

FD_00000157