## PW027 - BABY BEE BRIGHT CORPORATION
### Certificate Transaction Journal
Transaction Number 10701 Stock Class PR
Control ID: STTK000000011356     Transfer

01/25/2011  4:03 pm
Page 1 of 1

**Transaction Date 01/25/11**

| Registration | Certif. No | | Canceled | Issued | |
|---|---|---|---|---|---|
| FREDERICK A DAHLMAN JR AND BELLE C DAHLMAN JT TEN | PR | 1007 | 1,500,000 | | Restricted |
| 1115 SAFETY HARBOR COVE OLD HICKORY, TN 37138-1998 | PR | 1012 | | 200,000 | Restricted |
| SALT INVESTMENTS LLC 2233 PONDEROSA RD FRANKTOWN, CO 80116 | PR | 1013 | | 1,300,000 | Restricted |
| | | | 1,500,000 | 1,500,000 | |

Confidential Treatment Requested by PST
Fusion Pharm (D-03397) - PST-002466

SEC-DOJ-EPROD-000800882

Attachment 5
Page 1 of 3

Frederick A. Dahlman, Jr.
Belle C. Dahlman
1115 Safety Harbor Cove
Old Hickory, TN 37138-1998

December 30, 2010

Joanna DiBella
Pacific Stock Transfer Co.
4045 South Spencer Street
Suite 403
Las Vegas, NV 89119

Reference: BBYB 1,500,000 Series 'A' Preferred Shares (certificate number: 1007)

Dear Joanna:

In reference to your conversations with William Sears in which you discussed the new rulings and the waiting period for transfer stock prior to a reversal, Mr. Sears wanted us to change the November 27th letter of authorization as follows:
      Please let this letter act as a letter of authorization for you to transfer a portion of the above reference shares to the following company:

      1,300,000 (One Million Three hundred Thousand) shares to:

            Salt Investments, LLC.
            2233 Ponderosa Road
            Franktown, CO 80116

The remaining 200,000 (Two Hundred Thousand) shares are to be left in our names:

            Frederick A. Dahlman, Jr. and Belle C. Dahlman JT TEN
            1115 Safety Harbor Cove
            Old Hickory, TN 37138-1998

This transfer of 1,300,000 (One Million, Three Hundred Thousand) shares to Salt Investments, LLC. is to be effective immediately and recorded on the books and records of your firm. Stock certificates are to be sent to the shareholders at the appropriate above address. William Sears will cover all expenses of this transaction.

Enclosed is a copy of the original paperwork for the preferred shares, Affidavit of Loss, and the Irrevocable Stock Power.

Sincerely,

Frederick A. Dahlman, Jr.

Belle C. Dahlman

Confidential Treatment Requested by PST
Fusion Pharm (D-03397) - PST-002468

SEC-DOJ-EPROD-000800884

Attachment 5
Page 2 of 3



# PacificStockTransfer
*Proudly Serving Clients Since 1983*

4045 S Spencer St, Suite 403, Las Vegas, NV 89119
Phone: 702.361.3033   Fax: 702.433.1979

## Credit Card Payment Authorization

Company: _____

Contact Name: _William Sears_____

Email Address: _william@williamjsears.com___

Phone Number: _(303) 519-8408_____

Name on Card: _Savora Sears_____

Billing Address: _13762 Colorado Blvd #124-203_

_Thornton Co  80602_____

☒ VISA    ☐ MC    ☐ AMEX

Account Number: _4259-0740-0012_____

Exp: __12_/_12__   CVV: _880_____

Amount: $ _____

I hereby authorize Pacific Stock Transfer Company for a one-time charge to my credit card in the above amount for services rendered.

Signed: _____

Date: _1-7-10_____

If you have any questions, please do not hesitate to contact our account representative, Lisa Upham. She may be reached via telephone at 540.675.6274 or via email at lupham@belmontfs.com.

Confidential Treatment Requested by PST
Fusion Pharm (D-03397) - PST-002475

SEC-DOJ-EPROD-000800891