## PW027 - BABY BEE BRIGHT CORPORATION
### Certificate Transaction Journal
Transaction Number 12834 Stock Class PR
Control ID: STTK000000013068    Transfer

03/16/2011  4:03 pm
Page 1 of 1

**Transaction Date 03/16/11**

| Registration | Certif. No | | Canceled | Issued | |
|---|---|---|---|---|---|
| FREDERICK A DAHLMAN JR AND BELLE C DAHLMAN JT TEN | PR | 1012 | 200,000 | | Restricted |
| 1115 SAFETY HARBOR COVE<br>OLD HICKORY, TN 37138-1998 | PR | 1014 | | 15,000 | Restricted |
| MICROCAP MANAGEMENT LLC<br>2004-A WEST 120TH AVENUE<br>WESTMINSTER, CO 80234 | PR | 1015 | | 185,000 | Restricted |
| | | | 200,000 | 200,000 | |

Confidential Treatment Requested by PST
Fusion Pharm (D-03397) - PST-002617

SEC-DOJ-EPROD-000801033

Attachment 6
Page 1 of 2

Fredrick A. Dahlman, Jr
Belle C. Dahlman
1115 Safety Harbor Cove
Old Hickory. TN 37138-1998

March 7, 2011

Joanna DiBella
Pacific Stock Transfer Co.
4045 South Spencer Street
Suite 403
Las Vegas, NV 89119

*[Handwritten notes:]*
Issuer - Baby Bee Bright
Presenter - Fred Dahlman
12901
$190 - Jcert
1 ship (?)

Reference: BBYB 200,000 Series 'A' Preferred Shares

Dear Joanna:

Please transfer One Hundred Eighty Five Thousand (185,000) Series 'A' Preferred shares of BBYB from certificate number 1012 to the following:

> Microcap Management
> 13762 Colorado Blvd
> #124-203
> Thornton, CO 80602

The remaining Fifteen Thousand (15,000) shares are to be left in the names of Frederick A. Dahlman, Jr. and Belle C. Dahlman JT TEN and are to be sent to our address on file. Our resignations were effective as of November 15, 2010 so the above mentioned shares should be transferred free of any restrictions.

Mr. Sears will be sending you a onetime use credit card authorization form to pay for the above transfer and delivery. Mr. Sears's direct line is (303) 518-3174.

Thank you for handling this matter. *My Commission Expires 9/21/13*

Sincerely,

*[Signature: Fredrick A. Dahlman Jr.]*   *[Signature: Marilyn H. Bite, Notary — State of Tennessee Notary Public, Wilson County]*

Frederick A. Dahlman, Jr.

*[Signature: Belle C. Dahlman]*   *[Signature: Marilyn H. Bite, Notary — State of Tennessee Notary Public, Wilson County]*

Belle C. Dahlman

*My Commission Expires 9/21/13*

Confidential Treatment Requested by PST
Fusion Pharm (D-03397) - PST-002627

SEC-DOJ-EPROD-000801043

Attachment 6
Page 2 of 2