```
                                                                172
                          Direct - Sears
 1   Q.   Okay.  And where are those shares transferred to at
 2   one time?
 3   A.   The shares were transferred to Microcap Management as
 4   free trading, and Microcap did the same to Prestige for
 5   services.
 6   Q.   All right.  Can we have Exhibit 141.
 7        Sir, could you please take a look at Exhibit 141.
 8   A.   Yes, sir.  I have it.
 9   Q.   All right.  Can we have the middle -- thank you.
10        Okay.  Sir, if you could look on your screen here,
11   I just circled an e-mail.  Would you tell the jury what
12   that e-mail is about.
13   A.   It is an e-mail from *guy@lawfirmofjeanpierre.com*.  It
14   was dated October 19th, 2011.  It was to myself at
15   *william@williamjsears.com*.  And the subject matter is:
16   "Proposed Agreement referencing purchase of MicroCap."
17   Q.   So it's -- what type of agreement is this?
18   A.   An agreement to purchase a corporation.
19   Q.   Whose corporation?
20   A.   My corporation, MicroCap Management.
21   Q.   Okay.  So you're selling your corporation?
22   A.   Yes, the interest in the company.
23   Q.   And who's doing the paperwork to help you sell that
24   corporation?
25   A.   Guy Jean-Pierre.
```