```
                                                                221
                          Direct - Sears
 1    A.   Yes, sir.
 2    Q.   Do you know who signed that letter of opinion?
 3    A.   Not off the top of my head without looking at it.
 4    Q.   And who are you sending it to?
 5    A.   Sending it to Ms. Joanna DiBella and I am carbon
 6    copying Scott Dittman.
 7    Q.   Could I have Government Exhibit 77.
 8         Do you recognize Government Exhibit 77?
 9    A.   Hold on one second, sir.  Yes, I do.
10    Q.   Okay.  Can you describe to me what Government Exhibit
11    77 is.
12    A.   This is an e-mail from myself using the Vertifresh
13    e-mail.  It was sent Thursday, April 11th, 2013.  It's to
14    Joanna at Pacific Stock Transfer, carbon copy to Scott
15    Dittman at FusionPharm.  The subject is "Meadpoint Venture
16    Partners FSPM."  Attachment, "J DiBella doc."
17    Q.   What are you telling Ms. DiBella in this e-mail?
18    A.   I'm asking her to find all the documentation that we
19    spoke about the week prior.
20    Q.   Okay.  And why are you sending all this documentation
21    to Ms. DiBella?
22    A.   This looks like a note and a note to convert.
23    Q.   Do you know what note it is?
24    A.   It would be the Meadpoint Venture Partners note, sir.
25    Q.   And essentially Meadpoint, that's your company; is
```

```
                                                                    222
                        Direct - Sears
 1   that correct?
 2   A.   Yes, sir.
 3   Q.   And essentially did your company loan FusionPharm
 4   money?
 5   A.   Originally the notes came from myself or one of my
 6   companies, and when it was time to go ahead back in 2011, I
 7   believe it was, to start to rectify the books of the
 8   company, that was the trip that Mr. Jean-Pierre came out
 9   on, I believe it was September or October --
10            MR. SIBERT:  Your Honor, I'm going --
11            THE WITNESS:  I can't just --
12            THE COURT:  Hold on.  Hold on.
13            THE WITNESS:  -- give you bits and pieces.  You
14   got to --
15            THE COURT:  Hold on.
16            THE WITNESS:  Sorry.
17            MR. SIBERT:  I'm going to ask that the witness is
18   not being responsive to the question.
19            THE COURT:  All right.  We've gone through this
20   before, Mr. Sears.
21            THE WITNESS:  Yes, sir.
22            THE COURT:  Please answer the question that's
23   posed and -- why don't we do this:  Why don't we take our
24   afternoon break.  Mr. Sibert, you can think about how you
25   might want to rephrase that question.
```