# Addendum To Certificate Of Authority

For Changes To Authorized Signers On Business Deposit Accounts



**Host Status:**
Host Update Successful

| Bank Name: | Store Name: |
|---|---|
| Wells Fargo Bank, N.A. | LoDo |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| GRANT TAYLOR | K2530 | 10/07/2011 |

| Banker Phone: | Store Number | Banker AU: | Banker MAC: |
|---|---|---|---|
| 303/260-6260 | 03743 | 0076132 | C7337-011 |

Use this Addendum when Authorized Signers are being added or deleted to a Certificate of Authority currently on file for a business customer and a new, signed Certificate of Authority has not been obtained.

## Business/Account Information

| Business Name: | COID: | Product: | Account Number: |
|---|---|---|---|
| FUSION PHARM, INC | 163 | DDA | 9475650090 |

## Authorized Signers

| Authorized Signer Name(s): | Relationship Status: | | |
|---|---|---|---|
| SCOTT DITTMAN | [X] Existing/Remaining | [ ] New | [ ] Delete |
| SANDRA L SEARS | [ ] Existing/Remaining | [ ] New | [X] Delete |
| WILLIAM J SEARS | [ ] Existing/Remaining | [ ] New | [X] Delete |

## Addendum to Certificate of Authority

| Original Certificate of Authority Dated: | Addendum to Certificate of Authority Dated: |
|---|---|
|  | 10/07/2011 |

Each person signing in the "Certified/Agreed To" section below:

- directs the Bank that the additional Authorized Signers shall have all of the authority granted to the persons identified as Authorized Signers on the Certificate of Authority, including without limitation the authority to instruct the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services;
- directs the Bank to discontinue acting on the instructions of any person who has been deleted as an Authorized Signer;
- acknowledges that these modifications become effective only after this Addendum has been received by the Bank and the Bank has had a reasonable opportunity to act on it; and
- certifies that the account owner has taken all action under its organizational documents, if any, including passage of resolutions by its board of directors, trustees, or other governing body, required to make these modifications and to authorize the undersigned to execute and deliver this Addendum.



2W02-000451763962-01

BBG5351 (8-07 SVP)
© 2007 Wells Fargo Bank, N.A. All rights reserved.

Page 1 of 2
Wells Fargo Confidential

SEC-WF-P-0000007

Attachment 16
Page 1 of 2

**Certified/Agreed To**

Owner/Key Individual 1 Name: SCOTT DITTMAN

Position/Title: WORKER

Owner/Key Individual 1 Signature: [signature]

[X] Submit manually
[ ] Signature not required

Date: 10/07/2011



BBG5351 (8-07 SVP)
© 2007 Wells Fargo Bank, N.A. All rights reserved.   2W02-000451763962-02

Page 2 of 2
Wells Fargo Confidential

SEC-WF-P-0000008

Attachment 16
Page 2 of 2