Blank

**From:** Scott Dittman <sdittman@fusionpharminc.com>
**Sent:** Thursday, September 29, 2011 9:24 AM
**To:** 'Rutherford, Connie J' <crutherford@paychex.com>
**Subject:** RE: Payroll - Paychex

Connie,

Sorry, traveling this week and just returned last night.

Yes indeed, we would still like for you to process our payroll. Do I need to sign/do anything for you? Pls advise.

Please mail all checks to the following address:

1610 Wynkoop St #110

Denver, CO 80202

Best regards.

**Scott Dittman**
**FusionPharm, Inc.**
**O. 720-458-0686 * F. 720-458-0687**
**sdittman@fusionpharminc.com**
**fusionpharminc.com**

**CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the documents accompanying it), may contain confidential information belonging to the sender or receiver. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify sender by telephone.**

---

**From:** Rutherford, Connie J [mailto:crutherford@paychex.com]
**Sent:** Wednesday, September 28, 2011 12:38 PM
**To:** sdittman@fusionpharminc.com
**Subject:** Payroll - Paychex

Hi Scott,

I left you a voice message so if we have already talked you can disregard this email.

I was checking to see if we are processing payroll for the Sept 30th check date for you and William for the normal salary amounts.

Please let me know and also let me know if we have any other changes. I know Shane is no longer with the company so you will be the payroll contact moving forward?

Blank

Also do the checks get delivered to the same address we have been sending them to, or has that changed?

Thank you.

Connie Rutherford

New Client Specialist
Paychex, Inc.
602-266-3660 ext. 23771
Fax: 602-279-0334
Email: crutherford@paychex.com

· The Arizona Department of Economic Security (DES) has retroactively established a Special Assessment tax. AZ DES will send employers first and second quarter 2011 bills in September. Payments are due October 31, 2011. You will be responsible for making this payment even if you are a Paychex Taxpay client.

The third quarter assessment will be included on your third quarter Paychex prepared return. If you are a Taxpay client, we will remit this tax to the agency on your behalf.

The information contained in this message may be privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or any employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.