## Rule 144 Affiliate Volume Calculations

| Date | Three Month Volume Limit | Selected Accounts Shares Sold | Percent of Volume Limit |
|---|---|---|---|
| 6/30/2011 | 9,600 | 262,794 | 2737% |
| 9/30/2011 | 17,081 | 130,274 | 763% |
| 12/31/2011 | 21,218 | 104,600 | 493% |
| 3/31/2012 | 21,568 | 75,282 | 349% |
| 6/30/2012 | 23,462 | 109,758 | 468% |
| 9/30/2012 | 28,337 | 19,461 | 69% |
| 12/31/2012 | 28,617 | 41,699 | 146% |
| 3/31/2013 | 30,017 | 681,508 | 2270% |
| 6/30/2013 | 52,017 | 169,643 | 326% |
| 9/30/2013 | 56,757 | 2,034,859 | 3585% |
| 12/31/2013 | 56,757 | 343,625 | 605% |
| 3/31/2014 | 80,192 | 1,241,581 | 1548% |

Prepared by FINRA CPAG
Source: OTC Filings; Exhibits 47, 76, 84, 432, 433, 434, 438

Selected Accounts: Meadpoint (ALPS-7669);  Microcap (OPCO-9990); Microcap (ALPS-7090); Bayside (ALPS-4611); and William Sears (ETRS-1511)



GOVERNMENT EXHIBIT
301
17-cr-00008-WJM

Attachment 18
Page 1 of 1