**Checks Signed on Fusion Pharm Wells Fargo Acct #0090 from March 23, 2011 to February 15, 2013**

10/5/2011: FINRA contacts Scott Dittman

| Signer | Apr 2011 | May 2011 | June 2011 | July 2011 | Aug 2011 | Sept 2011 | Oct 2011 | Nov 2011 | Dec 2011 | Jan 2012 | Feb 2012 | Mar 2012 | Apr 2012 | May 2012 | June 2012 to Feb 2013 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scott Dittman | 3 | - | - | - | - | - | 36 | 30 | 19 | 27 | 10 | 21 | 19 | 15 | 74 | 254 |
| William Sears | 4 | 35 | 24 | 32 | 35 | 22 | 1 | - | - | - | 1 | - | - | 1 | - | 155 |
| Sandra Sears | - | - | 1 | - | - | - | - | - | - | - | - | - | - | - | - | 1 |
| Total Checks- FSPM Acct #0090 | 7 | 35 | 25 | 32 | 35 | 22 | 37 | 30 | 19 | 27 | 11 | 21 | 19 | 16 | 74 | 410 |

On March 23, 2011, Wells Fargo Account 9475650090 was opened under the name Fusion Pharm, Inc. Initial signers were William J. Sears and Sandra L. Sears.
On October 11, 2011, initial signers were deleted and Scott Dittman was added as the sole signer on the account.
On February 15, 2013, the account was closed.



GOVERNMENT EXHIBIT 314
17-cr-00008-WJM

Attachment 19
Page 1 of 1