| | |
|---|---|
| **From:** | William Sears <wsears@fusionpharminc.com> |
| **Sent:** | Thursday, June 23, 2011 10:23 AM |
| **To:** | 'Scott Dittman' <sdittman@fusionpharminc.com> |
| **Subject:** | RE: wire |

Done……….you want the full five?

**William Sears**
**FusionPharm, Inc.**
**O. 720-458-0686** * **F. 720-458-0687**
wsears@fusionpharminc.com
**fusionpharminc.com**



**CONFIDENTIALITY NOTICE**: This e-mail transmission (and/or the documents accompanying it), may contain confidential information belonging to the sender or receiver. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify sender by telephone.

**From:** Scott Dittman [mailto:sdittman@fusionpharminc.com]
**Sent:** Thursday, June 23, 2011 10:13 AM
**To:** 'Bill Sears'
**Subject:** wire

Billy,

Can we wire $3k from this weeks take to Laura's account?

Instructions below:

Compass Bank
568 E Castle Pines Pkwy
Castle Rock, CO 80108-4606

Account info:

Laura Dittman
Routing #:  107005319
Account # 2510043602

**Scott Dittman, CEO**
**FusionPharm, Inc. (OTC:FSPM)**
**O. 720-458-0686** * **F. 720-458-0687**
sdittman@fusionpharminc.com

**fusionpharminc.com**



**CONFIDENTIALITY NOTICE**: **This e-mail transmission (and/or the documents accompanying it), may contain confidential information belonging to the sender or receiver. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify sender by telephone.**

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.901 / Virus Database: 271.1.1/3721 - Release Date: 06/23/11 00:34:00

SWFBI_00024060.htm[8/1/2019 3:39:57 PM]