```
                                                              198
                        Direct - Dittman
```

1    Q.   And, in fact, VertiFresh, as we discussed, was
2    90 percent of your revenue in 2012.
3    A.   That much is true.
4    Q.   Can I have Government Exhibit 19 shown.
5         MR. SIBERT: And this has been stipulated to, Your
6    Honor. I don't think it has been put into evidence, so I
7    would like to move into evidence Government Exhibit 19, 40,
8    390. That's section 8, Your Honor.
9         THE COURT: Section 8?
10        MR. SIBERT: Yes, sir. Sorry.
11        THE COURT: All right. Given the stipulation of
12    the parties, Government Exhibits 19, 40, and 390 are
13    admitted into evidence and may be published to the jury.
14        (Government's Exhibit 19, 40, and 390 received)
15        MR. SIBERT: Your Honor, may I have a moment?
16        THE COURT: You may.
17        MR. SIBERT: Actually, I'm okay. I'm sorry.
18    BY MR. SIBERT:
19    Q.   Can I have -- let me get the hard copy. I'm sorry.
20    Can I have the witness shown page 13 -- I'm sorry,
21    actually, before we do that, go ahead and just blow that up
22    for me. Not the top.
23        And what is this document, Government Exhibit 19?
24    A.   It's the annual information and disclosure statement
25    for FusionPharm dated December 31st, 2011.

```
                                                                  199
                          Direct - Dittman

  1    Q.   So the annual -- the annual report being submitted to
  2    OTC Markets for 2011?
  3    A.   Yes.
  4    Q.   Can I have page 13?  Can you blow this up, please?
  5              What is your annual salary, sir?
  6    A.   $60,000.
  7    Q.   Can I have Exhibit 40 shown, please.  Can I have page
  8    2 of Exhibit 40.
  9              Okay, sir, you stated that Mrs. Blume worked for
 10    you; is that correct?
 11    A.   She did.
 12    Q.   And this is a letter to -- Mrs. Blume is writing on
 13    behalf of FusionPharm; is that right?
 14    A.   It appears so.
 15    Q.   And this is January 30th, 2012?
 16    A.   Yes.
 17    Q.   Okay.  And how much is Mr. Sears being paid since
 18    January 2011 by FusionPharm?
 19    A.   According to Ms. Blume, 5,000 per month, but I don't
 20    think that's accurate.
 21    Q.   Okay.  Well, how much is 5,000 times 12?
 22    A.   Excuse me?
 23    Q.   How much is 5,000 times 12?
 24    A.   60,000.
 25    Q.   So that would be the same salary, if this is right, as
```