| | |
|---|---|
| From: | William Sears <wsears@fusionpharminc.com> |
| Sent: | Monday, January 30, 2012 2:25 PM |
| To: | bjohn@mazdaoflakewood.dealercrm |
| Cc: | kblume@fusionpharminc.com |
| Subject: | FW: Employment/Income |
| Attach: | image003.png; image004.png; Scan_Doc0032.pdf |

**William Sears**
FusionPharm, Inc. (OTC:FSPM)
O. 720-458-0686 * F. 720-458-0687
wsears@fusionpharminc.com
fusionpharminc.com



**CONFIDENTIALITY NOTICE:** This e-mail transmission (and/or the documents accompanying it), may contain confidential information belonging to the sender or receiver. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify sender by telephone.

**From:** William Sears [mailto:wsears@fusionpharminc.com]
**Sent:** Monday, January 30, 2012 2:18 PM
**To:** 'bjohn@mazdaoflakewood.denvercrm'
**Subject:** Employment/Income

Brian,
      Please find attached the documentation requested. Should you have any further queries please feel free to contact me directly on (303) 518-3174

Regards,
**William Sears**
FusionPharm, Inc. (OTC:FSPM)
O. 720-458-0686 * F. 720-458-0687
wsears@fusionpharminc.com
fusionpharminc.com





GOVERNMENT EXHIBIT
40
17-cr-00008-WJM

**CONFIDENTIALITY NOTICE:** This e-mail transmission (and/or the documents accompanying it), may contain confidential information belonging to the sender or receiver. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify sender by telephone.

1



January 30, 2012

To Whom It May Concern:

My name is Kelly Blume; I am the Office Manager for Fusion Pharm, Inc. I am writing this letter to verify the employment of William Sears.

Mr. Sears has been with our company as a 1099 employee with a gross pay of $5,000 per month since January of 2011. As of March 1, 2012 Fusion Pharm, Inc. is moving to a payroll system and Mr. Sears will become a W-2 employee for our company at the same gross pay amount.

If you require further information on Mr. Sears I can be contacted via phone at 303-681-6875 or via e-mail at kblume@fusionpharminc.com.

Sincerely,

Kelly Blume
Office Manager

1610 Wynkoop, Ste. 110, Denver, Colorado 80202 • T: 720-458-0686 • F: 720-458-0687
info@fusionpharminc.com • www.fusionpharminc.com          (OTC:FSPM)

2

SWIRS_00002853

```
                                                                                          1344
Fusion Pharm, Inc.                    Wells Fargo Bank, N.A.    EZShield Check Fraud
1610 Wynkoop St. Suite 110                                      Protection for Business
Denver, CO 80202                      23-7-1020
Phone: 720-458-0686                                                        1/27/2012


PAY TO THE    William Sears                                             $  **5,000.00
ORDER OF

    Five Thousand and 00/100******************************************************************
                                                                                   DOLLARS

    William Sears
    13442 Jackson Dr.
    Thornton, CO 80602
                                                      [signature]
MEMO                                                  AUTHORIZED SIGNATURE
      January 2012 Payroll

          ⑈001344⑈  ⑆102000076⑆  9475650090⑈
```

3

| | |
|---|---|
| | 1352 |

**Fusion Pharm, Inc.**
1610 Wynkoop St. Suite 110
Denver, CO 80202
Phone: 720-458-0686

Wells Fargo Bank, N.A.
23-7-1020

EZShield Check Fraud Protection for Business

12/31/2011

PAY TO THE ORDER OF  William Sears                                $ **5,000.00

Five Thousand and 00/100************************************************************************ DOLLARS

William Sears
13442 Jackson Dr.
Thornton, CO 80602

MEMO  December Payroll -Sears                    AUTHORIZED SIGNATURE

⑈⦂00 1352⦂⦂ ⦂:10 2000076⦂: 9475650090⦂⦂

4

SWIRS_00002853.03

Attachment 22
Page 4 of 5

```
                                                                                            1328
Fusion Pharm, Inc.                    Wells Fargo Bank, N.A.
1610 Wynkoop St. Suite 110
Denver, CO 80202
Phone: 720-458-0686                   23-7-1020                        11/29/2011

PAY TO THE   William Sears                                             $ **5,000.00
ORDER OF

Five Thousand and 00/100********************************************************DOLLARS

     13442 Jackson Drive
     Thornton, CO 80241
                                                    [signature]
MEMO  Sears- 11/29/2011 payroll                AUTHORIZED SIGNATURE
```

⑈⋅00 13 28⋅⑈ ⑆10 20000 76⑆ 9475650090⋅⑈