| | |
|---|---|
| **From:** | William Sears <wsears@vertifresh.onmicrosoft.com> |
| **Sent:** | Friday, October 5, 2012 4:17 PM |
| **To:** | Giron, Patrick R. - OED <Patrick.Giron@denvergov.org> |
| **Subject:** | RE: CORRECTION - JumpStart Biz Plan Awards Additional items |
| **Attach:** | VertiFresh Business Plan 2012 -2015.pdf |

Patrick,
Please find attached the business plan required for review. Once again I am honored to be considered for this award.

Regards,

William Sears
O. 303-398-7081 * M. 303-518-3174
4360 Vine Street
Denver, Colorado 80216
wsears@vertifresh.com
www.vertifresh.com



CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the documents accompanying it), may contain confidential information belonging to the sender or receiver. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify sender by telephone.

---

**From:** Giron, Patrick R. - OED [mailto:Patrick.Giron@denvergov.org]
**Sent:** Thursday, October 04, 2012 5:18 PM
**To:** Giron, Patrick R. - OED
**Subject:** CORRECTION - JumpStart Biz Plan Awards Additional items
**Importance:** High

Please note that the email address I provided for you to send the business plan to is not working. Send your final business plan directly to me at patrick.giron@denvergov.org by close of business tomorrow (10/5/12) per the original instructions.

**ADDITIONALLY, PLEASE BE SURE YOUR BUSINESS PLAN CONTAINS A STATEMENT DESCRIBING THE SPECIFIC USE OF FUNDS FROM THIS COMPETITION AND INCLUDE A TIMELINE/BURN RATE.**

Thank you very much and I look forward to receiving your business plan.

Sincerely,

Patrick Giron
Economic Development Supervisor
Office of Economic Development | City and County of Denver
Phone: 720.913.1649 Fax: 720.913.1802
www.milehigh.com

INV_00004653

patrick.giron@denvergov.org

This e-mail transmission from the City and County of Denver, and any documents, files, or previous e-mail messages attached to it, are intended solely for the individual(s) to whom it is addressed and may contain information that is confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any unauthorized review, forwarding, printing, copying, distribution, or use of this transmission or the information it contains is strictly prohibited. A misdirected transmission does not constitute waiver of any applicable privilege. If you received this transmission in error, please immediately notify the sender and delete the original transmission and its attachments. Thank you.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2221 / Virus Database: 2441/5312 - Release Date: 10/05/12

INV_00004654

# MANAGEMENT AND PERSONNEL

### William Sears
**President**

William began his career in 1984 with Coca-Cola Bottling in New York City, where he became a distribution manager before leaving in 1989 to join Coca-Cola Enterprises in Palm Beach, Florida. In 1992, he became an entrepreneur, forming a consulting firm in Boca Raton, Florida that specialized in early stage ventures. In 1995, William co-founded Growth Planning Limited, a Cayman Islands-based investment advisory firm and launched AstraFund, Ltd., a small-cap focused private investment fund. In 2000, he moved to Surfers Paradise in Queensland, Australia where he was a partner in a real estate development firm. William returned to the U.S. in 2004 and served as an advisor with several developmental stage public and private companies in the environmental services, information technology and resource reclamation industries. William has over 20 years of entrepreneurial experience and has been invested in the development of hydroponic cultivation systems for 3 years prior to founding VertiFresh in March 2012.

### Kelly Blume
**Farming Manager**

Kelly joined Vertifresh at inception and currently overseas our day-to-day farming operations. She completed her undergraduate work at Washington State University and is currently pursuing her Master of Agriculture degree at Colorado State University. Ms. Blume is writing her thesis on hydroponic vertical farming as a solution to many of the current issues we face in agriculture today.

### Scott Dittman
**Director**

Scott is the President and Chief Executive Officer of FusionPharm, Inc., the developer of the patent pending PharmPods hydroponic cultivation system. Prior to joining FusionPharm, he served as Chief Executive Officer of Equity Custom Homes, Inc., a Denver, Colorado based home builder. Scott was formerly an Enterprise Consultant with Arthur Andersen and Company in San Francisco and Sydney Australia. He received a Business and Finance degree from the University of Colorado, Boulder and went on to acquire his CPA qualification in 1991. Scott has been active in numerous charities and organizations in Denver and currently serves as a member of the Board of Directors of the Denver Buff Club, supporting athletics at the University of Colorado.

## PERSONNEL PLAN

The personnel plan includes operations managers, who will oversee the construction and operations of each PharmPlex facility, and technical staff experienced in hydroponic farming. Wages for the agricultural laborers who will tend the produce are included in the Sales Forecast table as part of cost of sales.

| Personnel Plan | 2013 | 2014 | 2015 |
|---|---|---|---|
| Senior Management | 2 | 2 | 3 |
| Growing and Harvesting | 6 | 9 | 14 |
| Sales | 1 | 2 | 3 |
| Operations | 6 | 10 | 18 |
| Total People | 15 | 23 | 38 |
| Total Payroll | $551,942 | $1,033,388 | $1,574,025 |

*Includes Cost of Goods Sold: Labor

16