Source of Funds for Bayside Note

| DATE | AMOUNT | ACTUAL SOURCE OF MONEY |
|---|---|---|
| 5/5/2011 | $5,800 | Microcap[1] |
| 5/6/2011 | $4,400 | Microcap |
| 5/11/2011 | $24,762 | Microcap |
| 5/18/2011 | $27,285 | Microcap |
| 5/25/2011 | $30,000 | Microcap |
| 5/25/2011 | $300 | Microcap |
| 6/9/2011 | $36,700 | Microcap |
| 9/19/2011 | $14,000 | Microcap |
| 10/21/2011 | $10,000 | Microcap |
| 11/16/2011 | $15,000[2] | Microcap |
| 12/28/2011 | $9,000 | Bayside |
| TOTAL | $177,247 | |

---

[1] In 2011, 97% of the $1,252,294 in incoming deposits into the Microcap account came from the sale of FusionPharm stock. Based on the supporting documentation provided to the transfer agent in support of the Bayside and Meadpoint loans, it is clear that the funds provided to FusionPharm were generated from the sale of FusionPharm stock.

[2] This $15,000 deposit was provided as supporting documentation for both the Meadpoint and Bayside loans.

Source of Funds for Meadpoint Note

| DATE | AMOUNT | SOURCE OF MONEY |
|---|---|---|
| 6/15/2011 | $50,000 | Microcap |
| 07/25/2011 | $15,000[3] | Microcap |
| 11/16/2011 | $15,000 | Microcap |
| 12/8/2011 | $8,000 | Microcap |
| TOTAL | $88,000 | |