|        |                                                                                                                                                           |
|--------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|
| **From:** | Cliff Bodden </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F8197232BFF34637B2668315946116D0-CBODDEN> |
| **Sent:** | Sunday, August 5, 2012 10:05 AM |
| **To:** | wsears@vertifresh.com |
| **Subject:** | FW: Deposits |
| **Attach:** | image001.jpg |

Updated for your review

**From:** Cliff Bodden
**Sent:** Saturday, August 04, 2012 5:35 PM
**To:** wjsears@vertifresh.com
**Subject:** Deposits

I need to know how to book these deposits:

| Date | Payer | Amount |
|------|-------|--------|
| 04/30/2012 | Cash Deposit | 15,000.00 |
| 05/03/2012 | Bayside | 16,767.00 |
| 06/07/2012 | Bayside | 5,750.00 |
| 06/14/2012 | Bank Originated Credit | 15,500.00 |
| 06/29/2012 | Cash Deposit | 1,000.00 |

Thanks,



**Cliff Bodden**
2731 Silver Star Road
Orlando, Florida 32808
(407) 522-7201 Phone
(407) 506-1314 Direct Dial
(407) 641-8496 Fax
(407) 520-6025 Mobile

Please consider the environment before printing this e-mail.

DISCLAIMER: Sender is not a Securities Dealer or Broker or Investment Adviser. Sender is an investor and consultant. This e-mail and the attached related documents are never to be considered an offer or solicitation for any purpose in any form or content. Such offer or solicitation may only be made by means of delivery of a confidential private offering memorandum or other appropriate document which contains a description of the material terms (including, without limitation, risk factors, conflicts of interest, fees and charges) relating to a particular investment product or fund. If you reply to this email, please note that we are a public investor and do not want any material non-public information. We do not agree to keep confidential any information you provide and do not agree to any restrictions on our investment activity, except pursuant to a written confidentiality agreement executed by Green Street Capital Partners, LLC. Upon receipt of this e-mail you, as the recipient, hereby acknowledge this disclaimer.

The preceding email message may be confidential or contain proprietary or privileged information. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Financial or consulting advice contained in the preceding message is solely for the benefit of the Green Street Capital Partners' clients(s) represented by the firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

To the extent the preceding message contains advice relating to securities matters. The information provided has been prepared from sources believed to be reliable but is not guaranteed, does not represent all available data necessary for making investment decisions and is for informational purposes only.