| | |
|---|---|
| **From:** | William Sears <william@williamjsears.com> |
| **Sent:** | Thursday, March 10, 2011 7:15 AM |
| **To:** | sdittman@fusionpharminc.com |
| **Cc:** | cbodden@gsccventure.com |
| **Subject:** | Fusion Pharm |

Gentlemen,
Please start communicating with regard to putting a business plane/power point/offering documents together. Cliffe as usual we need this last week! We want it in the format you used for Green street. We will require them in both pdf and word docs for future revisions. Fee for the whole enchilada is 2-k with 500 as retainer and balance with acceptance of finished product.

Scott number is (303) 419-6352  Cliff's number is (407) 451-1675

Regards,

William Sears
(303) 518-3174

Confidentiality Notice:  This email, including attachments, may include non-public, proprietary, confidential or legally privileged information.  If you are not an intended recipient or an authorized agent of an intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained in or transmitted with this e-mail is unauthorized and strictly prohibited.  If you have received this email in error, please notify the sender by replying to this message and permanently delete this e-mail, its attachments, and any copies of it immediately.  You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person.
Thank you