| | |
|---|---|
| From: | Hosley, Richard "Rick" <richard.hosley@hoganlovells.com> |
| Sent: | Tuesday, October 20, 2015 3:49 PM |
| To: | Funk, Kate E. (DN) (FBI) |
| Subject: | FW: Fusion Pharm |

---------- Forwarded message ----------
From: **Scott Dittman** <sdittman@fusionpharminc.com>
Date: Thu, Apr 21, 2011 at 8:11 AM
Subject: Fusion Pharm
To: sdittman@fusionpharminc.com

Greetings,

For those of you who don't know, I have spent the past 16 months exploring and working in the medical cannabis industry here in Colorado. I currently own an infused products/edibles company and also a dispensary/center license (not currently active) in Denver and recently sold my interest in a Lakewood dispensary.

Recently, I have partnered with my brother-in-law William Sears, and we have acquired and moved our operations into a publicly traded company: Fusion Pharm, Inc. Fusion Pharm is not directly involved in the production or sale of medical cannabis in any way. What FusionPharm does do, is provide products, services and support to companies involved in the medical cannabis industry. Among other things, FusionPharm produces self contained cultivation rooms built out of standard shipping containers (GroPods), provides non-cannabis products to dispensaries, and provides consulting, sales and accounting services to medical cannabis companies.

To use an 1800's 'gold rush' analogy, our mission is not to be the gold miners of this medical cannabis gold rush, but to be the guys who sell them picks and shovels…to be Levi Strauss.

Below is our 'coming out' press release explaining our recent expansion into the Arizona marketplace. Feel free to contact me if you have any interest/questions.

ABBOTT_00000050

Best regards

**Scott Dittman, CEO**

FusionPharm, Inc. (OTC:FSPM)

O. 720-458-0686 * F. 720-458-0687

sdittman@fusionpharminc.com

fusionpharminc.com



CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the documents accompanying it), may contain confidential information belonging to the sender or receiver. The information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify sender by telephone.

### FusionPharm in Negotiation With Two Major Arizona Dispensary Groups

DENVER, April 21, 2011 /PRNewswire/ -- FusionPharm, Inc. (PINKSHEETS: FSPM), a national, publicly-traded medical cannabis industry support company, announced that they are negotiating agreements to provide cultivation, extraction/infusion and ancillary services with two major Arizona dispensary groups met at the Green Relief Expo in Phoenix.   FusionPharm, Inc. is also negotiating leases on commercial space to offer their GroPods ™ shipping container growing systems to the emerging Arizona market and Arizona patients and caregivers.

ABOUT FUSIONPHARM, INC.

FusionPharm, Inc.  (www.fusionpharminc.com) provides products and support services for the emerging medical cannabis industry in Colorado, Arizona and nationwide while allowing individual investors the opportunity to participate in the medical cannabis industry explosion.  FusionPharm, Inc. offers industry expertise in cultivation, extraction, infusion  and business service.  Visit www.fusionpharminc.com today.

NOTES ABOUT FORWARD-LOOKING STATEMENTS

Except for any historical information contained herein, the matters discussed in this press release contain forward-looking statements that involve risks and uncertainties, including those described in the Company's Securities and Exchange Commission reports and filings. Certain statements contained in this release that are

ABBOTT_00000051