**To:** william@williamjsears.com[william@williamjsears.com]
**From:** Scott Dittman
**Sent:** Tue 8/20/2013 7:30:28 PM
**Importance:** Normal
**Subject:** financials
Quarterly Report - 06 30 2013.docx

Please read carefully, make sure I updated all the dates from last year (you missed quite a few :-)  Let me know if you have the OTC form that needs to be filled out and attached to this.



SEC-SMD-0042653
SEC-DOJ-EPROD-000783161

Attachment 32
Page 1 of 1