**PACIFIC STOCK TRANSFER COMPANY**
**PW027 - FUSION PHARM INC.**

Transaction Journal
All Transactions For All Stock Classes from 01/01/11 through 01/23/15

1/23/15
3:23 pm
Page 2 of 114

| Transact Date | Trans # | Holder ID | Name | Certificate No. | Shares | DispDt | Holder ID | Name | Certificate No. | | Number of Shares | How Aqr | Active 01/23/2015 | Disp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NEW ISSUES** | | | | | | | | | | | | | | |
| 11/11/11 | 12937 | | NewIssue | | | | 129078 | KELLY BLUME | CS2 | 11139 | 15,000 * | New | 15,000 | |
| 11/11/11 | 12937 | | NewIssue | | | | 129060 | GINO RODRIGUEZ | CS2 | 11140 | 25,000 * | New | 25,000 | |
| 01/06/12 | 12943 | | NewIssue | | | | 129080 | ANNE CADDEN | CS2 | 11145 | 2,500 * | New | 2,500 | |
| 01/06/12 | 12943 | | NewIssue | | | | 129081 | DAVID P ROY | CS2 | 11146 | 25,000 * | New | | T |
| 01/06/12 | 12943 | | NewIssue | | | | 129074 | PAUL VAN STEKELENBURG | CS2 | 11147 | 5,869 * | New | 5,869 | |
| 01/06/12 | 12943 | | NewIssue | | | | 129082 | STUART LEUDAN | CS2 | 11148 | 12,000 * | New | | T |
| 04/24/12 | 12954 | | NewIssue | @ $1.00/per share** | | | 129077 | FRANKLIN R FALCONER | CS2 | 11163 | 2,500 * | New | 2,500 | |
| 04/24/12 | 12954 | | NewIssue | @ $1.00/per share** | | | 129089 | STEVE FALCONER | CS2 | 11164 | 10,000 * | New | 10,000 | |
| 07/31/12 | 12962 | | NewIssue | @ $1.00/per share** | | | 129092 | MARC GOLDENBERG | CS2 | 11173 | 28,000 * | New | | T |
| 01/18/13 | 12986 | | NewIssue | @ $0.00/per share** | | | 129068 | BAYSIDE REALTY HOLDINGS | CS2 | 11208 | 140,000 | New | | T |
| 03/14/13 | 12992 | | NewIssue | | | | 129104 | SGI GROUP LLC | CS2 | 11214 | 12,500 | New | | T |
| 03/14/13 | 12992 | | NewIssue | | | | 129105 | STARCITY CAPITAL LLC | CS2 | 11215 | 137,500 | New | | T |
| 03/14/13 | 12992 | | NewIssue | | | | 129106 | VERA GROUP LLC | CS2 | 11216 | 12,500 | New | | T |
| 03/14/13 | 12992 | | NewIssue | | | | 129107 | ALEXANDRA MAURIELLO | CS2 | 11217 | 25,000 | New | | T |
| 03/14/13 | 12992 | | NewIssue | | | | 129108 | BLACK ARCH OPPORTUNITY FUND LP | CS2 | 11218 | 12,500 | New | | T |
| 04/12/13 | 12998 | | NewIssue | @ $0.00/per share** | | | 129110 | MEADPOINT VENTURES PARTNERS | CS2 | 11223 | 475,000 | New | | T |
| 08/15/13 | 13002 | | NewIssue | @ $0.01/per share** | | | 129110 | MEADPOINT VENTURES PARTNERS | CS2 | 11227 | 500,000 | New | | T |
| 09/03/13 | 13003 | | NewIssue | @ $0.01/per share** | | | 129061 | MYRON THADEN | CS2 | 11228 | 500,000 | New | | T |
| 09/03/13 | 13003 | | NewIssue | @ $0.01/per share** | | | 129113 | SHARRYN THADEN | CS2 | 11229 | 500,000 | New | | T |
| 09/03/13 | 13003 | | NewIssue | @ $0.01/per share** | | | 129114 | RICHARD SCHOLZ | CS2 | 11230 | 500,000 | New | | T |
| 09/05/13 | 13005 | | NewIssue | | | | 99696 | E*TRADE CLEARING LLC | BE2 | 1 | | New | | V |
| 09/05/13 | 13005 | | NewIssue | | | | 99696 | E*TRADE CLEARING LLC | BE2 | 2 | 276 * | New | | T |
| 09/19/13 | 13008 | | NewIssue | | | | 129115 | STAR CITY CAPITAL | CS2 | 11235 | 313,703 | New | | T |
| 09/19/13 | 13008 | | NewIssue | | | | 129108 | BLACK ARCH OPPORTUNITY FUND LP | CS2 | 11236 | 28,562 | New | | T |
| 01/09/14 | 13015 | | NewIssue | @ $0.01/per share** | | | 129110 | MEADPOINT VENTURES PARTNERS | CS2 | 11245 | 800,000 | New | | T |

Confidential Treatment Requested by PST
Fusion Pharm (D-03997) - PST-002197

# PACIFIC STOCK TRANSFER COMPANY
## PW027 - FUSION PHARM INC.
### Transaction Journal
All Transactions For All Stock Classes from 01/01/11 through 01/23/15

1/23/15  
3:23 pm  
Page 28 of 114

| | | | DISPOSED | | | | | ACQUIRED | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Transact Date | Trans # | Holder ID | Name | Certificate No. | Shares | DispDt | Holder ID | Name | Certificate No. | Number of Shares | How Aqr | Active 01/23/2015 Disp |

**TRANSFERS**

| Transact Date | Trans # | Holder ID | Name | Certificate No. | Shares | DispDt | Holder ID | Name | Certificate No. | Number of Shares | How Aqr | Active 01/23/2015 | Disp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rcd From: | RIDGE CLEARING & OUTSORCING | | | 09/24/13 10:00 AM Routine | Total: | 281 | Control ID:STTK000000044304 | Mailed: 09/24/13 16:00 | Total: | 281 | | 281 | |
| 10/01/13 | 13010 | 129115 | STAR CITY CAPITAL | CS2 11235 | 313,703 | 10/01/13 | 51534 | CEDE & CO | CS2 11239 | 313,703 | Tra | 313,703 | |
| Rcd From: | DTC | | | 10/01/13 10:00 AM Routine | Total: | 313,703 | Control ID:STTK000000044585 | Mailed: 10/01/13 | Total: | 313,703 | | 313,703 | |
| 10/03/13 | 13011 | 129114 | RICHARD SCHOLZ | CS2 11230 | 500,000 | 10/03/13 | 51534 | CEDE & CO | CS2 11240 | 500,000 | Tra | 500,000 | |
| Rcd From: | DTC | | | 10/03/13 10:00 AM Routine | Total: | 500,000 | Control ID:STTK000000044679 | Mailed: 10/03/13 16:00 | Total: | 500,000 | | 500,000 | |
| 10/10/13 | 13012 | 88454 | UNION VALOREN AG | CS2 7303 | 1 * | 10/10/13 | 51690 | JEAN-MICHEL DUBUIS | CS2 11241 | 1 * | Tra | 1 | |
| 10/10/13 | 13012 | 51690 | JEAN-MICHEL DUBUIS | CS2 7304 | 1 * | 10/10/13 | 88454 | UNION VALOREN AG | CS2 11242 | 1 * | Tra | 1 | |
| Rcd From: | CITI | | | 10/10/13 10:00 AM Routine | Total: | 2 | Control ID:STTK000000044873 | Mailed: 10/10/13 16:00 | Total: | 2 | | 2 | |
| 10/11/13 | 13013 | 129108 | BLACK ARCH OPPORTUNITY FUND LP | CS2 11236 | 28,562 | 10/11/13 | 51534 | CEDE & CO | CS2 11243 | 28,562 | Tra | 28,562 | |
| Rcd From: | DTC | | | 10/11/13 10:00 AM Routine | Total: | 28,562 | Control ID:STTK000000044920 | Mailed: 10/11/13 16:00 | Total: | 28,562 | | 28,562 | |
| 12/17/13 | 13014 | 51798 | GUNDYCO | CS1 (CS1-6525) | 1 * | 12/17/13 | 129117 | NBCN INC ITF ESTATE OF DAVID PARKER | CS2 11244 | 2 * | Tra | 2 | |
| Rcd From: | NBCN | | | 12/12/13 10:00 AM Routine | Total: | 1 | Control ID:STTK000000046942 | Mailed: 12/17/13 16:00 | Total: | 2 | | 2 | |
| 01/14/14 | 13016 | 129110 | MEADPOINT VENTURES PARTNERS | CS2 11245 | 800,000 | 01/14/14 | 129110 | MEADPOINT VENTURES PARTNERS | CS2 11246 | 400,000 | Tra | T | |
| 01/14/14 | 13016 | | | | | | 129110 | MEADPOINT VENTURES PARTNERS | CS2 11247 | 400,000 | Tra | T | |
| Rcd From: | SCOTTSDALE CAPITAL ADVISOR | | | 01/13/14 10:00 AM Routine | Total: | 800,000 | Control ID:STTK000000047811 | Mailed: 01/14/14 16:00 | Total: | 800,000 | | 0 | |
| 01/15/14 | 13017 | 129098 | JON B KRULJAC | CS2 11190 | 10,000 | 01/15/14 | 51534 | CEDE & CO | CS2 11248 | 10,000 | Tra | 10,000 | |
| Rcd From: | DTC | | | 01/15/14 10:00 AM Routine | Total: | 10,000 | Control ID:STTK000000047885 | Mailed: 01/15/14 16:00 | Total: | 10,000 | | 10,000 | |
| 01/28/14 | 13018 | 129110 | MEADPOINT VENTURES PARTNERS | CS2 11246 | 400,000 | 01/28/14 | 129101 | ALPCO | CS2 11249 | 125,000 | Tra | T | |
| 01/28/14 | 13018 | 129110 | MEADPOINT VENTURES PARTNERS | CS2 11247 | 400,000 | 01/28/14 | 129101 | ALPCO | CS2 11250 | 125,000 | Tra | T | |
| 01/28/14 | 13018 | | | | | | 129101 | ALPCO | CS2 11251 | 125,000 | Tra | T | |
| 01/28/14 | 13018 | | | | | | 129101 | ALPCO | CS2 11252 | 125,000 | Tra | T | |
| 01/28/14 | 13018 | | | | | | 129101 | ALPCO | CS2 11253 | 125,000 | Tra | T | |
| 01/28/14 | 13018 | | | | | | 129101 | ALPCO | CS2 11254 | 125,000 | Tra | T | |
| 01/28/14 | 13018 | | | | | | 129101 | ALPCO | CS2 11255 | 50,000 | Tra | T | |
| Rcd From: | ALPINE SECURITIES | | | 01/27/14 10:00 AM Routine | Total: | 800,000 | Control ID:STTK000000048220 | Mailed: 01/28/14 16:00 | Total: | 800,000 | | 0 | |

Confidential Treatment Requested by PST
Fusion Pharm (D-03997) - PST-002223