Sandra Lee Sears

May 14, 2014

Scott Eisler/Athena Marini

Moors & Cabot
2255 Glades Road
Suite 237 West
One Boca Place
Boca Raton, Florida 33431

Scott/Athena;

As per our conversation please send USD$688,000. (SIX HUNDRED EIGHTY EIGHT THOUSAND DOLLARS) from my trust account (4596546) to the following recipient for a business transaction to be later named as an asset of the trust.

| | |
|---|---|
| Bank Name: | VIST BANK |
| Address: | PO BOX 741 |
| | LEESPORT, PA 19533 |
| ABA#: | 031312194 |
| Account Name | TIA, INC. T/A PARAGON ABSTRACT T/A HOME SALE SETTLEMENT SERVICES |
| Account#: | 560223396 |
| FBO: | SCOTT DITTMAN |

Please affect this transfer first thing this morning. Should you have any queries regarding please contact myself or my son William to whom you already have written authority to speak to on my behalf.

Sincerely,

*Sandra Sears*
Sandra Lee Sears

[handwritten: Broker spoke with client funds are being used for House purchase]

SE_00000001