IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00301-WJM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1.  WILLIAM J. SEARS,**

    Defendant.

---

## UNOPPOSED MOTION TO RESET SENTENCING HEARING
---

    Defendant, William J. Sears, by his counsel of record, Peter R. Bornstein, moves this Court for an order resetting the sentencing hearing currently set for January 23, 2020.  As grounds in support of his motion, Defendant Sears states to the Court as follows:

    1.    On October 1, 2019, this Court, *sua sponte*, reset the sentencing hearing for Defendant Sears from October 31, 2019 to January 23, 2020. [Doc. #183].

    2.    Counsel for Mr. Sears will be out of the country the week of January 19th through the 25th on a trip planned many months ago.

    3.    Counsel requests that the Court reset the sentencing hearing for Mr. Sears on another date.

4.	Counsel has conferred with AUSA Jeremy Siebert who does not object to resetting the sentencing. Mr. Siebert notes that he will be out of the country starting February 12th through March 1st.

espectfully submitted this 2nd day of October, 2019.

THE LAW OFFICES OF PETER R. BORNSTEIN

*s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
E-mail: pbornstein@prblegal.com
*Attorney for Defendant William J. Sears*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2019, I electronically filed the foregoing **UNOPPOSED MOTION TO RESET SENTENCING HEARING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Jeannette Wolf*
THE LAW OFFICES OF PETER R. BORNSTEIN
