IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:               January 30, 2020
Courtroom Deputy:   Anna Frank
Court Reporter:     Mary George
Probation Officer:  Gary Kruck

| Criminal Action No. **16-cr-301-WJM** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Jeremy Sibert |
| Plaintiff, | |
| v. | |
| 1. WILLIAM J. SEARS, | Peter Bornstein |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**1:33 p.m.     Court in session.**

Appearances of counsel. Also seated at Government's counsel table are Agent Kate Funk, FBI and Agent Jared Erwin, IRS.

Defendant is present on bond.

Defendant sworn.

Court's remarks regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Discussion held regarding loss amount and restitution, as stated on the record.

Discussion held regarding the Court's Preliminary Order of Forfeiture [ECF 132] that ordered a personal money judgment in the amount of $1,160,160.81 as well as certain assets and property, as itemized in that Order. The parties will have the opportunity to submit a Proposed Final Order of Forfeiture.

**ORDERED:**  Sears' Objections to Presentence Investigation Report [ECF 160] are overruled as forfeited, overruled, and sustained, as stated on the record.

**ORDERED:**  The Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility is granted.

Argument given on sentencing.

**3:02 p.m.**   **Court in recess.**
**3:16 p.m.**   **Court in session.**

Continued argument given on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

Victim impact statement to the Court.

Court's findings and conclusions.

**ORDERED:**  The Government's request to add an additional special condition of supervised release, as stated on the record, is granted.

**ORDERED:**  The Plea Agreement between the parties is ACCEPTED.

**ORDERED:**  Defendant shall be imprisoned for 60 months as to Count 1 and 36 months as to Count 2 of the Information, to be served consecutively for a total custodial sentence of 96 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years as to Count 1 and 1 year as to Count 2, to be served concurrently.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in pretrial detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to his security designation and is located within the District of Colorado.

**ORDERED:**  The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $200, due and payable immediately. Payment of any fine is waived.

**ORDERED:**  Restitution shall be paid to the Internal Revenue Service in the amount of $2,433,818.00, as stated on the record.

The Court finds that any additional restitution provisions shall not be ordered, as stated on the record. The Government intends to use the remission process to make victims whole.

**ORDERED:**   The parties shall file a Proposed Final Order of Forfeiture by **Tuesday, February 4, 2020.**

**ORDERED:**   Defendant is remanded to the custody of the United States Marshals.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**4:21 p.m.     Court in recess.**

Total time in court: 2:34

Hearing concluded.