IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    WILLIAM J. SEARS,

        Defendant.

_____

**UNITED STATES' MOTION TO AMEND THE PRELIMINARY ORDER OF FORFEITURE AGAINST DEFENDANT WILLIAM J. SEARS**
_____

COMES NOW the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, and moves this Court to enter an Amended Preliminary Order of Forfeiture.

**I.    Procedural Background**

1.    In the two-count Information in this case, the United States sought forfeiture of numerous direct assets, substitute assets, and a personal money judgment against Defendant William J. Sears, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). (Doc. 1).

2.    On November 14, 2016, Defendant Sears entered into a plea agreement with the United States. (Doc. 56).

1

3. The Plea Agreement provided, *inter alia*, that Defendant Sears agreed to plead guilty to Counts One and Two of the Information, charging violations of 18 U.S.C. § 371 and 26 U.S.C § 7206(1), and further agreed to the forfeiture of the subject property and the issuance of a money judgment.

4. Pursuant to the Plea Agreement, the Court entered a Preliminary Order of Forfeiture on February 13, 2019 (Doc. 132), forfeiting to the United States any and all of Defendant William J. Sears's right, title, and interest in the following property:

1) Direct assets:

   a. $27,066.23 in United States currency seized from Wells Fargo Bank Account No. 6020559917, held in the name of Meadpoint Venture Partners;

   b. $9,455.56 in United States currency seized from Wells Fargo Bank Account No. 7784731577, held in the name of Sandra L. Sears;

   c. $8,462,621.25 in United States currency seized from Moors and Cabot Trust Account No. 4597-6546, held in the name of Sandra Lee Sears, Tr. Sandra Lee Sears Ttee; and

   d. $250,000.00 in United States currency held in lieu of earnest money held on deposit for the purchase of 4200 Monaco Street, Denver, Colorado.

2) Substitute assets:

   a. $147,724.38 realized from the sale of 13442 Jackson Drive, Thornton, Colorado, 80241; and

   b. Any monetary value Defendant Sears realizes in the future from his interest in FusionPharm, Inc.[1]

5. In addition, the Court entered a Personal Money Judgment against Defendant Sears in the amount of $1,914,049.49.

---

[1] The United States is presently unaware of any funds realized by Defendant Sears from the dissolution of FusionPharm, Inc.

6.  On January 30, 2020, the Court entered restitution payable to the Internal Revenue Service in relation to Count Two in the amount of $2,433,818.00.

7.  Per the plea agreement, the parties agreed that funds seized and sought to be forfeited from the Moors and Cabot Trust would be applied to Defendant William J. Sears's restitution to the Internal Revenue Service.

8.  The seized funds are currently held in the custody of the United States Marshals Service. Restitution payments are made payable to the Clerk of the Court.

9.  In light of the above, the United States seeks an amended Preliminary Order of Forfeiture, reducing the amount to be forfeiture from the Moors and Cabot Trust account by the amount order to be applied to restitution, of the following assets:

1) Direct assets:

   a. $27,066.23 in United States currency seized from Wells Fargo Bank Account No. 6020559917, held in the name of Meadpoint Venture Partners;

   b. $9,455.56 in United States currency seized from Wells Fargo Bank Account No. 7784731577, held in the name of Sandra L. Sears;

   c. $6,028,803.25 in United States currency seized from Moors and Cabot Trust Account No. 4597-6546, held in the name of Sandra Lee Sears, Tr. Sandra Lee Sears Ttee; and

   d. $250,000.00 in United States currency held in lieu of earnest money held on deposit for the purchase of 4200 Monaco Street, Denver, Colorado.

2) Substitute assets:

   c. $147,724.38 realized from the sale of 13442 Jackson Drive, Thornton, Colorado, 80241; and

    d. Any monetary value Defendant Sears realizes in the future from his interest in FusionPharm, Inc.[2]

 3) a Personal Money Judgment against Defendant Sears in the amount of $1,914,049.49.

 10. The United States further seeks an order, directing the United States Marshals Service remit $2,433,818.00 seized from the Moors and Cabot Trust account to the Clerk of the Court to be applied to the restitution ordered in this case.

 11. Moreover, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture became final at sentencing as to defendant William J. Sears. However, the order remains preliminary as to third parties. Pursuant Fed. R. Crim. P. 32.2(b)(6), the United States must perfect notice to third parties.

 12. The United States will move for a Final Order of Forfeiture after noticing to third parties is complete, approximately ninety days from the date of filing of this motion. The United States will notify the Court if additional noticing is necessary.

 WHEREFORE, the United States moves this Court to enter the Amended Preliminary Order of Forfeiture herewith, for the reasons set forth above.

 DATED this 4th day of February, 2020.

       Respectfully submitted,

       JASON R. DUNN
       United States Attorney

     By: s/ Tonya Andrews
       Tonya S. Andrews
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1801 California Street, Ste. 1600
       Denver, Colorado 80202

---

[2] The United States is presently unaware of any funds realized by Defendant Sears from the dissolution of FusionPharm, Inc.

                                          Telephone: (303) 454-0100
                                          E-mail: tonya.andrews@usdoj.gov
                                          *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of February, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                        *s/*
                                        FSA Paralegal
                                        Office of the U.S. Attorney