IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  16-cr-00301-WJM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. WILLIAM J. SEARS,**

    Defendant.

---

## NOTICE OF APPEAL
---

NOTICE is hereby given that William J. Sears, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered against him in this action on January 30, 2020.

Respectfully submitted this 11th day of February, 2020.

**THE LAW OFFICES OF PETER R. BORNSTEIN**

*s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com
*Attorney for Defendant William J. Sears*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2020, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

And, I hereby certify that on this 12th day of February, 2020, I sent a copy of the foregoing **NOTICE OF APPEAL** via First Class Mail to the Defendant/Appellant at the following address:

>William J. Sears
>FCI Englewood
>Federal Correctional Institution
>9595 West Quincy Avenue
>Littleton, CO 80123

*s/ Jeannette Wolf*
**THE LAW OFFICES OF PETER R. BORNSTEIN**