APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:16–cr–00301–WJM–1

Case title: USA v. Sears et al

Date Filed: 09/15/2016
Date Terminated: 02/10/2020

Assigned to: Judge William J. Martinez

**Defendant (1)**

| | | |
|---|---|---|
| **William J. Sears**<br>*TERMINATED: 02/10/2020* | represented by | **Fredric Michael Winocur**<br>Ridley McGreevy & Winocur, P.C.<br>303 16th Street<br>Suite 200<br>Denver, CO 80202<br>303–629–9700<br>Fax: 303–629–9702<br>Email: winocur@ridleylaw.com<br>*TERMINATED: 02/14/2018*<br>*Designation: Retained* |
| | | **Marci Gilligan LaBranche**<br>Stimson Stancil LaBranche Hubbard LLC<br>1652 North Downing Street<br>Denver, CO 80218<br>720–689–8909<br>Email: labranche@sslhlaw.com<br>*TERMINATED: 02/14/2018*<br>*Designation: Retained* |
| | | **Peter R. Bornstein**<br>Peter R. Bornstein, Law Offices of<br>6060 Greenwood Plaza Boulevard<br>Suite 500<br>Greenwood Village, CO 80111<br>720–354–4440<br>Fax: 720–287–5674<br>Email: pbornstein@prblegal.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F Conspiracy to Defraud the United States and Commit Offenses<br>(1) | Imprisonment: 60 months as to Count 1 and 36 months as to Count 2, for a total term of 96 months incarceration. Supervised Release: 3 years as to Count 1 and 1 year as to Count 2, to run concurrent. |

|  |  |
|---|---|
| | Special Assessment Fee: $200. Restitution: $2,433,818.00. |
| 26:7206B.F Filing False Income Tax Return (2) | Imprisonment: 60 months as to Count 1 and 36 months as to Count 2, for a total term of 96 months incarceration. Supervised Release: 3 years as to Count 1 and 1 year as to Count 2, to run concurrent. Special Assessment Fee: $200. Restitution: $2,433,818.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Kenneth (Former AUSA) Harmon** |
|---|---|---|
| | | U.S. Attorney's Office–Denver |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303–454–0100 |
| | | Fax: 454–0402 |
| | | Email: USACO.ECFCriminal@usdoj.gov |
| | | *TERMINATED: 12/27/2017* |
| | | *LEAD ATTORNEY* |
| | | *Designation: Federal Agency Attorney* |
| | | |
| | | **Tonya Shotwell Andrews** |
| | | U.S. Attorney's Office–Denver |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303–454–0100 |
| | | Fax: 303–454–0402 |
| | | Email: Tonya.Andrews@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

*Designation: Federal Agency Attorney*

**Jeremy S. Sibert**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0461
Email: Jeremy.Sibert@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Robert M. Brown**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0355
Fax: 303–454–0403
Email: Robert.Brown5@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/15/2016 | 1 | | INFORMATION as to William J. Sears (1) count(s) 1, 2, Scott M. Dittman (2) count(s) 1. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet) (cthom, ) (Entered: 09/16/2016) |
| 09/15/2016 | 6 | | MINUTE ENTRY for Initial Appearance, Arraignment, Discovery and Detention Hearing as to William J. Sears and Scott M. Dittman held before Magistrate Judge Kathleen M. Tafoya on 9/15/2016. Parties tender an information to the Court. The Court accepts the information as tendered. Defendants advised. Plea of NOT GUILTY entered by defendants. Discovery memorandum executed. Bond set as to William J. Sears (1) Personal Recognizance and Scott M. Dittman (2) Personal Recognizance. Defendants advised of conditions of bond and remanded for processing and release. Counsel is directed to chambers. (Total time: 34 minutes, Hearing time: 1:46–2:20)<br><br>**APPEARANCES**: Kenneth Harmon on behalf of the Government, William Taylor for Defendant Scott Dittman, Frederick Winocur on behalf of William Sears on behalf of the defendant. FTR: KMT Courtroom C201. (lgale, ) Text Only Entry (Entered: 09/16/2016) |
| 09/15/2016 | 7 | | Discovery Conference Memorandum and ORDER: as to William J. Sears by Magistrate Judge Kathleen M. Tafoya on 9/15/16. (lgale, ) (Entered: 09/16/2016) |
| 09/15/2016 | 9 | | Personal Recognizance Bond Entered as to William J. Sears (lgale, ) (Entered: 09/16/2016) |
| 09/15/2016 | 10 | | |

| | | | ORDER Setting Conditions of Release as to William J. Sears (1) Personal Recognizance by Magistrate Judge Kathleen M. Tafoya on 9/15/16. (lgale, ) (Entered: 09/16/2016) |
|---|---|---|---|
| 09/15/2016 | 17 | | WAIVER OF INDICTMENT by William J. Sears by Magistrate Judge Kathleen M. Tafoya on 9/15/16. (sgrim) (Entered: 09/19/2016) |
| 09/16/2016 | 4 | | NOTICE OF ATTORNEY APPEARANCE: Fredric Michael Winocur appearing for William J. SearsAttorney Fredric Michael Winocur added to party William J. Sears(pty:dft) (Winocur, Fredric) (Entered: 09/16/2016) |
| 09/16/2016 | 5 | | NOTICE of Disposition by William J. Sears (Winocur, Fredric) (Entered: 09/16/2016) |
| 09/16/2016 | 14 | | ORDER Setting Change of Plea Hearing as to **William J. Sears (1)**: Pursuant to the Notice of Disposition 5 filed by the Defendant, a Change of Plea Hearing is hereby set for November 14, 2016 at 10:00 a.m. in Courtroom A801. Counsel for the parties shall e–mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on November 7, 2016**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully–briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. SO ORDERED by Judge William J. Martinez on 09/16/2016. Text Only Entry (wjmsec, ) (Entered: 09/16/2016) |
| 09/16/2016 | 15 | | NOTICE OF ATTORNEY APPEARANCE: Marci Gilligan LaBranche appearing for William J. SearsAttorney Marci Gilligan LaBranche added to party William J. Sears(pty:dft) (LaBranche, Marci) (Entered: 09/16/2016) |
| 09/16/2016 | 18 | | Passport Receipt as to William J. Sears.Surrender of passport re Bond Conditions; Passport Number 498719491 (cthom, ) (Entered: 09/19/2016) |
| 10/17/2016 | 21 | | MOTION to Disclose Grand Jury Material to Defendant by USA as to William J. Sears, Scott M. Dittman. (Attachments: # 1 Proposed Order (PDF Only))(Harmon, Kenneth) (Entered: 10/17/2016) |
| 10/17/2016 | 22 | | ORDER granting 21 Motion to Disclose Grand Jury Material as to William J. Sears (1), Scott M. Dittman (2) by Judge William J. Martinez on 10/17/2016. (cthom, ) (Entered: 10/17/2016) |
| 11/08/2016 | 37 | | ORDER as to **William J. Sears (1)**: At the Change of Plea Hearing set for November 14, 2016, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Sears should remain on pretrial release pending imposition of his sentence, or whether his bond should be revoked and he should be remanded at the conclusion of the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 11/08/2016. Text Only Entry (wjmsec, ) (Entered: 11/08/2016) |

| 11/14/2016 | 40 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Change of Plea Hearing as to Defendant 1. William J. Sears held on 11/14/2016. Defendant pleads guilty to Counts One and Two of the Information and admits to the forfeiture allegation. ORDERED:Defendant Sears' Plea Agreement will be filed restricted – Level 2.The parties have up to and including Monday, November 28, 2016 to file motions for leave to file redacted Plea Agreements for Defendant Sears and Defendant Dittman assuming Defendant Dittman goes ahead with his Plea Agreement. Sentencing for Defendant Sears is set for 4/24/2017 at 10:30 AM in Courtroom A801 before Judge William J. Martinez. IT IS ORDERED that the defendant is permitted to remain free on bond subject to the conditions of release as set forth in the Order Setting Conditions of Release entered by the Magistrate Judge, with the following ADDITIONAL CONDITIONS: The defendant will not discuss the facts of this case, the evidence, witnesses, or any of the issues raised by this prosecution, either with his co–defendant, Mr. Dittman, or any other potential witness in this case.Court Reporter: Mary George. (dhans, ) (Entered: 11/14/2016) |
| --- | --- | --- | --- |
| 11/14/2016 | 41 | | RESTRICTED DOCUMENT – Level 2: Plea Agreement, pages 1 thru 25, as to William J. Sears. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 42 | | RESTRICTED DOCUMENT – Level 2: Plea Agreement, pages 26 thru 47 as to William J. Sears. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 43 | | RESTRICTED DOCUMENT – Level 2: Plea Agreement, Attachments A and B, as to William J. Sears. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 44 | | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant William J. Sears (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 48 | | AMENDED MINUTE ENTRY for Change of Plea Hearing as to Defendant 1. William J. Sears 40 held before Judge William J. Martinez: Amended to reflect the corrected sentencing hearing date of Tuesday, April 25, 2017 at 10:30 a.m. Court Reporter: Mary George. (dhans, ) (Entered: 11/15/2016) |
| 11/14/2016 | 50 | | Public Utility Resetting Hearing as to William J. Sears: Text Only Entry. Sentencing set for 4/25/2017 at 10:30 AM in Courtroom A801 before Judge William J. Martinez. (dhans, ) (Entered: 11/16/2016) |
| 11/28/2016 | 51 | | Unopposed MOTION for Leave to File *Redacted Plea Agreement* by USA as to William J. Sears. (Attachments: # 1 Exhibit A)(Harmon, Kenneth) (Entered: 11/28/2016) |
| 11/28/2016 | 52 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears. (Harmon, Kenneth) (Entered: 11/28/2016) |
| 11/28/2016 | 53 | | MOTION for Leave to Restrict by USA as to William J. Sears. (Harmon, Kenneth) (Entered: 11/28/2016) |
| 11/29/2016 | 54 | | ORDER as to **William J. Sears (1)** granting the Government's Unopposed Motion for Leave to File Redacted Plea Agreement as to Defendant Sears 51 . The Government's Motion is hereby GRANTED for good cause shown. The redacted version of the Plea Agreement attached as Exhibit A to the Motion [51–1] is ACCEPTED as filed. The Clerk shall file the redacted version of the Plea Agreement as a separate docket entry on CM/ECF. SO ORDERED by |

| | | | |
|---|---|---|---|
| | | | Judge William J. Martinez on 11/29/2016. Text Only Entry (wjmsec, ) (Entered: 11/29/2016) |
| 11/29/2016 | 55 | | ORDER as to **William J. Sears (1)** granting 53 Government's Motion to Restrict Docket Number 52. The Government's Motion is GRANTED for good cause shown. The document filed at ECF No. 52 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 11/29/2016. Text Only Entry (wjmsec, ) (Entered: 11/29/2016) |
| 11/29/2016 | 56 | | PLEA AGREEMENT as to William J. Sears filed pursuant to 54 Order. (cthom, ) (Entered: 11/29/2016) |
| 12/02/2016 | 59 | | TRANSCRIPT of Motions Hearing as to William J. Sears, Scott M. Dittman held on September 15, 2016 before Magistrate Judge Tafoya. Pages: 1–22. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** <br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Stevens–Koenig Reporting, ) (Entered: 12/02/2016) |
| 12/05/2016 | 60 | | MOTION for Hearing *, Phone Appearance* by Scott M. Dittman as to William J. Sears, Scott M. Dittman. (Dubois, Philip) (Entered: 12/05/2016) |
| 12/29/2016 | | | ***Set Deadlines as to William J. Sears: Joint Status Report due by 3/15/2017. re: 62 (dhans, ) (Entered: 12/29/2016) |
| 02/07/2017 | 70 | | NOTICE of Change of Address/Contact Information (Andrews, Tonya) (Entered: 02/07/2017) |
| 03/15/2017 | 71 | | Joint MOTION for Order *to Restrict Document* by William J. Sears, Scott M. Dittman. (Attachments: # 1 Proposed Order (PDF Only))(Winocur, Fredric) (Entered: 03/15/2017) |
| 03/15/2017 | 72 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 03/15/2017) |
| 03/15/2017 | 73 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 03/15/2017) |
| 03/16/2017 | 74 | | ORDER as to **William J. Sears (1), Scott M. Dittman (2)** granting Defendants William Sears' and Scott Dittman's Motion to Restrict Document 71 . The Defendants' Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 72 and 73 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 3/16/2017. Text Only Entry (wjmsec, ) (Entered: 03/16/2017) |

| 03/16/2017 | 75 | | ORDER as to **William J. Sears (1), Scott M. Dittman (2)**: This matter is before the Court on the Parties' Joint Status Report 73 . A Status Conference is hereby **SET for March 29, 2017 at 11:00 a.m.** in Courtroom A801, at which time the Court will consider the matters raised in said Report. SO ORDERED by Judge William J. Martinez on 3/16/2017. Text Only Entry (wjmsec, ) (Entered: 03/16/2017) |
|---|---|---|---|
| 03/16/2017 | 76 | | Utility Setting/Resetting Deadlines/Hearings as to William J. Sears and Scott M. Dittman: Status Conference set for 3/29/2017 11:00 AM in Courtroom A 801 before Judge William J. Martinez pursuant to 75 Order. (cthom, ) (Entered: 03/23/2017) |
| 03/24/2017 | 77 | | Joint MOTION to Vacate *March 29, 2017 Status Hearing, Reset the Status Hearing as a Telephonic Hearing and Defendants' Motion to Waive Their Appearances* by William J. Sears, Scott M. Dittman. (LaBranche, Marci) (Entered: 03/24/2017) |
| 03/24/2017 | 78 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting in part the Parties' Joint Motion to Vacate March 29, 2017 Status Hearing, Reset the Status Hearing as a Telephonic Hearing and Defendants' Motion to Waive their Appearances 77 . The Parties' Motion is GRANTED IN PART for good cause shown. The Status Conference currently set for March 29, 2017 is hereby **VACATED and RESET to March 31, 2017 at 10:30 a.m.** in Courtroom A801. Counsel for Defendant Dittman, Philip Dubois, is granted leave to appear at the Status Conference by telephone. Mr. Dubois shall contact chambers at (303) 335–2805 at least 5 minutes prior to the start of the Status Conference. Counsel for the Government and Defendant Sears must appear in person. It is FURTHER ORDERED that Defendant Sears's and Defendant Dittman's presence is WAIVED for the Status Conference. SO ORDERED by Judge William J. Martinez on 3/24/2017. Text Only Entry (wjmsec, ) (Entered: 03/24/2017) |
| 03/31/2017 | 79 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Status Conference as to Defendant 1. William J. Sears and Defendant 2. Scott M. Dittman held on 3/31/2017. ORDERED: The Court provisionally grants the Defendants' motion for a single sentencing hearing, subject to a reassessment of this ruling by the Court should future developments in this case so warrant. The parties shall file a Further Joint Status Report no later than Friday, June 30th. The Report shall include, at a minimum, (1) whether a further status conference is appropriate or necessary; (2) whether the parties continue to believe a pre–sentencing evidentiary hearing is required, and (3) whether there is any reason the Court cannot proceed to re–setting the sentencing hearing(s) and the evidentiary hearing on contested sentencing facts, should the parties continue to believe that such a hearing is necessary. To the extent there is a need for a pre–sentencing evidentiary hearing, that hearing will be consolidated as to both defendants.Court Reporter: Mary George. (dhans, ) (Entered: 03/31/2017) |
| 04/20/2017 | 80 | | NOTICE *of Lis Pendens* by USA as to William J. Sears, Scott M. Dittman (Andrews, Tonya) (Entered: 04/20/2017) |
| 05/02/2017 | 84 | | TRANSCRIPT of Change of Plea as to William J. Sears held on November 14, 2016 before Judge Martinez. Pages: 1–40. <br><br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this |

| | | | |
|---|---|---|---|
| | | | **filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 05/02/2017) |
| 05/09/2017 | 87 | | MOTION for Order *to Restrict Document* by William J. Sears. (Attachments: # 1 Proposed Order (PDF Only) Order to Restrict)(Winocur, Fredric) (Entered: 05/09/2017) |
| 05/09/2017 | 88 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears. (Winocur, Fredric) (Entered: 05/09/2017) |
| 05/09/2017 | 89 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears. (Attachments: # 1 Exhibit A)(Winocur, Fredric) (Entered: 05/09/2017) |
| 05/10/2017 | 90 | | ORDER as to **William J. Sears (1)** granting 87 Defendant William Sears' Motion to Restrict Document. The Defendant's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 88 and 89, shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 5/10/2017. Text Only Entry (wjmsec, ) (Entered: 05/10/2017) |
| 05/10/2017 | 91 | | ORDER as to William J. Sears (1) granting 89 Defendant William Sears' Unopposed Motion for Leave to Redact Transcript of Change of Plea Hearing. The Defendant's Motion is GRANTED for good cause shown. Counsel for Defendant Sears are directed to contact my Court Reporter, Mary George, at 303–335–2109, to discuss the necessary arrangements and procedures by which Ms. George may comply with this Order. SO ORDERED by Judge William J. Martinez on 05/10/2017. Text Only Entry (angar, ) (Entered: 05/10/2017) |
| 05/30/2017 | 92 | | REDACTED TRANSCRIPT as to William J. Sears. Redaction re: 84 Transcript,,,. (mgeor, ) (Entered: 05/30/2017) |
| 06/30/2017 | 104 | | Joint MOTION for Leave to Restrict by William J. Sears, Scott M. Dittman. (Attachments: # 1 Proposed Order (PDF Only))(Winocur, Fredric) (Entered: 06/30/2017) |
| 06/30/2017 | 105 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 06/30/2017) |
| 06/30/2017 | 106 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 06/30/2017) |
| 06/30/2017 | 107 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting Defendant William Sears' and Scott Dittman's Motion to Restrict Document 104 . The Defendants' Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 105 and 106 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 6/30/2017. Text Only |

| | | | |
|---|---|---|---|
| | | | Entry (wjmsec, ) (Entered: 06/30/2017) |
| 12/26/2017 | 113 | | MOTION to Withdraw as Attorney by Kenneth M. Harmon by USA as to William J. Sears, Scott M. Dittman. (Harmon, Kenneth) (Entered: 12/26/2017) |
| 12/27/2017 | 114 | | NOTICE OF ATTORNEY APPEARANCE Jeremy S. Sibert appearing for USA. Attorney Jeremy S. Sibert added to party USA(pty:pla) (Sibert, Jeremy) (Entered: 12/27/2017) |
| 12/27/2017 | 115 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting the Government's Motion to Withdraw 113 . The Motion is GRANTED for good cause shown. Kenneth M. Harmon is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notifications to Mr. Harmon in this case. SO ORDERED. by Judge William J. Martinez on 12/27/2017. Text Only Entry (wjmsec, ) (Entered: 12/27/2017) |
| 02/13/2018 | 117 | | MOTION to Withdraw as Attorney *for William J. Sears and for Appointment of New Counsel from the Criminal Justice Act Panel* by Fredric Winocur & Marci LaBranche by William J. Sears. (Winocur, Fredric) (Entered: 02/13/2018) |
| 02/13/2018 | 118 | | CJA 23 Financial Affidavit by William J. Sears. (Winocur, Fredric) (Entered: 02/13/2018) |
| 02/14/2018 | 119 | | MEMORANDUM regarding 117 MOTION to Withdraw as Attorney *for William J. Sears and for Appointment of New Counsel from the Criminal Justice Act Panel* by Fredric Winocur & Marci LaBranche filed by William J. Sears. Motion(s) referred to Magistrate Judge Kristen L. Mix. by Judge William J. Martinez on 2/14/2018. Text Only Entry (wjmsec, ) (Entered: 02/14/2018) |
| 02/14/2018 | 120 | | ORDER granting 117 Motion to Withdraw as Attorney. Fredric Michael Winocur and Marci Gilligan LaBranche withdrawn from case as to William J. Sears (1). On review of Defendant Sears' financial affidavit [#118], the Court finds that he is entitled and qualified for the appointment of counsel under Fed.R.Crim.P. 44(a) and 18 U.S.C. section 3006A(b). Accordingly, IT IS HEREBY ORDERED that counsel shall be appointed to represent Defendant William J. Sears. By Magistrate Judge Kristen L. Mix on February 14, 2018. Text Only Entry (klm) (Entered: 02/14/2018) |
| 03/06/2018 | 121 | | NOTICE OF ATTORNEY APPEARANCE: Peter R. Bornstein appearing for William J. SearsAttorney Peter R. Bornstein added to party William J. Sears(pty:dft) (Bornstein, Peter) (Entered: 03/06/2018) |
| 03/06/2018 | 122 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)**: This matter is before the Court on the Parties' First Supplemental Joint Status Report 106 . The Parties are DIRECTED to file an updated Joint Status Report on or before **March 23, 2018**, which should include, without limitation, the items the Court required counsel to address in its 79 Minute Entry of March 31, 2017. SO ORDERED by Judge William J. Martinez on 3/6/2018. Text Only Entry (wjmsec, ) (Entered: 03/06/2018) |
| 03/21/2018 | 123 | | STATUS REPORT *regarding defendants' sentencings* by USA as to William J. Sears, Scott M. Dittman (Sibert, Jeremy) (Entered: 03/21/2018) |
| 07/03/2018 | 124 | | |

| | | | |
|---|---|---|---|
| | | | MOTION to Withdraw as Attorney by Philip L. Dubois by Scott M. Dittman as to William J. Sears, Scott M. Dittman. (Dubois, Philip) Modified on 7/5/2018 to terminate motion pursuant to 26 Order (angar, ). (Entered: 07/03/2018) |
| 02/06/2019 | 127 | | MOTION for Hearing *Sentencing Date* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) (Entered: 02/06/2019) |
| 02/08/2019 | 128 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting the Government's Motion for Sentencing Date 127 . The Government's Motion is GRANTED for good cause shown. Defendant Sears' Sentencing Hearing is hereby **SET for July 11, 2019 at 1:30 p.m.** in Courtroom A801. Defendant Dittman's Sentencing Hearing is hereby **SET for July 11, 2019 at 9:30 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards (as revised effective December 1, 2018) with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 2/8/2019. Text Only Entry (wjmsec, ) (Entered: 02/08/2019) |
| 02/12/2019 | 129 | | MOTION for Forfeiture of Property *PRELIMINARY ORDER OF FORFEITURE* by USA as to William J. Sears. (Attachments: # 1 Attachment A, # 2 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 02/12/2019) |
| 02/12/2019 | 131 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)**: This matter is before the Court *sua sponte*. The Parties are DIRECTED to file an updated joint status report, no later than **March 5, 2019**, which address all issues, if any, that need to be resolved prior to the sentencing hearings set for July 11, 2019, including without limitation any remaining disputes regarding amount of loss or restitution for either Defendant. SO ORDERED by Judge William J. Martinez on 2/12/2019. Text Only Entry (wjmsec, ) (Entered: 02/12/2019) |
| 02/13/2019 | 132 | | Preliminary ORDER of Forfeiture as to William J. Sears (1), by Judge William J. Martinez on 2/13/2019. (angar, ) (Entered: 02/13/2019) |
| 03/06/2019 | 135 | | ORDER as to **William Sears (1) and Scott M. Dittman (2)** granting Defendant Dittman's Unopposed Motion to Request Fourteen Days to File a Joint Status Report 134 . The Motion is GRANTED for good cause shown. The deadline for the Parties to file an updated joint status report pursuant to this Court's Order at ECF No. 131, is extended up to and including **March 19, 2019**. SO ORDERED by Judge William J. Martinez on 3/6/2019. Text Only Entry (wjmsec, ) (Entered: 03/06/2019) |
| 03/19/2019 | 136 | | MOTION to Continue *Joint Status Report* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) (Entered: 03/19/2019) |
| 03/21/2019 | 137 | | ORDER as to **William Sears (1) and Scott M. Dittman (2)** granting the Government's Motion to Continue Joint Status Report 136 . The Motion is GRANTED for good cause shown. The deadline for the Parties to file an updated joint status report pursuant to this Court's Order at ECF No. 131, is extended up to and including **April 19, 2019**. SO ORDERED by Judge William J. Martinez on 3/21/2019. Text Only Entry (wjmsec, ) (Entered: 03/21/2019) |
| 03/25/2019 | 138 | | Utility Setting Deadline as to William J. Sears, and Scott M. Dittman: Status Report due by April 19, 2019, pursuant to 137 Order. Text Only Entry. (agarc, ) (Entered: 03/25/2019) |

| 04/04/2019 | 139 | | MOTION to Withdraw Plea of Guilty by William J. Sears. (Bornstein, Peter) (Entered: 04/04/2019) |
|---|---|---|---|
| 04/08/2019 | 140 | | MOTION for Victim Rights *Notification Alternative Means* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) (Entered: 04/08/2019) |
| 04/09/2019 | 141 | | ORDER as to **William J. Sears (1)**: This matter is before the Court on Defendant's Motion to Withdraw Plea of Guilty 139 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **April 19, 2019**. No Reply will be accepted without prior leave or order of Court. SO ORDERED by Judge William J. Martinez on 4/9/2019. Text Only Entry (wjmsec, ) (Entered: 04/09/2019) |
| 04/10/2019 | 142 | | ORDER as to **William Sears (1) and Scott Dittman (2)** granting the Government's Motion for Alternative Victim Notification Under 18 U.S.C. § 3771(d)(2) 140 . The Government's Motion is GRANTED for good cause shown. Pursuant to 18 U.S.C. § 3771(d)(2), the Government is authorized to employ its requested alternative victim notification procedures. SO ORDERED by Judge William J. Martinez on 4/10/2019. Text Only Entry (wjmsec, ) (Entered: 04/10/2019) |
| 04/19/2019 | 143 | | STATUS REPORT *Joint* by USA as to William J. Sears, Scott M. Dittman (Sibert, Jeremy) (Entered: 04/19/2019) |
| 04/19/2019 | 144 | | RESPONSE in Opposition by USA as to William J. Sears re 139 MOTION to Withdraw Plea of Guilty (Sibert, Jeremy) (Entered: 04/19/2019) |
| 04/22/2019 | 145 | | ORDER as to **William J. Sears (1)**: This matter is before the Court on Defendant's Motion to Withdraw Plea of Guilty 139 and the Government's response 144 . Defendant is DIRECTED to file a reply on or before **May 3, 2019**. SO ORDERED by Judge William J. Martinez on 04/22/2019. Text Only Entry (wjmlc1) (Entered: 04/22/2019) |
| 04/23/2019 | 146 | | ORDER: This matter is before the Court on the Joint Status Report 143 . To the extent that Defendant Dittman takes exception with anything stated in the Joint Status Report, he is DIRECTED to file a Response on or before **Thursday, April 25, 2019**. If Defendant Dittman fails to file a response, the Court will assume that he joins in everything set forth in the Joint Status Report. No Reply will be accepted without prior leave or order of Court. SO ORDERED by Judge William J. Martinez on 4/23/2019. Text Only Entry (wjmsec, ) (Entered: 04/23/2019) |
| 05/03/2019 | 147 | | Unopposed MOTION for Extension of Time to File Response/Reply *Re: Motion to Withdraw Plea of Guilty* by William J. Sears. (Bornstein, Peter) (Entered: 05/03/2019) |
| 05/06/2019 | 148 | | ORDER as to **William J. Sears (1)** granting Defendant's Unopposed Motion for Extension of Time to File a Reply Re: Motion to Withdraw Plea of Guilty 147 . Defendant's Motion is GRANTED for good cause shown. Defendant's deadline to file a reply in support of his motion to withdraw guilty plea is extended up to and including **May 9, 2019**. SO ORDERED by Judge William J. Martinez on 5/6/2019. Text Only Entry (wjmsec, ) (Entered: 05/06/2019) |
| 05/09/2019 | 149 | | REPLY TO RESPONSE to Motion by William J. Sears re 139 MOTION to Withdraw Plea of Guilty (Attachments: # 1 Exhibit A)(Bornstein, Peter) |

| | | | (Entered: 05/09/2019) |
|---|---|---|---|
| 05/22/2019 | 150 | | ORDER denying <u>139</u> Motion to Withdraw Plea of Guilty as to **William J. Sears (1)**, by Judge William J. Martinez on 05/22/2019. (wjmlc1) (Entered: 05/22/2019) |
| 06/04/2019 | 151 | | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to William J. Sears (Attachments: # <u>1</u> Exhibit A)(doden, ) (Entered: 06/04/2019) |
| 06/04/2019 | 152 | | EXHIBIT B TO RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to William J. Sears (doden, ) (Entered: 06/04/2019) |
| 06/18/2019 | 159 | | RESPONSE in Opposition by USA as to William J. Sears, Scott M. Dittman re 154 MOTION to Continue *Sentencing Hearing and Request for Specific Discovery* (Sibert, Jeremy) (Entered: 06/18/2019) |
| 06/18/2019 | 160 | | OBJECTION/RESPONSE to Presentence Report 151 by William J. Sears (Bornstein, Peter) (Entered: 06/18/2019) |
| 06/19/2019 | 163 | | ORDER as to **William Sears (1)**: This matter is before the Court on Defendant Sears' Objection to Presentence Investigation Report <u>160</u> . The Government is DIRECTED to file a Response to Defendant's Objections on or before **July 1, 2019**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 6/19/2019. Text Only Entry (wjmsec, ) (Entered: 06/19/2019) |
| 06/24/2019 | 168 | | MOTION for Clarification *sentencing dates* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) Modified on 7/3/2019 to term motion pursuant to 170 (angar, ). (Entered: 06/24/2019) |
| 06/28/2019 | 170 | | ORDER as to **William J. Sears (1)**: This matter is before the Court *sua sponte*. Due to a conflict with a criminal jury trial the week of July 8, 2019, the Sentencing Hearing set for July 11, 2019 at 1:30 p.m. is hereby **VACATED and RESET to October 31, 2019 at 1:15 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing−related motions. It is FURTHER ORDERED that the Government's Motion for Clarification <u>168</u> is DENIED as MOOT, given this Court's Orders in *United States of America v. Dittman*, Case No. 16−cr−301−WJM−2 (ECF No. 169) and *United States of America v. Jean−Pierre*, Case No. 17−cr−008−WJM (ECF No. 232), which set the sentencing hearings for these two defendants at or near the same time as Defendant Sears' sentencing hearing. SO ORDERED by Judge William J. Martinez on 6/28/2019. Text Only Entry (wjmsec, ) (Entered: 06/28/2019) |
| 07/01/2019 | 171 | | ORDER as to **William J. Sears (1)**: This matter is before the Court upon the entry of the Court's Order resetting Defendant Sears' Sentencing Hearing for October 31, 2019 (ECF No. 170). The deadline for the Government to file its Response to Defendant Sears' Objection to Presentence Investigation Report (ECF No. <u>160</u> ) is extended up to and including **August 7, 2019**. No reply will be permitted. SO ORDERED by Judge William J. Martinez on 7/1/2019. Text Only Entry (wjmsec, ) (Entered: 07/01/2019) |
| 08/01/2019 | 173 | | MOTION for Reconsideration re <u>150</u> Order on Motion to Withdraw Plea of Guilty by William J. Sears. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> |

| | | | |
|---|---|---|---|
| | | | Exhibit C, # 4 Exhibit D)(Bornstein, Peter) (Entered: 08/01/2019) |
| 08/02/2019 | 175 | | RESPONSE by USA as to William J. Sears *TO DEFENDANT'S OBJECTIONS TO PSR* (Attachments: # 1 A1, # 2 A2, # 3 A3, # 4 A4, # 5 A5, # 6 A6, # 7 A7, # 8 A8, # 9 A9, # 10 A10, # 11 A12, # 12 A13, # 13 A14, # 14 A16, # 15 A17, # 16 A18, # 17 A19, # 18 A20, # 19 A21, # 20 A22, # 21 A23, # 22 A24, # 23 A25, # 24 A26, # 25 A27, # 26 A28, # 27 A29, # 28 A30, # 29 A31, # 30 A32, # 31 A33, # 32 A34)(Sibert, Jeremy) (Entered: 08/02/2019) |
| 08/02/2019 | 177 | | Conventionally Submitted Material : CD re: Response, 175 by Plaintiff USA Text Only Entry (angar, ) (Entered: 08/05/2019) |
| 08/05/2019 | 176 | | ORDER as to **William J. Sears (1)**: Before the Court is Defendant's Motion for Reconsideration 173 . The Government shall respond on or before **August 12, 2019**. No reply from Defendant will be accepted. SO ORDERED by Judge William J. Martinez on 08/05/2019. Text Only Entry (wjmlc1) (Entered: 08/05/2019) |
| 08/06/2019 | 178 | | Unopposed MOTION for Extension of Time to File Response/Reply *TO MOTION TO RECONSIDER COURTS DENIAL OF MOTION TO WITHDRAW CHANGE OF PLEA [ ECF 173]* Attorney Robert M. Brown added to party USA(pty:pla) by USA as to William J. Sears, Scott M. Dittman. (Brown, Robert) Modified on 8/7/2019 to terminate motion pursuant to 179 Order (angar, ). (Entered: 08/06/2019) |
| 08/06/2019 | 179 | | ORDER as to **William Sears (1)** granting the 178 Government's Unopposed Motion for Extension of Time to Respond to Motion to Reconsider Court's Denial of Motion to Withdraw Change of Plea [ECF 173]. The Government's Motion is GRANTED for good cause shown. The Government's deadline to file its Response to Defendant's Motion for Reconsideration is extended up to and including **August 26, 2019**. SO ORDERED by Judge William J. Martinez on 8/6/2019. Text Only Entry (wjmsec, ) (Entered: 08/06/2019) |
| 08/23/2019 | 180 | | RESPONSE in Opposition by USA as to William J. Sears re 173 MOTION for Reconsideration re 150 Order on Motion to Withdraw Plea of Guilty (Sibert, Jeremy) (Entered: 08/23/2019) |
| 09/30/2019 | 181 | | ORDER denying 173 Motion for Reconsideration as to **William J. Sears (1)**, by Judge William J. Martinez on 09/30/2019. (wjmlc1) (Entered: 09/30/2019) |
| 10/01/2019 | 183 | | ORDER as to **William J. Sears (1)**: This matter comes before the Court *sua sponte*. The undersigned will be out of the office the week of October 28, 2019, and as a result the Sentencing Hearing currently set for October 31, 2019 at 1:15 p.m. is hereby **VACATED and RESET to January 23, 2020 at 1:30 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 10/1/2019. Text Only Entry (wjmsec, ) (Entered: 10/01/2019) |
| 10/02/2019 | 184 | | Unopposed MOTION for Order *Resetting Sentencing Hearing* by William J. Sears. (Bornstein, Peter) (Entered: 10/02/2019) |
| 10/09/2019 | 185 | | ORDER as to **William J. Sears (1)** granting the Defendant's Unopposed Motion to Reset Sentencing Hearing 184 . The Defendant's Motion is GRANTED for good cause shown. The Sentencing Hearing set for January 23, |

| | | | |
|---|---|---|---|
| | | | 2020 at 1:30 p.m. is hereby **VACATED and RESET to January 30, 2020 at 1:30 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 10/9/2019. Text Only Entry (wjmsec, ) (Entered: 10/09/2019) |
| 01/21/2020 | 192 | | RESTRICTED PRESENTENCE REPORT as to William J. Sears (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 01/21/2020) |
| 01/21/2020 | 193 | | RESTRICTED ADDENDUM to Presentence Report 192 as to William J. Sears (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 01/21/2020) |
| 01/30/2020 | 204 | | COURTROOM MINUTES for Sentencing Hearing as to defendant William J. Sears (1) held before Judge William J. Martinez held on 1/30/2020. Granting the Government's oral motion for an additional one–level reduction in the offense level for acceptance of responsibility. Defendant sentenced as reflected on the record. Defendant remanded. Court Reporter: Mary George. (afran, ) (Entered: 01/31/2020) |
| 01/30/2020 | 206 | | **STRICKEN** MOTION for Dismissal of Charges with Prejudice for Lack of Jurisdiction, by William J. Sears. (angar, ) Modified on 2/3/2020 to strike pursuant to 207 Order (angar, ). (Entered: 02/03/2020) |
| 02/03/2020 | 207 | | ORDER as to **William J. Sears (1)** striking Defendant's Motion for Dismissal of Charges with Prejudice for Lack of Jurisdiction 206 As the Defendant, Mr. Sears has the right to have counsel appointed to represent him or he has the right to represent himself, but he does not have the right to hybrid representation. *United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975). Because Defendant continues to be represented by counsel, he cannot be represented and still continue to file motions on his own behalf. Accordingly, ECF No. 206 is STRICKEN. SO ORDERED by Judge William J. Martinez on 2/3/2020. Text Only Entry (wjmsec, ) (Entered: 02/03/2020) |
| 02/04/2020 | 209 | | MOTION to Amend/Correct *the Preliminary Order of Forfeiture* by USA as to William J. Sears. (Attachments: # 1 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 02/04/2020) |
| 02/05/2020 | 210 | | RESTRICTED AMENDED PRESENTENCE REPORT as to William J. Sears (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 02/05/2020) |
| 02/10/2020 | 211 | | Amended Preliminary ORDER of Forfeiture, as to William J. Sears (1). ORDERED by Judge William J. Martinez on 2/10/2020. (angar, ) (Entered: 02/10/2020) |
| 02/10/2020 | 215 | 16 | JUDGMENT as to defendant William J. Sears (1). Counts 1 and 2 of the Information: Defendant sentence to imprisonment for a term of 60 months as to Count 1 and 36 months as to Count 2, for a total term of 96 months of incarceration. 3 years of supervised release as to Count 1 and 1 year of supervised release as to Count 2, to run concurrent. $200 special assessment fee. $2,433,818.00 in restitution. Entered by Judge William J. Martinez on 2/10/2020. (afran) (Entered: 02/10/2020) |
| 02/10/2020 | 216 | | STATEMENT OF REASONS as to William J. Sears (1). (afran) (Entered: 02/10/2020) |

| 02/12/2020 | 217 | 23 | NOTICE OF APPEAL as to 215 Judgment, by William J. Sears. (Bornstein, Peter) (Entered: 02/12/2020) |
|---|---|---|---|

AO 245B (Rev. 02/18)    Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| | ) | |
| WILLIAM J SEARS | ) | Case Number: 1:16-cr-00301-WJM-1 |
| | ) | USM Number: 56353-054 |
| | ) | |
| | ) | Peter R. Bornstein |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☒ pleaded guilty to count(s)  1-2 of the Information

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☐ was found guilty on count(s) _____
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Defraud the U.S. and Commit Offenses | 7/18/2014 | 1 |
| 26 U.S.C. § 7206(1) | Filing False Income Tax Return | 4/15/2012 | 2 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 30, 2020
Date of Imposition of Judgment

Signature of Judge

William J. Martinez, United States District Judge
Name and Title of Judge

February 10, 2020
Date

AO 245B (Rev. 02/18) Judgment in Criminal Case

|  | Judgment — Page 2 of 7 |
|---|---|

DEFENDANT: WILLIAM J SEARS
CASE NUMBER: 1:16-cr-00301-WJM-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **sixty (60) months as to Count 1 and thirty-xix (36) months as to Count 2, for a total term of ninety-six (96) months incarceration.**

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the defendant be given full credit for time served in presentence confinement. The Court further recommends the defendant be designated to a facility in the District of Colorado appropriate to his security designation.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18) Judgment in Criminal Case

| | | Judgment — Page | 3 | of | 7 |

DEFENDANT: WILLIAM J SEARS
CASE NUMBER: 1:16-cr-00301-WJM-1

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of: **three (3) years as to Count 1, one (1) year as to Count 2, concurrent.**

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

18

AO 245B (Rev. 02/18) Judgment in Criminal Case

|  | Judgment — Page ___4___ of ___7___ |
|---|---|

DEFENDANT: WILLIAM J SEARS
CASE NUMBER: 1:16-cr-00301-WJM-1

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may, after obtaining Court approval, notify the person about the risk or require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 02/18) Judgment in Criminal Case

| | | Judgment — Page | 5 | of | 7 |

DEFENDANT: WILLIAM J SEARS
CASE NUMBER: 1:16-cr-00301-WJM-1

# SPECIAL CONDITIONS OF SUPERVISION

1. You must not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless you are in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
2. You must provide the probation officer access to any requested financial information and authorize the release of any financial information until all financial obligations imposed by the court are paid in full.
3. As directed by the probation officer, you must apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation in this case.
4. If the judgment imposes a financial penalty/restitution, you must pay the financial penalty/restitution in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect your ability to pay the financial penalty/restitution.
5. If you have an outstanding financial obligation, the probation office may share any financial or employment documentation relevant to you with the Asset Recovery Division of the United States Attorney's Office to assist in the collection of the obligation.
6. You must comply with all legal obligations associated with the Colorado Department of Revenue and the Internal Revenue Service regarding federal and state income taxes. This includes resolution of any tax arrearages as well as continued compliance with federal and state laws regarding the filing of taxes.
7. You must document all income and compensation generated or received from any source and must provide that information to the probation officer as requested.
8. You must not cause or induce anyone to conduct any financial transaction on your behalf or maintain funds on your behalf.
9. You must not engage in an occupation, business, profession, or volunteer activity that would require or enable you to solicit for funds without the prior approval of the probation officer.
10. You must not be employed by any family member or known associate without permission of the probation officer.
11. All employment for the defendant shall be approved in advance by the supervising probation officer and you must not engage in any business activity unless approved by the probation officer. All approved business activity must operate under a formal, registered entity, and you must provide the probation officer with the business entities and their registered agents. You must maintain business records for any approved business activity and provide all documentation and records as requested by the probation officer.
12. You must not engage in employment in which you would solicit funds for investment or employment that would permit you to have custody and/or control over investor funds, and you must not be the signatory on any accounts possessing investor funds
13. You must maintain separate personal and business finances and must not co-mingle personal and business funds or income in any financial accounts, including but not limited to bank accounts and lines of credit.
14. You must participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as you are released from the program by the probation officer. You must abstain from the use of alcohol or other intoxicants during the course of treatment and must pay the cost of treatment as directed by the probation officer.
15. You must participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as you are released from the program by the probation officer. You must pay the cost of treatment as directed by the probation officer.
16. You must remain medication compliant and must take all medications that are prescribed by your treating psychiatrist. You must cooperate with random blood tests as requested by your treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of your prescribed medications is maintained.
17. The defendant is prohibited from making any public postings with respect to or showing any depiction or image of Agent Funk or her family.

| | | Judgment — Page | 6 | of | 7 |
|---|---|---|---|---|---|

DEFENDANT:     WILLIAM J SEARS
CASE NUMBER:   1:16-cr-00301-WJM-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on the following page.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ 200.00 | $ | $ | $ 2,433,818.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Internal Revenue Service-RACS<br>Attn: Mail Stop 6261, Restitution<br>333 West Pershing Avenue<br>Kansas City, Missouri 64108 | $2,433,818.00 | $2,433,818.00 | |

| | | | | |
|---|---|---|---|---|
| **TOTALS** | $ | **2,433,818.00** | $ | **2,433,818.00** |

☒ Restitution amount ordered pursuant to plea agreement     $ _____ 2,433,818.00

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the following page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the   ☐ fine   ☒ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 1:16-cr-00301-WJM Document 215 Filed 02/10/20 Page 7 of 7

AO 245B (Rev. 02/18) Judgment in Criminal Case

|  | Judgment — Page __7__ of __7__ |
|---|---|

DEFENDANT:      WILLIAM J SEARS
CASE NUMBER:    1:16-cr-00301-WJM-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☐  Lump sum payment of  $ _____   due immediately, balance due

      ☐  not later than  _____ , or
      ☐  in accordance with  ☐  C,  ☐  D,  ☐  E, or  ☐  F below; or

B  ☒  Payment to begin immediately (may be combined with  ☐  C,  ☐  D, or  ☒  F below); or

C  ☐  Payment in equal  _____  *(e.g., weekly, monthly, quarterly)* installments of  $ _____  over a period of
      _____ *(e.g., months or years)*, to commence  _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D  ☐  Payment in equal  _____  *(e.g., weekly, monthly, quarterly)* installments of  $ _____  over a period of
      _____ *(e.g., months or years)*, to commence  _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
      term of supervision; or

E  ☐  Payment during the term of supervised release will commence within  _____ *(e.g., 30 or 60 days)* after release from
      imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

      The special assessment and restitution/fine obligation are due immediately. Any unpaid monetary obligations upon release from
      incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment
      payment will be calculated as at least 10 percent of the defendant's gross monthly income.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☒  The defendant shall forfeit the defendant's interest in the following property to the United States:
    The defendant shall forfeit to the United States, $27,066.23 in United States currency seized from Wells Fargo Bank Account No.
    6020559917, held in the name of Meadpoint Venture Partners; $9,455.56 in United States currency seized from Wells Fargo
    Bank Account No. 7784731577, held in the name of Sandra L. Sears; $6,028,803.25 in United States currency seized from Moors
    and Cabot Trust Account No. 4597-6546, held in the name of Sandra Lee Sears, Tr. Sandra Lee Sears Ttee; $250,000.00 in United
    States currency held in lieu of earnest money held on deposit for the purchase of 4200 Monaco Street, Denver, Colorado; $147,724.38
    realized from the sale of 13442 Jackson Drive, Thornton, Colorado, 80241;  any monetary value Defendant Sears realizes in the future
    from his interest in FusionPharm, Inc. and a Personal Money Judgment against Defendant Sears in the amount of $1,914,049.49, and
    all property listed in the Amended Preliminary Order of Forfeiture (Document 209).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00301-WJM

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.

**1. WILLIAM J. SEARS,**

      Defendant.

---

## NOTICE OF APPEAL

---

NOTICE is hereby given that William J. Sears, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered against him in this action on January 30, 2020.

Respectfully submitted this 11th day of February, 2020.

THE LAW OFFICES OF PETER R. BORNSTEIN

*s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com
*Attorney for Defendant William J. Sears*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2020, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

And, I hereby certify that on this 12th day of February, 2020, I sent a copy of the foregoing **NOTICE OF APPEAL** via First Class Mail to the Defendant/Appellant at the following address:

> William J. Sears
> FCI Englewood
> Federal Correctional Institution
> 9595 West Quincy Avenue
> Littleton, CO 80123

> *s/ Jeannette Wolf*
> THE LAW OFFICES OF PETER R. BORNSTEIN