IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  16-cr-00301-WJM-1

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**1. WILLIAM J. SEARS**,

    Defendant.

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Defendant, William J. Sears, by his CJA appointed counsel, Peter R. Bornstein, moves this Court for an order allowing him to proceed *in forma pauperis*.  This motion is made pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure.  Mr. Sears is a party who was permitted to proceed *in forma pauperis* in the District Court action, was determined to be financially unable to obtain an adequate defense in his criminal case, and was appointed counsel pursuant to the Criminal Justice Act.  Moreover, Mr. Sears has been remanded without bond since January 30, 2020.

Respectfully submitted this 25th day of February, 2020.

                                          **THE LAW OFFICES OF PETER R. BORNSTEIN**

                                          *s/ Peter R. Bornstein*
                                          Peter R. Bornstein
                                          6060 Greenwood Plaza Blvd. Ste. 500
                                          Greenwood Village, CO 80111
                                          Telephone: 720-354-4440
                                          Facsimile: 720-287-5674
                                          E-mail: pbornstein@prblegal.com
                                          *Attorney for Defendant William J. Sears*

CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of February, 2020, I electronically filed the foregoing **MOTION TO PROCEED IN FORMA PAUPERIS** with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

    And, I hereby certify that on this 25th day of February, 2020, I sent a copy of the foregoing **MOTION TO PROCEED IN FORMA PAUPERIS**  via First Class Mail to the Defendant/Appellant at the following address:

William J. Sears
FCI Florence
Federal Correctional Institution
P.O. Box 6000
Florence, CO  81226

*s/ Jeannette Wolf*
THE LAW OFFICES OF PETER R. BORNSTEIN