APPEAL,TERMED

# U.S. District Court – District of Colorado
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:16-cr-00301-WJM-1

Case title: USA v. Sears et al

Date Filed: 09/15/2016
Date Terminated: 02/10/2020

Assigned to: Judge William J. Martinez

### Defendant (1)

**William J. Sears**
*TERMINATED: 02/10/2020*

represented by **Fredric Michael Winocur**
Ridley McGreevy & Winocur, P.C.
303 16th Street
Suite 200
Denver, CO 80202
303-629-9700
Fax: 303-629-9702
Email: winocur@ridleylaw.com
*TERMINATED: 02/14/2018*
*Designation: Retained*

**Marci Gilligan LaBranche**
Stimson Stancil LaBranche Hubbard LLC
1652 North Downing Street
Denver, CO 80218
720-689-8909
Email: labranche@sslhlaw.com
*TERMINATED: 02/14/2018*
*Designation: Retained*

**Peter R. Bornstein**
Peter R. Bornstein, Law Offices of
6060 Greenwood Plaza Boulevard
Suite 500
Greenwood Village, CO 80111
720-354-4440
Fax: 720-287-5674
Email: pbornstein@prblegal.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

18:371.F Conspiracy to Defraud the United States and Commit Offenses
(1)

### Disposition

Imprisonment: 60 months as to Count 1 and 36 months as to Count 2, for a total term of 96 months incarceration. Supervised Release: 3 years as to Count 1 and 1 year as to Count 2, to run concurrent.

1

| | |
|---|---|
| | Special Assessment Fee: $200. Restitution: $2,433,818.00. |
| 26:7206B.F Filing False Income Tax Return (2) | Imprisonment: 60 months as to Count 1 and 36 months as to Count 2, for a total term of 96 months incarceration. Supervised Release: 3 years as to Count 1 and 1 year as to Count 2, to run concurrent. Special Assessment Fee: $200. Restitution: $2,433,818.00. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**  **Disposition**

None

---

**Plaintiff**

USA  represented by  **Kenneth (Former AUSA) Harmon**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 454-0402
Email: USACO.ECFCriminal@usdoj.gov
*TERMINATED: 12/27/2017*
*LEAD ATTORNEY*
*Designation: Federal Agency Attorney*

**Tonya Shotwell Andrews**
U.S. Attorney's Office-Denver
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0100
Fax: 303-454-0402
Email: Tonya.Andrews@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

2

*Designation: Federal Agency Attorney*

**Jeremy S. Sibert**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0461
Email: Jeremy.Sibert@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Robert M. Brown**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0355
Fax: 303–454–0403
Email: Robert.Brown5@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/15/2016 | 1 | | INFORMATION as to William J. Sears (1) count(s) 1, 2, Scott M. Dittman (2) count(s) 1. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet) (cthom, ) (Entered: 09/16/2016) |
| 09/15/2016 | 6 | | MINUTE ENTRY for Initial Appearance, Arraignment, Discovery and Detention Hearing as to William J. Sears and Scott M. Dittman held before Magistrate Judge Kathleen M. Tafoya on 9/15/2016. Parties tender an information to the Court. The Court accepts the information as tendered. Defendants advised. Plea of NOT GUILTY entered by defendants. Discovery memorandum executed. Bond set as to William J. Sears (1) Personal Recognizance and Scott M. Dittman (2) Personal Recognizance. Defendants advised of conditions of bond and remanded for processing and release. Counsel is directed to chambers. (Total time: 34 minutes, Hearing time: 1:46–2:20) **APPEARANCES**: Kenneth Harmon on behalf of the Government, William Taylor for Defendant Scott Dittman, Frederick Winocur on behalf of William Sears on behalf of the defendant. FTR: KMT Courtroom C201. (lgale, ) Text Only Entry (Entered: 09/16/2016) |
| 09/15/2016 | 7 | | Discovery Conference Memorandum and ORDER: as to William J. Sears by Magistrate Judge Kathleen M. Tafoya on 9/15/16. (lgale, ) (Entered: 09/16/2016) |
| 09/15/2016 | 9 | | Personal Recognizance Bond Entered as to William J. Sears (lgale, ) (Entered: 09/16/2016) |
| 09/15/2016 | 10 | | |

| | | | |
|---|---|---|---|
| | | | ORDER Setting Conditions of Release as to William J. Sears (1) Personal Recognizance by Magistrate Judge Kathleen M. Tafoya on 9/15/16. (lgale, ) (Entered: 09/16/2016) |
| 09/15/2016 | 17 | | WAIVER OF INDICTMENT by William J. Sears by Magistrate Judge Kathleen M. Tafoya on 9/15/16. (sgrim) (Entered: 09/19/2016) |
| 09/16/2016 | 4 | | NOTICE OF ATTORNEY APPEARANCE: Fredric Michael Winocur appearing for William J. SearsAttorney Fredric Michael Winocur added to party William J. Sears(pty:dft) (Winocur, Fredric) (Entered: 09/16/2016) |
| 09/16/2016 | 5 | | NOTICE of Disposition by William J. Sears (Winocur, Fredric) (Entered: 09/16/2016) |
| 09/16/2016 | 14 | | ORDER Setting Change of Plea Hearing as to **William J. Sears (1)**: Pursuant to the Notice of Disposition 5 filed by the Defendant, a Change of Plea Hearing is hereby set for November 14, 2016 at 10:00 a.m. in Courtroom A801. Counsel for the parties shall e-mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on November 7, 2016**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully-briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. SO ORDERED by Judge William J. Martinez on 09/16/2016. Text Only Entry (wjmsec, ) (Entered: 09/16/2016) |
| 09/16/2016 | 15 | | NOTICE OF ATTORNEY APPEARANCE: Marci Gilligan LaBranche appearing for William J. SearsAttorney Marci Gilligan LaBranche added to party William J. Sears(pty:dft) (LaBranche, Marci) (Entered: 09/16/2016) |
| 09/16/2016 | 18 | | Passport Receipt as to William J. Sears.Surrender of passport re Bond Conditions; Passport Number 498719491 (cthom, ) (Entered: 09/19/2016) |
| 10/17/2016 | 21 | | MOTION to Disclose Grand Jury Material to Defendant by USA as to William J. Sears, Scott M. Dittman. (Attachments: # 1 Proposed Order (PDF Only))(Harmon, Kenneth) (Entered: 10/17/2016) |
| 10/17/2016 | 22 | | ORDER granting 21 Motion to Disclose Grand Jury Material as to William J. Sears (1), Scott M. Dittman (2) by Judge William J. Martinez on 10/17/2016. (cthom, ) (Entered: 10/17/2016) |
| 11/08/2016 | 37 | | ORDER as to **William J. Sears (1)**: At the Change of Plea Hearing set for November 14, 2016, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Sears should remain on pretrial release pending imposition of his sentence, or whether his bond should be revoked and he should be remanded at the conclusion of the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 11/08/2016. Text Only Entry (wjmsec, ) (Entered: 11/08/2016) |

| | | | |
|---|---|---|---|
| 11/14/2016 | 40 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Change of Plea Hearing as to Defendant 1. William J. Sears held on 11/14/2016. Defendant pleads guilty to Counts One and Two of the Information and admits to the forfeiture allegation. ORDERED:Defendant Sears' Plea Agreement will be filed restricted – Level 2.The parties have up to and including Monday, November 28, 2016 to file motions for leave to file redacted Plea Agreements for Defendant Sears and Defendant Dittman assuming Defendant Dittman goes ahead with his Plea Agreement. Sentencing for Defendant Sears is set for 4/24/2017 at 10:30 AM in Courtroom A801 before Judge William J. Martinez. IT IS ORDERED that the defendant is permitted to remain free on bond subject to the conditions of release as set forth in the Order Setting Conditions of Release entered by the Magistrate Judge, with the following ADDITIONAL CONDITIONS: The defendant will not discuss the facts of this case, the evidence, witnesses, or any of the issues raised by this prosecution, either with his co–defendant, Mr. Dittman, or any other potential witness in this case.Court Reporter: Mary George. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 41 | | RESTRICTED DOCUMENT – Level 2: Plea Agreement, pages 1 thru 25, as to William J. Sears. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 42 | | RESTRICTED DOCUMENT – Level 2: Plea Agreement, pages 26 thru 47 as to William J. Sears. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 43 | | RESTRICTED DOCUMENT – Level 2: Plea Agreement, Attachments A and B, as to William J. Sears. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 44 | | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant William J. Sears (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 48 | | AMENDED MINUTE ENTRY for Change of Plea Hearing as to Defendant 1. William J. Sears 40 held before Judge William J. Martinez: Amended to reflect the corrected sentencing hearing date of Tuesday, April 25, 2017 at 10:30 a.m. Court Reporter: Mary George. (dhans, ) (Entered: 11/15/2016) |
| 11/14/2016 | 50 | | Public Utility Resetting Hearing as to William J. Sears: Text Only Entry. Sentencing set for 4/25/2017 at 10:30 AM in Courtroom A801 before Judge William J. Martinez. (dhans, ) (Entered: 11/16/2016) |
| 11/28/2016 | 51 | | Unopposed MOTION for Leave to File *Redacted Plea Agreement* by USA as to William J. Sears. (Attachments: # 1 Exhibit A)(Harmon, Kenneth) (Entered: 11/28/2016) |
| 11/28/2016 | 52 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears. (Harmon, Kenneth) (Entered: 11/28/2016) |
| 11/28/2016 | 53 | | MOTION for Leave to Restrict by USA as to William J. Sears. (Harmon, Kenneth) (Entered: 11/28/2016) |
| 11/29/2016 | 54 | | ORDER as to **William J. Sears (1)** granting the Government's Unopposed Motion for Leave to File Redacted Plea Agreement as to Defendant Sears 51 . The Government's Motion is hereby GRANTED for good cause shown. The redacted version of the Plea Agreement attached as Exhibit A to the Motion [51–1] is ACCEPTED as filed. The Clerk shall file the redacted version of the Plea Agreement as a separate docket entry on CM/ECF. SO ORDERED by |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Judge William J. Martinez on 11/29/2016. Text Only Entry (wjmsec, ) (Entered: 11/29/2016) |
| 11/29/2016 | 55 |  | ORDER as to **William J. Sears (1)** granting 53 Government's Motion to Restrict Docket Number 52. The Government's Motion is GRANTED for good cause shown. The document filed at ECF No. 52 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 11/29/2016. Text Only Entry (wjmsec, ) (Entered: 11/29/2016) |
| 11/29/2016 | 56 |  | PLEA AGREEMENT as to William J. Sears filed pursuant to 54 Order. (cthom, ) (Entered: 11/29/2016) |
| 12/02/2016 | 59 |  | TRANSCRIPT of Motions Hearing as to William J. Sears, Scott M. Dittman held on September 15, 2016 before Magistrate Judge Tafoya. Pages: 1-22.<br><br>NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Stevens-Koenig Reporting, ) (Entered: 12/02/2016) |
| 12/05/2016 | 60 |  | MOTION for Hearing, *Phone Appearance* by Scott M. Dittman as to William J. Sears, Scott M. Dittman. (Dubois, Philip) (Entered: 12/05/2016) |
| 12/29/2016 |  |  | ***Set Deadlines as to William J. Sears: Joint Status Report due by 3/15/2017. re: 62 (dhans, ) (Entered: 12/29/2016) |
| 02/07/2017 | 70 |  | NOTICE of Change of Address/Contact Information (Andrews, Tonya) (Entered: 02/07/2017) |
| 03/15/2017 | 71 |  | Joint MOTION for Order *to Restrict Document* by William J. Sears, Scott M. Dittman. (Attachments: # 1 Proposed Order (PDF Only))(Winocur, Fredric) (Entered: 03/15/2017) |
| 03/15/2017 | 72 |  | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 03/15/2017) |
| 03/15/2017 | 73 |  | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 03/15/2017) |
| 03/16/2017 | 74 |  | ORDER as to **William J. Sears (1), Scott M. Dittman (2)** granting Defendants William Sears' and Scott Dittman's Motion to Restrict Document 71 . The Defendants' Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 72 and 73 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 3/16/2017. Text Only Entry (wjmsec, ) (Entered: 03/16/2017) |

| | | | |
|---|---|---|---|
| 03/16/2017 | 75 | | ORDER as to **William J. Sears (1), Scott M. Dittman (2)**: This matter is before the Court on the Parties' Joint Status Report 73 . A Status Conference is hereby **SET for March 29, 2017 at 11:00 a.m.** in Courtroom A801, at which time the Court will consider the matters raised in said Report. SO ORDERED by Judge William J. Martinez on 3/16/2017. Text Only Entry (wjmsec, ) (Entered: 03/16/2017) |
| 03/16/2017 | 76 | | Utility Setting/Resetting Deadlines/Hearings as to William J. Sears and Scott M. Dittman: Status Conference set for 3/29/2017 11:00 AM in Courtroom A 801 before Judge William J. Martinez pursuant to 75 Order. (cthom, ) (Entered: 03/23/2017) |
| 03/24/2017 | 77 | | Joint MOTION to Vacate *March 29, 2017 Status Hearing, Reset the Status Hearing as a Telephonic Hearing and Defendants' Motion to Waive Their Appearances* by William J. Sears, Scott M. Dittman. (LaBranche, Marci) (Entered: 03/24/2017) |
| 03/24/2017 | 78 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting in part the Parties' Joint Motion to Vacate March 29, 2017 Status Hearing, Reset the Status Hearing as a Telephonic Hearing and Defendants' Motion to Waive their Appearances 77 . The Parties' Motion is GRANTED IN PART for good cause shown. The Status Conference currently set for March 29, 2017 is hereby **VACATED and RESET to March 31, 2017 at 10:30 a.m.** in Courtroom A801. Counsel for Defendant Dittman, Philip Dubois, is granted leave to appear at the Status Conference by telephone. Mr. Dubois shall contact chambers at (303) 335–2805 at least 5 minutes prior to the start of the Status Conference. Counsel for the Government and Defendant Sears must appear in person. It is FURTHER ORDERED that Defendant Sears's and Defendant Dittman's presence is WAIVED for the Status Conference. SO ORDERED by Judge William J. Martinez on 3/24/2017. Text Only Entry (wjmsec, ) (Entered: 03/24/2017) |
| 03/31/2017 | 79 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Status Conference as to Defendant 1. William J. Sears and Defendant 2. Scott M. Dittman held on 3/31/2017. ORDERED: The Court provisionally grants the Defendants' motion for a single sentencing hearing, subject to a reassessment of this ruling by the Court should future developments in this case so warrant. The parties shall file a Further Joint Status Report no later than Friday, June 30th. The Report shall include, at a minimum, (1) whether a further status conference is appropriate or necessary; (2) whether the parties continue to believe a pre–sentencing evidentiary hearing is required, and (3) whether there is any reason the Court cannot proceed to re–setting the sentencing hearing(s) and the evidentiary hearing on contested sentencing facts, should the parties continue to believe that such a hearing is necessary. To the extent there is a need for a pre–sentencing evidentiary hearing, that hearing will be consolidated as to both defendants.Court Reporter: Mary George. (dhans, ) (Entered: 03/31/2017) |
| 04/20/2017 | 80 | | NOTICE *of Lis Pendens* by USA as to William J. Sears, Scott M. Dittman (Andrews, Tonya) (Entered: 04/20/2017) |
| 05/02/2017 | 84 | | TRANSCRIPT of Change of Plea as to William J. Sears held on November 14, 2016 before Judge Martinez. Pages: 1–40. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this** |

7

| | | | |
|---|---|---|---|
| | | | filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 05/02/2017) |
| 05/09/2017 | 87 | | MOTION for Order *to Restrict Document* by William J. Sears. (Attachments: # 1 Proposed Order (PDF Only) Order to Restrict)(Winocur, Fredric) (Entered: 05/09/2017) |
| 05/09/2017 | 88 | | RESTRICTED DOCUMENT − Level 2: as to William J. Sears. (Winocur, Fredric) (Entered: 05/09/2017) |
| 05/09/2017 | 89 | | RESTRICTED DOCUMENT − Level 2: as to William J. Sears. (Attachments: # 1 Exhibit A)(Winocur, Fredric) (Entered: 05/09/2017) |
| 05/10/2017 | 90 | | ORDER as to **William J. Sears (1)** granting 87 Defendant William Sears' Motion to Restrict Document. The Defendant's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 88 and 89, shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 5/10/2017. Text Only Entry (wjmsec, ) (Entered: 05/10/2017) |
| 05/10/2017 | 91 | | ORDER as to William J. Sears (1) granting 89 Defendant William Sears' Unopposed Motion for Leave to Redact Transcript of Change of Plea Hearing. The Defendant's Motion is GRANTED for good cause shown. Counsel for Defendant Sears are directed to contact my Court Reporter, Mary George, at 303−335−2109, to discuss the necessary arrangements and procedures by which Ms. George may comply with this Order. SO ORDERED by Judge William J. Martinez on 05/10/2017. Text Only Entry (angar, ) (Entered: 05/10/2017) |
| 05/30/2017 | 92 | | REDACTED TRANSCRIPT as to William J. Sears. Redaction re: 84 Transcript,,,. (mgeor, ) (Entered: 05/30/2017) |
| 06/30/2017 | 104 | | Joint MOTION for Leave to Restrict by William J. Sears, Scott M. Dittman. (Attachments: # 1 Proposed Order (PDF Only))(Winocur, Fredric) (Entered: 06/30/2017) |
| 06/30/2017 | 105 | | RESTRICTED DOCUMENT − Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 06/30/2017) |
| 06/30/2017 | 106 | | RESTRICTED DOCUMENT − Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 06/30/2017) |
| 06/30/2017 | 107 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting Defendant William Sears' and Scott Dittman's Motion to Restrict Document 104 . The Defendants' Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 105 and 106 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 6/30/2017. Text Only |

| | | | |
|---|---|---|---|
| | | | Entry (wjmsec, ) (Entered: 06/30/2017) |
| 12/26/2017 | 113 | | MOTION to Withdraw as Attorney by Kenneth M. Harmon by USA as to William J. Sears, Scott M. Dittman. (Harmon, Kenneth) (Entered: 12/26/2017) |
| 12/27/2017 | 114 | | NOTICE OF ATTORNEY APPEARANCE Jeremy S. Sibert appearing for USA. Attorney Jeremy S. Sibert added to party USA(pty:pla) (Sibert, Jeremy) (Entered: 12/27/2017) |
| 12/27/2017 | 115 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting the Government's Motion to Withdraw 113 . The Motion is GRANTED for good cause shown. Kenneth M. Harmon is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notifications to Mr. Harmon in this case. SO ORDERED. by Judge William J. Martinez on 12/27/2017. Text Only Entry (wjmsec, ) (Entered: 12/27/2017) |
| 02/13/2018 | 117 | | MOTION to Withdraw as Attorney *for William J. Sears and for Appointment of New Counsel from the Criminal Justice Act Panel* by Fredric Winocur & Marci LaBranche by William J. Sears. (Winocur, Fredric) (Entered: 02/13/2018) |
| 02/13/2018 | 118 | | CJA 23 Financial Affidavit by William J. Sears. (Winocur, Fredric) (Entered: 02/13/2018) |
| 02/14/2018 | 119 | | MEMORANDUM regarding 117 MOTION to Withdraw as Attorney *for William J. Sears and for Appointment of New Counsel from the Criminal Justice Act Panel* by Fredric Winocur & Marci LaBranche filed by William J. Sears. Motion(s) referred to Magistrate Judge Kristen L. Mix. by Judge William J. Martinez on 2/14/2018. Text Only Entry (wjmsec, ) (Entered: 02/14/2018) |
| 02/14/2018 | 120 | | ORDER granting 117 Motion to Withdraw as Attorney. Fredric Michael Winocur and Marci Gilligan LaBranche withdrawn from case as to William J. Sears (1). On review of Defendant Sears' financial affidavit [#118], the Court finds that he is entitled and qualified for the appointment of counsel under Fed.R.Crim.P. 44(a) and 18 U.S.C. section 3006A(b). Accordingly, IT IS HEREBY ORDERED that counsel shall be appointed to represent Defendant William J. Sears. By Magistrate Judge Kristen L. Mix on February 14, 2018. Text Only Entry (klm) (Entered: 02/14/2018) |
| 03/06/2018 | 121 | | NOTICE OF ATTORNEY APPEARANCE: Peter R. Bornstein appearing for William J. SearsAttorney Peter R. Bornstein added to party William J. Sears(pty:dft) (Bornstein, Peter) (Entered: 03/06/2018) |
| 03/06/2018 | 122 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)**: This matter is before the Court on the Parties' First Supplemental Joint Status Report 106 . The Parties are DIRECTED to file an updated Joint Status Report on or before **March 23, 2018**, which should include, without limitation, the items the Court required counsel to address in its 79 Minute Entry of March 31, 2017. SO ORDERED by Judge William J. Martinez on 3/6/2018. Text Only Entry (wjmsec, ) (Entered: 03/06/2018) |
| 03/21/2018 | 123 | | STATUS REPORT *regarding defendants' sentencings* by USA as to William J. Sears, Scott M. Dittman (Sibert, Jeremy) (Entered: 03/21/2018) |
| 07/03/2018 | 124 | | |

9

| | | | |
|---|---|---|---|
| | | | MOTION to Withdraw as Attorney by Philip L. Dubois by Scott M. Dittman as to William J. Sears, Scott M. Dittman. (Dubois, Philip) Modified on 7/5/2018 to terminate motion pursuant to 26 Order (angar, ). (Entered: 07/03/2018) |
| 02/06/2019 | 127 | | MOTION for Hearing *Sentencing Date* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) (Entered: 02/06/2019) |
| 02/08/2019 | 128 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting the Government's Motion for Sentencing Date 127 . The Government's Motion is GRANTED for good cause shown. Defendant Sears' Sentencing Hearing is hereby **SET for July 11, 2019 at 1:30 p.m.** in Courtroom A801. Defendant Dittman's Sentencing Hearing is hereby **SET for July 11, 2019 at 9:30 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards (as revised effective December 1, 2018) with regard to the deadlines for filing sentencing-related motions. SO ORDERED by Judge William J. Martinez on 2/8/2019. Text Only Entry (wjmsec, ) (Entered: 02/08/2019) |
| 02/12/2019 | 129 | | MOTION for Forfeiture of Property *PRELIMINARY ORDER OF FORFEITURE* by USA as to William J. Sears. (Attachments: # 1 Attachment A, # 2 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 02/12/2019) |
| 02/12/2019 | 131 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)**: This matter is before the Court *sua sponte*. The Parties are DIRECTED to file an updated joint status report, no later than **March 5, 2019**, which address all issues, if any, that need to be resolved prior to the sentencing hearings set for July 11, 2019, including without limitation any remaining disputes regarding amount of loss or restitution for either Defendant. SO ORDERED by Judge William J. Martinez on 2/12/2019. Text Only Entry (wjmsec, ) (Entered: 02/12/2019) |
| 02/13/2019 | 132 | | Preliminary ORDER of Forfeiture as to William J. Sears (1), by Judge William J. Martinez on 2/13/2019. (angar, ) (Entered: 02/13/2019) |
| 03/06/2019 | 135 | | ORDER as to **William Sears (1) and Scott M. Dittman (2)** granting Defendant Dittman's Unopposed Motion to Request Fourteen Days to File a Joint Status Report 134 . The Motion is GRANTED for good cause shown. The deadline for the Parties to file an updated joint status report pursuant to this Court's Order at ECF No. 131, is extended up to and including **March 19, 2019**. SO ORDERED by Judge William J. Martinez on 3/6/2019. Text Only Entry (wjmsec, ) (Entered: 03/06/2019) |
| 03/19/2019 | 136 | | MOTION to Continue *Joint Status Report* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) (Entered: 03/19/2019) |
| 03/21/2019 | 137 | | ORDER as to **William Sears (1) and Scott M. Dittman (2)** granting the Government's Motion to Continue Joint Status Report 136 . The Motion is GRANTED for good cause shown. The deadline for the Parties to file an updated joint status report pursuant to this Court's Order at ECF No. 131, is extended up to and including **April 19, 2019**. SO ORDERED by Judge William J. Martinez on 3/21/2019. Text Only Entry (wjmsec, ) (Entered: 03/21/2019) |
| 03/25/2019 | 138 | | Utility Setting Deadline as to William J. Sears, and Scott M. Dittman: Status Report due by April 19, 2019, pursuant to 137 Order. Text Only Entry. (agarc, ) (Entered: 03/25/2019) |

| Date | Doc # | | Description |
|---|---|---|---|
| 04/04/2019 | 139 | | MOTION to Withdraw Plea of Guilty by William J. Sears. (Bornstein, Peter) (Entered: 04/04/2019) |
| 04/08/2019 | 140 | | MOTION for Victim Rights *Notification Alternative Means* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) (Entered: 04/08/2019) |
| 04/09/2019 | 141 | | ORDER as to **William J. Sears (1)**: This matter is before the Court on Defendant's Motion to Withdraw Plea of Guilty 139 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **April 19, 2019**. No Reply will be accepted without prior leave or order of Court. SO ORDERED by Judge William J. Martinez on 4/9/2019. Text Only Entry (wjmsec, ) (Entered: 04/09/2019) |
| 04/10/2019 | 142 | | ORDER as to **William Sears (1) and Scott Dittman (2)** granting the Government's Motion for Alternative Victim Notification Under 18 U.S.C. § 3771(d)(2) 140 . The Government's Motion is GRANTED for good cause shown. Pursuant to 18 U.S.C. § 3771(d)(2), the Government is authorized to employ its requested alternative victim notification procedures. SO ORDERED by Judge William J. Martinez on 4/10/2019. Text Only Entry (wjmsec, ) (Entered: 04/10/2019) |
| 04/19/2019 | 143 | | STATUS REPORT *Joint* by USA as to William J. Sears, Scott M. Dittman (Sibert, Jeremy) (Entered: 04/19/2019) |
| 04/19/2019 | 144 | | RESPONSE in Opposition by USA as to William J. Sears re 139 MOTION to Withdraw Plea of Guilty (Sibert, Jeremy) (Entered: 04/19/2019) |
| 04/22/2019 | 145 | | ORDER as to **William J. Sears (1)**: This matter is before the Court on Defendant's Motion to Withdraw Plea of Guilty 139 and the Government's response 144 . Defendant is DIRECTED to file a reply on or before **May 3, 2019**. SO ORDERED by Judge William J. Martinez on 04/22/2019. Text Only Entry (wjmlc1) (Entered: 04/22/2019) |
| 04/23/2019 | 146 | | ORDER: This matter is before the Court on the Joint Status Report 143 . To the extent that Defendant Dittman takes exception with anything stated in the Joint Status Report, he is DIRECTED to file a Response on or before **Thursday, April 25, 2019**. If Defendant Dittman fails to file a response, the Court will assume that he joins in everything set forth in the Joint Status Report. No Reply will be accepted without prior leave or order of Court. SO ORDERED by Judge William J. Martinez on 4/23/2019. Text Only Entry (wjmsec, ) (Entered: 04/23/2019) |
| 05/03/2019 | 147 | | Unopposed MOTION for Extension of Time to File Response/Reply *Re: Motion to Withdraw Plea of Guilty* by William J. Sears. (Bornstein, Peter) (Entered: 05/03/2019) |
| 05/06/2019 | 148 | | ORDER as to **William J. Sears (1)** granting Defendant's Unopposed Motion for Extension of Time to File a Reply Re: Motion to Withdraw Plea of Guilty 147 . Defendant's Motion is GRANTED for good cause shown. Defendant's deadline to file a reply in support of his motion to withdraw guilty plea is extended up to and including **May 9, 2019**. SO ORDERED by Judge William J. Martinez on 5/6/2019. Text Only Entry (wjmsec, ) (Entered: 05/06/2019) |
| 05/09/2019 | 149 | | REPLY TO RESPONSE to Motion by William J. Sears re 139 MOTION to Withdraw Plea of Guilty (Attachments: # 1 Exhibit A)(Bornstein, Peter) |

11

|  |  |  |  |
|---|---|---|---|
|  |  |  | (Entered: 05/09/2019) |
| 05/22/2019 | 150 |  | ORDER denying 139 Motion to Withdraw Plea of Guilty as to **William J. Sears (1)**, by Judge William J. Martinez on 05/22/2019. (wjmlc1) (Entered: 05/22/2019) |
| 06/04/2019 | 151 |  | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to William J. Sears (Attachments: # 1 Exhibit A)(doden, ) (Entered: 06/04/2019) |
| 06/04/2019 | 152 |  | EXHIBIT B TO RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to William J. Sears (doden, ) (Entered: 06/04/2019) |
| 06/18/2019 | 159 |  | RESPONSE in Opposition by USA as to William J. Sears, Scott M. Dittman re 154 MOTION to Continue *Sentencing Hearing and Request for Specific Discovery* (Sibert, Jeremy) (Entered: 06/18/2019) |
| 06/18/2019 | 160 |  | OBJECTION/RESPONSE to Presentence Report 151 by William J. Sears (Bornstein, Peter) (Entered: 06/18/2019) |
| 06/19/2019 | 163 |  | ORDER as to **William Sears (1)**: This matter is before the Court on Defendant Sears' Objection to Presentence Investigation Report 160 . The Government is DIRECTED to file a Response to Defendant's Objections on or before **July 1, 2019**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 6/19/2019. Text Only Entry (wjmsec, ) (Entered: 06/19/2019) |
| 06/24/2019 | 168 |  | MOTION for Clarification *sentencing dates* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) Modified on 7/3/2019 to term motion pursuant to 170 (angar, ). (Entered: 06/24/2019) |
| 06/28/2019 | 170 |  | ORDER as to **William J. Sears (1)**: This matter is before the Court *sua sponte*. Due to a conflict with a criminal jury trial the week of July 8, 2019, the Sentencing Hearing set for July 11, 2019 at 1:30 p.m. is hereby **VACATED and RESET to October 31, 2019 at 1:15 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing-related motions. It is FURTHER ORDERED that the Government's Motion for Clarification 168 is DENIED as MOOT, given this Court's Orders in *United States of America v. Dittman*, Case No. 16-cr-301-WJM-2 (ECF No. 169) and *United States of America v. Jean-Pierre*, Case No. 17-cr-008-WJM (ECF No. 232), which set the sentencing hearings for these two defendants at or near the same time as Defendant Sears' sentencing hearing. SO ORDERED by Judge William J. Martinez on 6/28/2019. Text Only Entry (wjmsec, ) (Entered: 06/28/2019) |
| 07/01/2019 | 171 |  | ORDER as to **William J. Sears (1)**: This matter is before the Court upon the entry of the Court's Order resetting Defendant Sears' Sentencing Hearing for October 31, 2019 (ECF No. 170). The deadline for the Government to file its Response to Defendant Sears' Objection to Presentence Investigation Report (ECF No. 160 ) is extended up to and including **August 7, 2019**. No reply will be permitted. SO ORDERED by Judge William J. Martinez on 7/1/2019. Text Only Entry (wjmsec, ) (Entered: 07/01/2019) |
| 08/01/2019 | 173 |  | MOTION for Reconsideration re 150 Order on Motion to Withdraw Plea of Guilty by William J. Sears. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 |

12

| | | |
|---|---|---|
| | | Exhibit C, # 4 Exhibit D)(Bornstein, Peter) (Entered: 08/01/2019) |
| 08/02/2019 | 175 | RESPONSE by USA as to William J. Sears *TO DEFENDANT'S OBJECTIONS TO PSR* (Attachments: # 1 A1, # 2 A2, # 3 A3, # 4 A4, # 5 A5, # 6 A6, # 7 A7, # 8 A8, # 9 A9, # 10 A10, # 11 A12, # 12 A13, # 13 A14, # 14 A16, # 15 A17, # 16 A18, # 17 A19, # 18 A20, # 19 A21, # 20 A22, # 21 A23, # 22 A24, # 23 A25, # 24 A26, # 25 A27, # 26 A28, # 27 A29, # 28 A30, # 29 A31, # 30 A32, # 31 A33, # 32 A34)(Sibert, Jeremy) (Entered: 08/02/2019) |
| 08/02/2019 | 177 | Conventionally Submitted Material : CD re: Response, 175 by Plaintiff USA Text Only Entry (angar, ) (Entered: 08/05/2019) |
| 08/05/2019 | 176 | ORDER as to **William J. Sears (1)**: Before the Court is Defendant's Motion for Reconsideration 173 . The Government shall respond on or before **August 12, 2019**. No reply from Defendant will be accepted. SO ORDERED by Judge William J. Martinez on 08/05/2019. Text Only Entry (wjmlc1) (Entered: 08/05/2019) |
| 08/06/2019 | 178 | Unopposed MOTION for Extension of Time to File Response/Reply *TO MOTION TO RECONSIDER COURTS DENIAL OF MOTION TO WITHDRAW CHANGE OF PLEA [ ECF 173]* Attorney Robert M. Brown added to party USA(pty:pla) by USA as to William J. Sears, Scott M. Dittman. (Brown, Robert) Modified on 8/7/2019 to terminate motion pursuant to 179 Order (angar, ). (Entered: 08/06/2019) |
| 08/06/2019 | 179 | ORDER as to **William Sears (1)** granting the 178 Government's Unopposed Motion for Extension of Time to Respond to Motion to Reconsider Court's Denial of Motion to Withdraw Change of Plea [ECF 173]. The Government's Motion is GRANTED for good cause shown. The Government's deadline to file its Response to Defendant's Motion for Reconsideration is extended up to and including **August 26, 2019**. SO ORDERED by Judge William J. Martinez on 8/6/2019. Text Only Entry (wjmsec, ) (Entered: 08/06/2019) |
| 08/23/2019 | 180 | RESPONSE in Opposition by USA as to William J. Sears re 173 MOTION for Reconsideration re 150 Order on Motion to Withdraw Plea of Guilty (Sibert, Jeremy) (Entered: 08/23/2019) |
| 09/30/2019 | 181 | ORDER denying 173 Motion for Reconsideration as to **William J. Sears (1)**, by Judge William J. Martinez on 09/30/2019. (wjmlc1) (Entered: 09/30/2019) |
| 10/01/2019 | 183 | ORDER as to **William J. Sears (1)**: This matter comes before the Court *sua sponte*. The undersigned will be out of the office the week of October 28, 2019, and as a result the Sentencing Hearing currently set for October 31, 2019 at 1:15 p.m. is hereby **VACATED and RESET to January 23, 2020 at 1:30 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with regard to the deadlines for filing sentencing-related motions. SO ORDERED by Judge William J. Martinez on 10/1/2019. Text Only Entry (wjmsec, ) (Entered: 10/01/2019) |
| 10/02/2019 | 184 | Unopposed MOTION for Order *Resetting Sentencing Hearing* by William J. Sears. (Bornstein, Peter) (Entered: 10/02/2019) |
| 10/09/2019 | 185 | ORDER as to **William J. Sears (1)** granting the Defendant's Unopposed Motion to Reset Sentencing Hearing 184 . The Defendant's Motion is GRANTED for good cause shown. The Sentencing Hearing set for January 23, |

| | | | |
|---|---|---|---|
| | | | 2020 at 1:30 p.m. is hereby **VACATED and RESET to January 30, 2020 at 1:30 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing-related motions. SO ORDERED by Judge William J. Martinez on 10/9/2019. Text Only Entry (wjmsec, ) (Entered: 10/09/2019) |
| 01/21/2020 | 192 | | RESTRICTED PRESENTENCE REPORT as to William J. Sears (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 01/21/2020) |
| 01/21/2020 | 193 | | RESTRICTED ADDENDUM to Presentence Report 192 as to William J. Sears (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 01/21/2020) |
| 01/30/2020 | 204 | | COURTROOM MINUTES for Sentencing Hearing as to defendant William J. Sears (1) held before Judge William J. Martinez held on 1/30/2020. Granting the Government's oral motion for an additional one-level reduction in the offense level for acceptance of responsibility. Defendant sentenced as reflected on the record. Defendant remanded. Court Reporter: Mary George. (afran, ) (Entered: 01/31/2020) |
| 01/30/2020 | 206 | | **STRICKEN** MOTION for Dismissal of Charges with Prejudice for Lack of Jurisdiction, by William J. Sears. (angar, ) Modified on 2/3/2020 to strike pursuant to 207 Order (angar, ). (Entered: 02/03/2020) |
| 02/03/2020 | 207 | | ORDER as to **William J. Sears (1)** striking Defendant's Motion for Dismissal of Charges with Prejudice for Lack of Jurisdiction 206 As the Defendant, Mr. Sears has the right to have counsel appointed to represent him or he has the right to represent himself, but he does not have the right to hybrid representation. *United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975). Because Defendant continues to be represented by counsel, he cannot be represented and still continue to file motions on his own behalf. Accordingly, ECF No. 206 is STRICKEN. SO ORDERED by Judge William J. Martinez on 2/3/2020. Text Only Entry (wjmsec, ) (Entered: 02/03/2020) |
| 02/04/2020 | 209 | | MOTION to Amend/Correct *the Preliminary Order of Forfeiture* by USA as to William J. Sears. (Attachments: # 1 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 02/04/2020) |
| 02/05/2020 | 210 | | RESTRICTED AMENDED PRESENTENCE REPORT as to William J. Sears (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 02/05/2020) |
| 02/10/2020 | 211 | | Amended Preliminary ORDER of Forfeiture, as to William J. Sears (1). ORDERED by Judge William J. Martinez on 2/10/2020. (angar, ) (Entered: 02/10/2020) |
| 02/10/2020 | 215 | 16 | JUDGMENT as to defendant William J. Sears (1). Counts 1 and 2 of the Information: Defendant sentence to imprisonment for a term of 60 months as to Count 1 and 36 months as to Count 2, for a total term of 96 months of incarceration. 3 years of supervised release as to Count 1 and 1 year of supervised release as to Count 2, to run concurrent. $200 special assessment fee. $2,433,818.00 in restitution. Entered by Judge William J. Martinez on 2/10/2020. (afran) (Entered: 02/10/2020) |
| 02/10/2020 | 216 | | STATEMENT OF REASONS as to William J. Sears (1). (afran) (Entered: 02/10/2020) |

14

| 02/12/2020 | 217 | 23 | NOTICE OF APPEAL as to 215 Judgment, by William J. Sears. (Bornstein, Peter) (Entered: 02/12/2020) |