**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

February 25, 2020

Christopher M. Wolpert
Clerk of Court

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

WILLIAM J. SEARS,

   Defendant - Appellant.

No. 20-1042
(D.C. No. 1:16-CR-00301-WJM-1)
(D. Colo.)

---

**ORDER**

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter is before the court on attorney Peter R. Bornstein's *Motion to Continue Appointment on Appeal*. Upon consideration, the court grants the motion. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, the court appoints Mr. Bornstein as attorney of record to represent appellant William J. Sears. This appointment is effective nunc pro tunc to the date Mr. Bornstein filed the notice of appeal on Mr. Sears' behalf.

          Entered for the Court
          CHRISTOPHER M. WOLPERT, Clerk

          by: Lisa A. Lee
              Counsel to the Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | February 25, 2020 | Jane K. Castro<br>Chief Deputy Clerk |

Mr. Peter R. Bornstein
Law Offices of Peter Bornstein
6060 Greenwood Plaza Boulevard, Suite 500
Greenwood Village, CO 80111

**RE:**     **20-1042, United States v. Sears**
            Dist/Ag docket: 1:16-CR-00301-WJM-1

Dear Counsel:

You have been appointed as counsel for appellant under the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal.

Effective July 20, 2015, all Tenth Circuit Appellate Criminal Justice Act ("CJA") vouchers must be prepared and submitted electronically via eVoucher. eVoucher is a nationally-supported, web-based solution for the preparation, submission, monitoring and approval of CJA vouchers. The Tenth Circuit's eVoucher database can be accessed by clicking here, or by pasting the following URL into your web browser:

https://evsdweb.ev.uscourts.gov/CJA_c10_prod/CJAeVoucher/

**For eVoucher Technical Support** please review the Court's eVoucher Resources Page (http://www.ca10.uscourts.gov/cja/evoucher), or contact the Clerk's Office at (303) 844-3157 or eVoucher@ca10.uscourts.gov.

**For substantive questions regarding the content of a voucher, required documentation, and related issues** please consult the Court's CJA Policies and Procedures Webpage (http://www.ca10.uscourts.gov/cja/tenth-circuit-and-national-cja-policies-and-procedures), or contact a CJA case analyst at (303) 844-5306 or CJA_Vouchers@ca10.uscourts.gov.

If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for writ of certiorari. If the client requests, and you believe a petition for writ of certiorari to be legally sound, you must file one with the

Clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I. If you claim compensation on the CJA 20 voucher for services rendered in petitioning for certiorari, you must attach a PDF copy of the petition in the "Documents" tab of your electronic voucher.

Please contact this office if you have questions.

             Sincerely,

             Christopher M. Wolpert
             Clerk of the Court


cc:  Tonya S. Andrews
   Robert M. Brown
   Paul Farley
   Jeremy S. Sibert


CMW/sds