**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 16-cr-301-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. WILLIAM J. SEARS**,

    Defendant.

---

**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS***

---

This matter comes before the Court on Defendant's Motion to Proceed *In Forma Pauperis* (ECF No. 224).

The fees and costs associated with a direct criminal appeal fall under the standards and procedures set forth under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. *United States v. Osuna*, 141 F.3d 1412, 1414 (10th Cir. 1998). Section 3006A(c) provides, "[i]f at any stage of the proceedings, including an appeal, the United States magistrate judge or the court finds that the person is financially unable to pay counsel whom he had retained, it may appoint counsel as provided in subsection (b) and authorize payment as provided in subsection (d), as the interests of justice may dictate." If a defendant who is entitled to the appointment of CJA counsel "appeals to an appellate court or petitions for a writ of certiorari, he may do so without prepayment of fees and costs or security therefor and without filing the affidavit required by section 1915(a) of title 28." 18 U.S.C. § 3006A(d)(7).

1

Defendant's CJA Financial Affidavit (ECF No. 118), the magistrate judge's appointment of counsel (ECF No. 120), and his detainment without bond since January 30, 2020, reflect that he qualifies to proceed *in forma pauperis* on appeal pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure. For these reasons, the Court will grant the Motion to Proceed *In Forma Pauperis*.

Accordingly, it is

ORDERED that Defendant's Motion to Proceed *In Forma Pauperis,* (ECF No. 224) is GRANTED.

Dated this 28th day of February, 2020.

BY THE COURT:

_____
William J. Martinez
United States District Judge