**U.S. Postal Service**™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Posta | $ |

Postmark
Here

*Sent To*
U.S. Department of State
CA/PPT/L/LA
*Street & Apt.* 44132 Mercure Circle
*or PO Box N* P.O. Box 1227
*City, State,* Sterling, VA 20166-1227

PS Form 3800, Jan 2015