UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

16-cr-301-WJM-1

• Sender: Please print your name, address, and ZIP+4® in this box•

United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 25 2020

JEFFREY P. COLWELL
CLERK

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*: Dan-Z<br>C. Date of Delivery: 03/16/20<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227 | 3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)*   7014 3490 0001 5489 0887 | |

PS Form 3811, July 2013         Domestic Return Receipt