IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    WILLIAM J. SEARS,

      Defendant.
_____

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE FOR DIRECT ASSETS, SUBSTITUTE ASSETS, AND A PERSONAL FORFEITURE MONEY JUDGMENT AGAINST DEFENDANT WILLIAM J. SEARS**
_____

COMES NOW the United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).  In support thereof, the United States submits the following:

1.    In the Information as to Defendant William J. Sears, the United States sought forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) of all of the defendant's right, title, and interest in numerous assets that constituted or derived from gross proceeds traceable to the commission of the offense charged in Count One of the Information or property traceable to such property, including a money judgment in the amount of proceeds obtained by the defendant.  (Doc. 1).

2.      On November 14, 2016, Defendant Sears entered into a plea agreement

with the United States in which he agreed to plead guilty to Counts One and Two of the

Information, charging violations of 18 U.S.C. § 371 and 26 U.S.C § 7206(1), and to

forfeit to the United States the following property:

    1)     Direct assets:

        a.     $27,066.23 in United States currency seized from Wells Fargo Bank Account No. 6020559917, held in the name of Meadpoint Venture Partners;

        b.     $9,455.56 in United States currency seized from Wells Fargo Bank Account No. 7784731577, held in the name of Sandra L. Sears;

        c.     $8,462,621.25 in United States currency seized from Moors and Cabot Trust Account No. 4597-6546, held in the name of Sandra Lee Sears, Tr. Sandra Lee Sears Ttee; and

        d.     $250,000.00 in United States currency held in lieu of earnest money held on deposit for the purchase of 4200 Monaco Street, Denver, Colorado.

    2)     Substitute assets:

        a.     $147,724.38 realized from the sale of 13442 Jackson Drive, Thornton, Colorado, 80241; and

        b.     Any monetary value Defendant Sears realizes in the future from his interest in FusionPharm, Inc.[1]

Doc. 56.

3.      Defendant Sears further agreed to the issuance of a personal money

judgment in the amount of the proceeds he obtained from the offense.  *Id.*

---

[1] The United States is presently unaware of any funds realized by Defendant Sears from the dissolution of FusionPharm, Inc.

4.      Pursuant to the Plea Agreement, the Court entered a Preliminary Order of Forfeiture on February 13, 2019, forfeiting to the United States any and all of Defendant William J. Sears's right, title, and interest in the above-listed assets.  (Doc. 132).

5.      The Court further ordered entry of a Personal Money Judgment against Defendant Sears in the amount of $1,914,049.49 in United States currency.  *Id.*

6.      On January 30, 2020, Defendant William J. Sears was sentenced to ninety-six months of imprisonment as to Counts One and Two of the Information.  (Doc. 204).

7.      During the sentencing hearing, the Court further ordered Defendant Sears to pay restitution in the amount of $2,433,818.00 in United States currency to the Internal Revenue Service.  *Id.*

8.      The parties have agreed that $2,433,818.00 in funds seized from the Moors and Cabot Trust account shall be applied to the restitution ordered against Defendant Sears.

9.      On February 10, 2020, the Court entered an Amended Preliminary Order of Forfeiture to reflect the agreement between the United States and Defendant Sears as to seized funds to be applied to the restitution ordered in this case.  (Doc. 211).

10.     The seized funds are currently held in the custody of the United States Marshals Service.  Restitution payments are made payable to the Clerk of the Court.

11.     In light of the above, the United States seeks a Final Order of Forfeiture of the following assets:

    1)      Direct assets:

    a.    $27,066.23 in United States currency seized from Wells Fargo Bank Account No. 6020559917, held in the name of Meadpoint Venture Partners;

    b.    $9,455.56 in United States currency seized from Wells Fargo Bank Account No. 7784731577, held in the name of Sandra L. Sears;

    c.    $6,028,803.25 in United States currency seized from Moors and Cabot Trust Account No. 4597-6546, held in the name of Sandra Lee Sears, Tr. Sandra Lee Sears Ttee; and

    d.    $250,000.00 in United States currency held in lieu of earnest money held on deposit for the purchase of 4200 Monaco Street, Denver, Colorado.

2)    Substitute assets:

    c.    $147,724.38 realized from the sale of 13442 Jackson Drive, Thornton, Colorado, 80241; and

    d.    Any monetary value Defendant Sears realizes in the future from his interest in FusionPharm, Inc.

12.    The Amended Preliminary Order of Forfeiture further directed the United States to seize the above-listed property and publish notice of the forfeiture.

13.    Federal Rule of Criminal Procedure 32.2(b)(6)(A) requires that the government send notice to "any person who reasonably appear to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding."

14.    The United States properly published notice of forfeiture via an official government internet website for thirty consecutive days, from February 22, 2020 to April 22, 2020, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).

15.    No Verified Statement of Interest or Petition of United States of America for Ancillary Hearing has been filed by any third parties within the time period set forth in

the Notice of Forfeiture.  Therefore, any third parties are barred by their failure to timely file a petition asserting an interest in the property to be forfeited.

16.     The United States further seeks an order, directing the United States Marshals Service remit $2,433,818.00 in United States currency seized from Moors and Cabot Trust Account No. 4597-6546, held in the name of Sandra Lee Sears, Tr. Sandra Lee Sears Ttee, to the Clerk of the Court to be applied to the restitution ordered in this case.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

DATED this 23rd day of April 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:  s/ Tonya S. Andrews
Tonya S. Andrews
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

s/ Jasmine Zachariah
FSA Data Analyst
U.S. Attorney's Office