IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    WILLIAM J. SEARS,

    Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture for Direct Assets, Substitute Assets, and a Personal Forfeiture Money Judgment against Defendant William J. Sears.  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), as set forth in the Information returned on September 15, 2016;

THAT an Amended Preliminary Order of Forfeiture as to Defendant Sears was entered on February 10, 2020;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on April 22, 2020;

THAT as of April 22, 2020, no Petition for Ancillary Hearing has been filed by any petitioner; and

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of (1) $27,066.23 in United States currency seized from Wells Fargo Bank Account No. 6020559917, held in the name of Meadpoint Venture Partners; (2) $9,455.56 in United States currency seized from Wells Fargo Bank Account No. 7784731577, held in the name of Sandra L. Sears; (3) $6,028,803.25 in United States currency seized from Moors and Cabot Trust Account No. 4597-6546, held in the name of Sandra Lee Sears, Tr. Sandra Lee Sears Ttee; and (4) $250,000.00 in United States currency held in lieu of earnest money held on deposit for the purchase of 4200 Monaco Street, Denver, Colorado, shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), free from the claims of any other party;

THAT judgment of forfeiture of (1) $147,724.38 realized from the sale of 13442 Jackson Drive, Thornton, Colorado, 80241; and (2) any monetary value Defendant Sears realizes in the future from his interest in FusionPharm, Inc., shall enter in favor of the United States pursuant to 21 U.S.C § 853(p) as substitute assets;

THAT a Forfeiture Money Judgment against Defendant William J. Sears in the amount of $1,914,049.49 in United States currency shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

THAT the United States shall have full and legal title to the above-listed assets and may dispose of them in accordance with law; and

THAT the United States Marshals Service shall remit $2,433,818.00 in United States currency seized from the Moors and Cabot Trust Account No. 4597-6546, held in the name of Sandra Lee Sears, Tr. Sandra Lee Sears Ttee to the Clerk of the Court to be applied to the restitution ordered in this case.

SO ORDERED this _____ day of _____, 2020.

BY THE COURT:

_____
William J. Martinez
United States District Judge