

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

May 14, 2020

Clerk  
U.S. Court of Appeals for the Tenth Circuit  
Byron White United States Courthouse  
1823 Stout Street  
Denver, CO  80257

RE:   USA v. Sears et al

District Court Case No.  16-cr-301-WJM-1   ------William J. Sears  
Court of Appeals Case No.  20-1042

Dear Clerk:

Enclosed please find the Record on Appeal in  (_6_)     volume(s) which consist of the following:

Volume I - Pleadings  
Volume II - Restricted Level 2 Documents  
Volume III - Restricted Pre Sentence Report  
Volume IV - Unrestricted Transcripts  
Volume V - Restricted Transcripts  
Volume VI - Restricted Level 3 Documents

JEFFREY P. COLWELL, CLERK

By:  s/  A. Garcia Garcia  
Deputy Clerk