APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: <u>1:16–cr–00301–WJM</u>–1

Case title: USA v. Sears et al

Date Filed: 09/15/2016
Date Terminated: 02/10/2020

---

Assigned to: Judge William J.
Martinez

Appeals court case number:
20–1042 Tenth Circuit

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **William J. Sears** <br> *TERMINATED: 02/10/2020* | represented by | **Fredric Michael Winocur** <br> Ridley McGreevy & Winocur, P.C. <br> 303 16th Street <br> Suite 200 <br> Denver, CO 80202 <br> 303–629–9700 <br> Fax: 303–629–9702 <br> Email: winocur@ridleylaw.com <br> *TERMINATED: 02/14/2018* <br> *Designation: Retained* |
| | | **Marci Gilligan LaBranche** <br> Stimson Stancil LaBranche Hubbard LLC <br> 1652 North Downing Street <br> Denver, CO 80218 <br> 720–689–8909 <br> Email: labranche@sslhlaw.com <br> *TERMINATED: 02/14/2018* <br> *Designation: Retained* |
| | | **Peter R. Bornstein** <br> Peter R. Bornstein, Law Offices of <br> 6060 Greenwood Plaza Boulevard <br> Suite 500 <br> Greenwood Village, CO 80111 <br> 720–354–4440 <br> Fax: 720–287–5674 <br> Email: pbornstein@prblegal.com <br> *ATTORNEY TO BE NOTICED* <br> *Designation: CJA Appointment* |

**<u>Pending Counts</u>**

**<u>Disposition</u>**

1

| | |
|---|---|
| 18:371.F Conspiracy to Defraud the United States and Commit Offenses (1) | Imprisonment: 60 months as to Count 1 and 36 months as to Count 2, for a total term of 96 months incarceration. Supervised Release: 3 years as to Count 1 and 1 year as to Count 2, to run concurrent. Special Assessment Fee: $200. Restitution: $2,433,818.00. |
| 26:7206B.F Filing False Income Tax Return (2) | Imprisonment: 60 months as to Count 1 and 36 months as to Count 2, for a total term of 96 months incarceration. Supervised Release: 3 years as to Count 1 and 1 year as to Count 2, to run concurrent. Special Assessment Fee: $200. Restitution: $2,433,818.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Kenneth (Former AUSA) Harmon** |
|---|---|---|
| | | U.S. Attorney's Office–Denver |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303–454–0100 |
| | | Fax: 454–0402 |
| | | Email: USACO.ECFCriminal@usdoj.gov |
| | | *TERMINATED: 12/27/2017* |
| | | *LEAD ATTORNEY* |
| | | *Designation: Federal Agency Attorney* |
| | | |
| | | **Tonya Shotwell Andrews** |
| | | U.S. Attorney's Office–Denver |
| | | 1801 California Street |
| | | Suite 1600 |
| | | Denver, CO 80202 |
| | | 303–454–0100 |

Fax: 303–454–0402
Email: Tonya.Andrews@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Jeremy S. Sibert**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0461
Email: Jeremy.Sibert@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Robert M. Brown**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0355
Fax: 303–454–0403
Email: Robert.Brown5@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/15/2016 | 1 | | INFORMATION as to William J. Sears (1) count(s) 1, 2, Scott M. Dittman (2) count(s) 1. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet) (cthom, ) (Entered: 09/16/2016) |
| 09/15/2016 | 6 | | MINUTE ENTRY for Initial Appearance, Arraignment, Discovery and Detention Hearing as to William J. Sears and Scott M. Dittman held before Magistrate Judge Kathleen M. Tafoya on 9/15/2016. Parties tender an information to the Court. The Court accepts the information as tendered. Defendants advised. Plea of NOT GUILTY entered by defendants. Discovery memorandum executed. Bond set as to William J. Sears (1) Personal Recognizance and Scott M. Dittman (2) Personal Recognizance. Defendants advised of conditions of bond and remanded for processing and release. Counsel is directed to chambers. (Total time: 34 minutes, Hearing time: 1:46–2:20)<br><br>**APPEARANCES**: Kenneth Harmon on behalf of the Government, William Taylor for Defendant Scott Dittman, Frederick Winocur on behalf of William Sears on behalf of the defendant. FTR: KMT Courtroom C201. (lgale, ) Text Only Entry (Entered: 09/16/2016) |
| 09/15/2016 | 7 | | Discovery Conference Memorandum and ORDER: as to William J. Sears by Magistrate Judge Kathleen M. Tafoya on 9/15/16. (lgale, ) (Entered: 09/16/2016) |

| 09/15/2016 | 9 | | Personal Recognizance Bond Entered as to William J. Sears (lgale, ) (Entered: 09/16/2016) |
|---|---|---|---|
| 09/15/2016 | 10 | | ORDER Setting Conditions of Release as to William J. Sears (1) Personal Recognizance by Magistrate Judge Kathleen M. Tafoya on 9/15/16. (lgale, ) (Entered: 09/16/2016) |
| 09/15/2016 | 17 | | WAIVER OF INDICTMENT by William J. Sears by Magistrate Judge Kathleen M. Tafoya on 9/15/16. (sgrim) (Entered: 09/19/2016) |
| 09/16/2016 | 4 | | NOTICE OF ATTORNEY APPEARANCE: Fredric Michael Winocur appearing for William J. SearsAttorney Fredric Michael Winocur added to party William J. Sears(pty:dft) (Winocur, Fredric) (Entered: 09/16/2016) |
| 09/16/2016 | 5 | | NOTICE of Disposition by William J. Sears (Winocur, Fredric) (Entered: 09/16/2016) |
| 09/16/2016 | 14 | | ORDER Setting Change of Plea Hearing as to **William J. Sears (1)**: Pursuant to the Notice of Disposition 5 filed by the Defendant, a Change of Plea Hearing is hereby set for November 14, 2016 at 10:00 a.m. in Courtroom A801. Counsel for the parties shall e–mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on November 7, 2016**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully–briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. SO ORDERED by Judge William J. Martinez on 09/16/2016. Text Only Entry (wjmsec, ) (Entered: 09/16/2016) |
| 09/16/2016 | 15 | | NOTICE OF ATTORNEY APPEARANCE: Marci Gilligan LaBranche appearing for William J. SearsAttorney Marci Gilligan LaBranche added to party William J. Sears(pty:dft) (LaBranche, Marci) (Entered: 09/16/2016) |
| 09/16/2016 | 18 | | Passport Receipt as to William J. Sears.Surrender of passport re Bond Conditions; Passport Number 498719491 (cthom, ) (Entered: 09/19/2016) |
| 10/17/2016 | 21 | | MOTION to Disclose Grand Jury Material to Defendant by USA as to William J. Sears, Scott M. Dittman. (Attachments: # 1 Proposed Order (PDF Only))(Harmon, Kenneth) (Entered: 10/17/2016) |
| 10/17/2016 | 22 | | ORDER granting 21 Motion to Disclose Grand Jury Material as to William J. Sears (1), Scott M. Dittman (2) by Judge William J. Martinez on 10/17/2016. (cthom, ) (Entered: 10/17/2016) |
| 11/08/2016 | 37 | | ORDER as to **William J. Sears (1)**: At the Change of Plea Hearing set for November 14, 2016, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Sears should remain on pretrial release pending imposition of his sentence, or whether his bond should be revoked and he should be remanded at the conclusion of the Change of Plea |

| | | | |
|---|---|---|---|
| | | | Hearing. SO ORDERED by Judge William J. Martinez on 11/08/2016. Text Only Entry (wjmsec, ) (Entered: 11/08/2016) |
| 11/14/2016 | 40 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Change of Plea Hearing as to Defendant 1. William J. Sears held on 11/14/2016. Defendant pleads guilty to Counts One and Two of the Information and admits to the forfeiture allegation. ORDERED:Defendant Sears' Plea Agreement will be filed restricted – Level 2.The parties have up to and including Monday, November 28, 2016 to file motions for leave to file redacted Plea Agreements for Defendant Sears and Defendant Dittman assuming Defendant Dittman goes ahead with his Plea Agreement. Sentencing for Defendant Sears is set for 4/24/2017 at 10:30 AM in Courtroom A801 before Judge William J. Martinez. IT IS ORDERED that the defendant is permitted to remain free on bond subject to the conditions of release as set forth in the Order Setting Conditions of Release entered by the Magistrate Judge, with the following ADDITIONAL CONDITIONS: The defendant will not discuss the facts of this case, the evidence, witnesses, or any of the issues raised by this prosecution, either with his co–defendant, Mr. Dittman, or any other potential witness in this case.Court Reporter: Mary George. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 41 | | RESTRICTED DOCUMENT – Level 2: Plea Agreement, pages 1 thru 25, as to William J. Sears. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 42 | | RESTRICTED DOCUMENT – Level 2: Plea Agreement, pages 26 thru 47 as to William J. Sears. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 43 | | RESTRICTED DOCUMENT – Level 2: Plea Agreement, Attachments A and B, as to William J. Sears. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 44 | | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant William J. Sears (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 48 | | AMENDED MINUTE ENTRY for Change of Plea Hearing as to Defendant 1. William J. Sears 40 held before Judge William J. Martinez: Amended to reflect the corrected sentencing hearing date of Tuesday, April 25, 2017 at 10:30 a.m. Court Reporter: Mary George. (dhans, ) (Entered: 11/15/2016) |
| 11/14/2016 | 50 | | Public Utility Resetting Hearing as to William J. Sears: Text Only Entry. Sentencing set for 4/25/2017 at 10:30 AM in Courtroom A801 before Judge William J. Martinez. (dhans, ) (Entered: 11/16/2016) |
| 11/28/2016 | 51 | | Unopposed MOTION for Leave to File *Redacted Plea Agreement* by USA as to William J. Sears. (Attachments: # 1 Exhibit A)(Harmon, Kenneth) (Entered: 11/28/2016) |
| 11/28/2016 | 52 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears. (Harmon, Kenneth) (Entered: 11/28/2016) |
| 11/28/2016 | 53 | | MOTION for Leave to Restrict by USA as to William J. Sears. (Harmon, Kenneth) (Entered: 11/28/2016) |
| 11/29/2016 | 54 | | ORDER as to **William J. Sears (1)** granting the Government's Unopposed Motion for Leave to File Redacted Plea Agreement as to Defendant Sears 51 . The Government's Motion is hereby GRANTED for good cause shown. The redacted version of the Plea Agreement attached as Exhibit A to the Motion |

| | | | |
|---|---|---|---|
| | | | [51−1] is ACCEPTED as filed. The Clerk shall file the redacted version of the Plea Agreement as a separate docket entry on CM/ECF. SO ORDERED by Judge William J. Martinez on 11/29/2016. Text Only Entry (wjmsec, ) (Entered: 11/29/2016) |
| 11/29/2016 | 55 | | ORDER as to **William J. Sears (1)** granting 53 Government's Motion to Restrict Docket Number 52. The Government's Motion is GRANTED for good cause shown. The document filed at ECF No. 52 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 11/29/2016. Text Only Entry (wjmsec, ) (Entered: 11/29/2016) |
| 11/29/2016 | 56 | | PLEA AGREEMENT as to William J. Sears filed pursuant to 54 Order. (cthom, ) (Entered: 11/29/2016) |
| 12/02/2016 | 59 | 17 | TRANSCRIPT of Motions Hearing as to William J. Sears, Scott M. Dittman held on September 15, 2016 before Magistrate Judge Tafoya. Pages: 1−22.<br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Stevens−Koenig Reporting, ) (Entered: 12/02/2016) |
| 12/05/2016 | 60 | | MOTION for Hearing , *Phone Appearance* by Scott M. Dittman as to William J. Sears, Scott M. Dittman. (Dubois, Philip) (Entered: 12/05/2016) |
| 12/29/2016 | | | ***Set Deadlines as to William J. Sears: Joint Status Report due by 3/15/2017. re: 62 (dhans, ) (Entered: 12/29/2016) |
| 02/07/2017 | 70 | | NOTICE of Change of Address/Contact Information (Andrews, Tonya) (Entered: 02/07/2017) |
| 03/15/2017 | 71 | | Joint MOTION for Order *to Restrict Document* by William J. Sears, Scott M. Dittman. (Attachments: # 1 Proposed Order (PDF Only))(Winocur, Fredric) (Entered: 03/15/2017) |
| 03/15/2017 | 72 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 03/15/2017) |
| 03/15/2017 | 73 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 03/15/2017) |
| 03/16/2017 | 74 | | ORDER as to **William J. Sears (1), Scott M. Dittman (2)** granting Defendants William Sears' and Scott Dittman's Motion to Restrict Document 71 . The Defendants' Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 72 and 73 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the |

| | | | |
|---|---|---|---|
| | | | Court). SO ORDERED by Judge William J. Martinez on 3/16/2017. Text Only Entry (wjmsec, ) (Entered: 03/16/2017) |
| 03/16/2017 | 75 | | ORDER as to **William J. Sears (1), Scott M. Dittman (2)**: This matter is before the Court on the Parties' Joint Status Report 73 . A Status Conference is hereby **SET for March 29, 2017 at 11:00 a.m.** in Courtroom A801, at which time the Court will consider the matters raised in said Report. SO ORDERED by Judge William J. Martinez on 3/16/2017. Text Only Entry (wjmsec, ) (Entered: 03/16/2017) |
| 03/16/2017 | 76 | | Utility Setting/Resetting Deadlines/Hearings as to William J. Sears and Scott M. Dittman: Status Conference set for 3/29/2017 11:00 AM in Courtroom A 801 before Judge William J. Martinez pursuant to 75 Order. (cthom, ) (Entered: 03/23/2017) |
| 03/24/2017 | 77 | | Joint MOTION to Vacate *March 29, 2017 Status Hearing, Reset the Status Hearing as a Telephonic Hearing and Defendants' Motion to Waive Their Appearances* by William J. Sears, Scott M. Dittman. (LaBranche, Marci) (Entered: 03/24/2017) |
| 03/24/2017 | 78 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting in part the Parties' Joint Motion to Vacate March 29, 2017 Status Hearing, Reset the Status Hearing as a Telephonic Hearing and Defendants' Motion to Waive their Appearances 77 . The Parties' Motion is GRANTED IN PART for good cause shown. The Status Conference currently set for March 29, 2017 is hereby **VACATED and RESET to March 31, 2017 at 10:30 a.m.** in Courtroom A801. Counsel for Defendant Dittman, Philip Dubois, is granted leave to appear at the Status Conference by telephone. Mr. Dubois shall contact chambers at (303) 335–2805 at least 5 minutes prior to the start of the Status Conference. Counsel for the Government and Defendant Sears must appear in person. It is FURTHER ORDERED that Defendant Sears's and Defendant Dittman's presence is WAIVED for the Status Conference. SO ORDERED by Judge William J. Martinez on 3/24/2017. Text Only Entry (wjmsec, ) (Entered: 03/24/2017) |
| 03/31/2017 | 79 | | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Status Conference as to Defendant 1. William J. Sears and Defendant 2. Scott M. Dittman held on 3/31/2017. ORDERED: The Court provisionally grants the Defendants' motion for a single sentencing hearing, subject to a reassessment of this ruling by the Court should future developments in this case so warrant. The parties shall file a Further Joint Status Report no later than Friday, June 30th. The Report shall include, at a minimum, (1) whether a further status conference is appropriate or necessary; (2) whether the parties continue to believe a pre–sentencing evidentiary hearing is required, and (3) whether there is any reason the Court cannot proceed to re–setting the sentencing hearing(s) and the evidentiary hearing on contested sentencing facts, should the parties continue to believe that such a hearing is necessary. To the extent there is a need for a pre–sentencing evidentiary hearing, that hearing will be consolidated as to both defendants.Court Reporter: Mary George. (dhans, ) (Entered: 03/31/2017) |
| 04/20/2017 | 80 | | NOTICE *of Lis Pendens* by USA as to William J. Sears, Scott M. Dittman (Andrews, Tonya) (Entered: 04/20/2017) |

| | | | |
|---|---|---|---|
| 05/02/2017 | 84 | | TRANSCRIPT of Change of Plea as to William J. Sears held on November 14, 2016 before Judge Martinez. Pages: 1–40. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 05/02/2017) |
| 05/09/2017 | 87 | | MOTION for Order *to Restrict Document* by William J. Sears. (Attachments: # 1 Proposed Order (PDF Only) Order to Restrict)(Winocur, Fredric) (Entered: 05/09/2017) |
| 05/09/2017 | 88 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears. (Winocur, Fredric) (Entered: 05/09/2017) |
| 05/09/2017 | 89 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears. (Attachments: # 1 Exhibit A)(Winocur, Fredric) (Entered: 05/09/2017) |
| 05/10/2017 | 90 | | ORDER as to **William J. Sears (1)** granting 87 Defendant William Sears' Motion to Restrict Document. The Defendant's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 88 and 89, shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 5/10/2017. Text Only Entry (wjmsec, ) (Entered: 05/10/2017) |
| 05/10/2017 | 91 | | ORDER as to William J. Sears (1) granting 89 Defendant William Sears' Unopposed Motion for Leave to Redact Transcript of Change of Plea Hearing. The Defendant's Motion is GRANTED for good cause shown. Counsel for Defendant Sears are directed to contact my Court Reporter, Mary George, at 303–335–2109, to discuss the necessary arrangements and procedures by which Ms. George may comply with this Order. SO ORDERED by Judge William J. Martinez on 05/10/2017. Text Only Entry (angar, ) (Entered: 05/10/2017) |
| 05/30/2017 | 92 | | REDACTED TRANSCRIPT as to William J. Sears. Redaction re: 84 Transcript,,,. (mgeor, ) (Entered: 05/30/2017) |
| 06/30/2017 | 104 | | Joint MOTION for Leave to Restrict by William J. Sears, Scott M. Dittman. (Attachments: # 1 Proposed Order (PDF Only))(Winocur, Fredric) (Entered: 06/30/2017) |
| 06/30/2017 | 105 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 06/30/2017) |
| 06/30/2017 | 106 | | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 06/30/2017) |
| 06/30/2017 | 107 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting Defendant William Sears' and Scott Dittman's Motion to Restrict Document 104 . The Defendants' Motion is GRANTED for good cause shown. The |

| | | | |
|---|---|---|---|
| | | | documents filed at ECF Nos. 105 and 106 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 6/30/2017. Text Only Entry (wjmsec, ) (Entered: 06/30/2017) |
| 12/26/2017 | 113 | | MOTION to Withdraw as Attorney by Kenneth M. Harmon by USA as to William J. Sears, Scott M. Dittman. (Harmon, Kenneth) (Entered: 12/26/2017) |
| 12/27/2017 | 114 | | NOTICE OF ATTORNEY APPEARANCE Jeremy S. Sibert appearing for USA. Attorney Jeremy S. Sibert added to party USA(pty:pla) (Sibert, Jeremy) (Entered: 12/27/2017) |
| 12/27/2017 | 115 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting the Government's Motion to Withdraw 113 . The Motion is GRANTED for good cause shown. Kenneth M. Harmon is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notifications to Mr. Harmon in this case. SO ORDERED. by Judge William J. Martinez on 12/27/2017. Text Only Entry (wjmsec, ) (Entered: 12/27/2017) |
| 02/13/2018 | 117 | | MOTION to Withdraw as Attorney *for William J. Sears and for Appointment of New Counsel from the Criminal Justice Act Panel* by Fredric Winocur & Marci LaBranche by William J. Sears. (Winocur, Fredric) (Entered: 02/13/2018) |
| 02/13/2018 | 118 | | CJA 23 Financial Affidavit by William J. Sears. (Winocur, Fredric) (Entered: 02/13/2018) |
| 02/14/2018 | 119 | | MEMORANDUM regarding 117 MOTION to Withdraw as Attorney *for William J. Sears and for Appointment of New Counsel from the Criminal Justice Act Panel* by Fredric Winocur & Marci LaBranche filed by William J. Sears. Motion(s) referred to Magistrate Judge Kristen L. Mix. by Judge William J. Martinez on 2/14/2018. Text Only Entry (wjmsec, ) (Entered: 02/14/2018) |
| 02/14/2018 | 120 | | ORDER granting 117 Motion to Withdraw as Attorney. Fredric Michael Winocur and Marci Gilligan LaBranche withdrawn from case as to William J. Sears (1). On review of Defendant Sears' financial affidavit [#118], the Court finds that he is entitled and qualified for the appointment of counsel under Fed.R.Crim.P. 44(a) and 18 U.S.C. section 3006A(b). Accordingly, IT IS HEREBY ORDERED that counsel shall be appointed to represent Defendant William J. Sears. By Magistrate Judge Kristen L. Mix on February 14, 2018. Text Only Entry (klm) (Entered: 02/14/2018) |
| 03/06/2018 | 121 | | NOTICE OF ATTORNEY APPEARANCE: Peter R. Bornstein appearing for William J. SearsAttorney Peter R. Bornstein added to party William J. Sears(pty:dft) (Bornstein, Peter) (Entered: 03/06/2018) |
| 03/06/2018 | 122 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)**: This matter is before the Court on the Parties' First Supplemental Joint Status Report 106 . The Parties are DIRECTED to file an updated Joint Status Report on or before **March 23, 2018**, which should include, without limitation, the items the Court required counsel to address in its 79 Minute Entry of March 31, 2017. SO ORDERED by Judge William J. Martinez on 3/6/2018. Text Only Entry (wjmsec, ) (Entered: 03/06/2018) |

| 03/21/2018 | 123 | | STATUS REPORT *regarding defendants' sentencings* by USA as to William J. Sears, Scott M. Dittman (Sibert, Jeremy) (Entered: 03/21/2018) |
|---|---|---|---|
| 07/03/2018 | 124 | | MOTION to Withdraw as Attorney by Philip L. Dubois by Scott M. Dittman as to William J. Sears, Scott M. Dittman. (Dubois, Philip) Modified on 7/5/2018 to terminate motion pursuant to 26 Order (angar, ). (Entered: 07/03/2018) |
| 02/06/2019 | 127 | | MOTION for Hearing *Sentencing Date* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) (Entered: 02/06/2019) |
| 02/08/2019 | 128 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting the Government's Motion for Sentencing Date 127 . The Government's Motion is GRANTED for good cause shown. Defendant Sears' Sentencing Hearing is hereby **SET for July 11, 2019 at 1:30 p.m.** in Courtroom A801. Defendant Dittman's Sentencing Hearing is hereby **SET for July 11, 2019 at 9:30 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards (as revised effective December 1, 2018) with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 2/8/2019. Text Only Entry (wjmsec, ) (Entered: 02/08/2019) |
| 02/12/2019 | 129 | | MOTION for Forfeiture of Property *PRELIMINARY ORDER OF FORFEITURE* by USA as to William J. Sears. (Attachments: # 1 Attachment A, # 2 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 02/12/2019) |
| 02/12/2019 | 131 | | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)**: This matter is before the Court *sua sponte*. The Parties are DIRECTED to file an updated joint status report, no later than **March 5, 2019**, which address all issues, if any, that need to be resolved prior to the sentencing hearings set for July 11, 2019, including without limitation any remaining disputes regarding amount of loss or restitution for either Defendant. SO ORDERED by Judge William J. Martinez on 2/12/2019. Text Only Entry (wjmsec, ) (Entered: 02/12/2019) |
| 02/13/2019 | 132 | | Preliminary ORDER of Forfeiture as to William J. Sears (1), by Judge William J. Martinez on 2/13/2019. (angar, ) (Entered: 02/13/2019) |
| 03/06/2019 | 135 | | ORDER as to **William Sears (1) and Scott M. Dittman (2)** granting Defendant Dittman's Unopposed Motion to Request Fourteen Days to File a Joint Status Report 134 . The Motion is GRANTED for good cause shown. The deadline for the Parties to file an updated joint status report pursuant to this Court's Order at ECF No. 131, is extended up to and including **March 19, 2019**. SO ORDERED by Judge William J. Martinez on 3/6/2019. Text Only Entry (wjmsec, ) (Entered: 03/06/2019) |
| 03/19/2019 | 136 | | MOTION to Continue *Joint Status Report* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) (Entered: 03/19/2019) |
| 03/21/2019 | 137 | | ORDER as to **William Sears (1) and Scott M. Dittman (2)** granting the Government's Motion to Continue Joint Status Report 136 . The Motion is GRANTED for good cause shown. The deadline for the Parties to file an updated joint status report pursuant to this Court's Order at ECF No. 131, is extended up to and including **April 19, 2019**. SO ORDERED by Judge William J. Martinez on 3/21/2019. Text Only Entry (wjmsec, ) (Entered: 03/21/2019) |

| 03/25/2019 | 138 | | Utility Setting Deadline as to William J. Sears, and Scott M. Dittman: Status Report due by April 19, 2019, pursuant to 137 Order. Text Only Entry. (agarc, ) (Entered: 03/25/2019) |
|---|---|---|---|
| 04/04/2019 | 139 | | MOTION to Withdraw Plea of Guilty by William J. Sears. (Bornstein, Peter) (Entered: 04/04/2019) |
| 04/08/2019 | 140 | | MOTION for Victim Rights *Notification Alternative Means* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) (Entered: 04/08/2019) |
| 04/09/2019 | 141 | | ORDER as to **William J. Sears (1)**: This matter is before the Court on Defendant's Motion to Withdraw Plea of Guilty 139 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **April 19, 2019**. No Reply will be accepted without prior leave or order of Court. SO ORDERED by Judge William J. Martinez on 4/9/2019. Text Only Entry (wjmsec, ) (Entered: 04/09/2019) |
| 04/10/2019 | 142 | | ORDER as to **William Sears (1) and Scott Dittman (2)** granting the Government's Motion for Alternative Victim Notification Under 18 U.S.C. § 3771(d)(2) 140 . The Government's Motion is GRANTED for good cause shown. Pursuant to 18 U.S.C. § 3771(d)(2), the Government is authorized to employ its requested alternative victim notification procedures. SO ORDERED by Judge William J. Martinez on 4/10/2019. Text Only Entry (wjmsec, ) (Entered: 04/10/2019) |
| 04/19/2019 | 143 | | STATUS REPORT *Joint* by USA as to William J. Sears, Scott M. Dittman (Sibert, Jeremy) (Entered: 04/19/2019) |
| 04/19/2019 | 144 | | RESPONSE in Opposition by USA as to William J. Sears re 139 MOTION to Withdraw Plea of Guilty (Sibert, Jeremy) (Entered: 04/19/2019) |
| 04/22/2019 | 145 | | ORDER as to **William J. Sears (1)**: This matter is before the Court on Defendant's Motion to Withdraw Plea of Guilty 139 and the Government's response 144 . Defendant is DIRECTED to file a reply on or before **May 3, 2019**. SO ORDERED by Judge William J. Martinez on 04/22/2019. Text Only Entry (wjmlc1) (Entered: 04/22/2019) |
| 04/23/2019 | 146 | | ORDER: This matter is before the Court on the Joint Status Report 143 . To the extent that Defendant Dittman takes exception with anything stated in the Joint Status Report, he is DIRECTED to file a Response on or before **Thursday, April 25, 2019**. If Defendant Dittman fails to file a response, the Court will assume that he joins in everything set forth in the Joint Status Report. No Reply will be accepted without prior leave or order of Court. SO ORDERED by Judge William J. Martinez on 4/23/2019. Text Only Entry (wjmsec, ) (Entered: 04/23/2019) |
| 05/03/2019 | 147 | | Unopposed MOTION for Extension of Time to File Response/Reply *Re: Motion to Withdraw Plea of Guilty* by William J. Sears. (Bornstein, Peter) (Entered: 05/03/2019) |
| 05/06/2019 | 148 | | ORDER as to **William J. Sears (1)** granting Defendant's Unopposed Motion for Extension of Time to File a Reply Re: Motion to Withdraw Guilty Plea 147 . Defendant's Motion is GRANTED for good cause shown. Defendant's deadline to file a reply in support of his motion to withdraw guilty plea is extended up to and including **May 9, 2019**. SO ORDERED by Judge William |

| | | | |
|---|---|---|---|
| | | | J. Martinez on 5/6/2019. Text Only Entry (wjmsec, ) (Entered: 05/06/2019) |
| 05/09/2019 | 149 | | REPLY TO RESPONSE to Motion by William J. Sears re 139 MOTION to Withdraw Plea of Guilty (Attachments: # 1 Exhibit A)(Bornstein, Peter) (Entered: 05/09/2019) |
| 05/22/2019 | 150 | | ORDER denying 139 Motion to Withdraw Plea of Guilty as to **William J. Sears (1)**, by Judge William J. Martinez on 05/22/2019. (wjmlc1) (Entered: 05/22/2019) |
| 06/04/2019 | 151 | | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to William J. Sears (Attachments: # 1 Exhibit A)(doden, ) (Entered: 06/04/2019) |
| 06/04/2019 | 152 | | EXHIBIT B TO RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to William J. Sears (doden, ) (Entered: 06/04/2019) |
| 06/18/2019 | 159 | | RESPONSE in Opposition by USA as to William J. Sears, Scott M. Dittman re 154 MOTION to Continue *Sentencing Hearing and Request for Specific Discovery* (Sibert, Jeremy) (Entered: 06/18/2019) |
| 06/18/2019 | 160 | | OBJECTION/RESPONSE to Presentence Report 151 by William J. Sears (Bornstein, Peter) (Entered: 06/18/2019) |
| 06/19/2019 | 163 | | ORDER as to **William Sears (1)**: This matter is before the Court on Defendant Sears' Objection to Presentence Investigation Report 160 . The Government is DIRECTED to file a Response to Defendant's Objections on or before **July 1, 2019**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 6/19/2019. Text Only Entry (wjmsec, ) (Entered: 06/19/2019) |
| 06/24/2019 | 168 | | MOTION for Clarification *sentencing dates* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) Modified on 7/3/2019 to term motion pursuant to 170 (angar, ). (Entered: 06/24/2019) |
| 06/28/2019 | 170 | | ORDER as to **William J. Sears (1)**: This matter is before the Court *sua sponte*. Due to a conflict with a criminal jury trial the week of July 8, 2019, the Sentencing Hearing set for July 11, 2019 at 1:30 p.m. is hereby **VACATED and RESET to October 31, 2019 at 1:15 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing–related motions. It is FURTHER ORDERED that the Government's Motion for Clarification 168 is DENIED as MOOT, given this Court's Orders in *United States of America v. Dittman*, Case No. 16–cr–301–WJM–2 (ECF No. 169) and *United States of America v. Jean–Pierre*, Case No. 17–cr–008–WJM (ECF No. 232), which set the sentencing hearings for these two defendants at or near the same time as Defendant Sears' sentencing hearing. SO ORDERED by Judge William J. Martinez on 6/28/2019. Text Only Entry (wjmsec, ) (Entered: 06/28/2019) |
| 07/01/2019 | 171 | | ORDER as to **William J. Sears (1)**: This matter is before the Court upon the entry of the Court's Order resetting Defendant Sears' Sentencing Hearing for October 31, 2019 (ECF No. 170). The deadline for the Government to file its Response to Defendant Sears' Objection to Presentence Investigation Report (ECF No. 160 ) is extended up to and including **August 7, 2019**. No reply will be permitted. SO ORDERED by Judge William J. Martinez on 7/1/2019. Text |

| | | | |
|---|---|---|---|
| | | | Only Entry (wjmsec, ) (Entered: 07/01/2019) |
| 08/01/2019 | 173 | | MOTION for Reconsideration re 150 Order on Motion to Withdraw Plea of Guilty by William J. Sears. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Bornstein, Peter) (Entered: 08/01/2019) |
| 08/02/2019 | 175 | | RESPONSE by USA as to William J. Sears *TO DEFENDANT'S OBJECTIONS TO PSR* (Attachments: # 1 A1, # 2 A2, # 3 A3, # 4 A4, # 5 A5, # 6 A6, # 7 A7, # 8 A8, # 9 A9, # 10 A10, # 11 A12, # 12 A13, # 13 A14, # 14 A16, # 15 A17, # 16 A18, # 17 A19, # 18 A20, # 19 A21, # 20 A22, # 21 A23, # 22 A24, # 23 A25, # 24 A26, # 25 A27, # 26 A28, # 27 A29, # 28 A30, # 29 A31, # 30 A32, # 31 A33, # 32 A34)(Sibert, Jeremy) (Entered: 08/02/2019) |
| 08/02/2019 | 177 | | Conventionally Submitted Material : CD re: Response, 175 by Plaintiff USA Text Only Entry (angar, ) (Entered: 08/05/2019) |
| 08/05/2019 | 176 | | ORDER as to **William J. Sears (1)**: Before the Court is Defendant's Motion for Reconsideration 173 . The Government shall respond on or before **August 12, 2019**. No reply from Defendant will be accepted. SO ORDERED by Judge William J. Martinez on 08/05/2019. Text Only Entry (wjmlc1) (Entered: 08/05/2019) |
| 08/06/2019 | 178 | | Unopposed MOTION for Extension of Time to File Response/Reply *TO MOTION TO RECONSIDER COURTS DENIAL OF MOTION TO WITHDRAW CHANGE OF PLEA [ ECF 173]* Attorney Robert M. Brown added to party USA(pty:pla) by USA as to William J. Sears, Scott M. Dittman. (Brown, Robert) Modified on 8/7/2019 to terminate motion pursuant to 179 Order (angar, ). (Entered: 08/06/2019) |
| 08/06/2019 | 179 | | ORDER as to **William Sears (1)** granting the 178 Government's Unopposed Motion for Extension of Time to Respond to Motion to Reconsider Court's Denial of Motion to Withdraw Change of Plea [ECF 173]. The Government's Motion is GRANTED for good cause shown. The Government's deadline to file its Response to Defendant's Motion for Reconsideration is extended up to and including **August 26, 2019**. SO ORDERED by Judge William J. Martinez on 8/6/2019. Text Only Entry (wjmsec, ) (Entered: 08/06/2019) |
| 08/23/2019 | 180 | | RESPONSE in Opposition by USA as to William J. Sears re 173 MOTION for Reconsideration re 150 Order on Motion to Withdraw Plea of Guilty (Sibert, Jeremy) (Entered: 08/23/2019) |
| 09/30/2019 | 181 | | ORDER denying 173 Motion for Reconsideration as to **William J. Sears (1)**, by Judge William J. Martinez on 09/30/2019. (wjmlc1) (Entered: 09/30/2019) |
| 10/01/2019 | 183 | | ORDER as to **William J. Sears (1)**: This matter comes before the Court *sua sponte*. The undersigned will be out of the office the week of October 28, 2019, and as a result the Sentencing Hearing currently set for October 31, 2019 at 1:15 p.m. is hereby **VACATED and RESET to January 23, 2020 at 1:30 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 10/1/2019. Text Only Entry (wjmsec, ) (Entered: 10/01/2019) |
| 10/02/2019 | 184 | | Unopposed MOTION for Order *Resetting Sentencing Hearing* by William J. Sears. (Bornstein, Peter) (Entered: 10/02/2019) |

| | | | |
|---|---|---|---|
| 10/09/2019 | 185 | | ORDER as to **William J. Sears (1)** granting the Defendant's Unopposed Motion to Reset Sentencing Hearing 184 . The Defendant's Motion is GRANTED for good cause shown. The Sentencing Hearing set for January 23, 2020 at 1:30 p.m. is hereby **VACATED and RESET to January 30, 2020 at 1:30 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 10/9/2019. Text Only Entry (wjmsec, ) (Entered: 10/09/2019) |
| 01/21/2020 | 192 | | RESTRICTED PRESENTENCE REPORT as to William J. Sears (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 01/21/2020) |
| 01/21/2020 | 193 | | RESTRICTED ADDENDUM to Presentence Report 192 as to William J. Sears (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 01/21/2020) |
| 01/30/2020 | 204 | | COURTROOM MINUTES for Sentencing Hearing as to defendant William J. Sears (1) held before Judge William J. Martinez held on 1/30/2020. Granting the Government's oral motion for an additional one–level reduction in the offense level for acceptance of responsibility. Defendant sentenced as reflected on the record. Defendant remanded. Court Reporter: Mary George. (afran, ) (Entered: 01/31/2020) |
| 01/30/2020 | 206 | | **STRICKEN** MOTION for Dismissal of Charges with Prejudice for Lack of Jurisdiction, by William J. Sears. (angar, ) Modified on 2/3/2020 to strike pursuant to 207 Order (angar, ). (Entered: 02/03/2020) |
| 02/03/2020 | 207 | | ORDER as to **William J. Sears (1)** striking Defendant's Motion for Dismissal of Charges with Prejudice for Lack of Jurisdiction 206 As the Defendant, Mr. Sears has the right to have counsel appointed to represent him or he has the right to represent himself, but he does not have the right to hybrid representation. *United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975). Because Defendant continues to be represented by counsel, he cannot be represented and still continue to file motions on his own behalf. Accordingly, ECF No. 206 is STRICKEN. SO ORDERED by Judge William J. Martinez on 2/3/2020. Text Only Entry (wjmsec, ) (Entered: 02/03/2020) |
| 02/04/2020 | 209 | | MOTION to Amend/Correct *the Preliminary Order of Forfeiture* by USA as to William J. Sears. (Attachments: # 1 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 02/04/2020) |
| 02/05/2020 | 210 | | RESTRICTED AMENDED PRESENTENCE REPORT as to William J. Sears (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 02/05/2020) |
| 02/10/2020 | 211 | | Amended Preliminary ORDER of Forfeiture, as to William J. Sears (1). ORDERED by Judge William J. Martinez on 2/10/2020. (angar, ) (Entered: 02/10/2020) |
| 02/10/2020 | 215 | | JUDGMENT as to defendant William J. Sears (1). Counts 1 and 2 of the Information: Defendant sentence to imprisonment for a term of 60 months as to Count 1 and 36 months as to Count 2, for a total term of 96 months of incarceration. 3 years of supervised release as to Count 1 and 1 year of supervised release as to Count 2, to run concurrent. $200 special assessment fee. $2,433,818.00 in restitution. Entered by Judge William J. Martinez on 2/10/2020. (afran, ) (Entered: 02/10/2020) |

| 02/10/2020 | 216 | | STATEMENT OF REASONS as to William J. Sears (1). (afran) (Entered: 02/10/2020) |
| --- | --- | --- | --- |
| 02/12/2020 | 217 | | NOTICE OF APPEAL as to 215 Judgment, by William J. Sears. (Bornstein, Peter) (Entered: 02/12/2020) |
| 02/13/2020 | 218 | | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 217 Notice of Appeal as to William J. Sears to the U.S. Court of Appeals. ( CJA,) (Attachments: # 1 Preliminary Record and Docket Sheet)(angar, ) (Entered: 02/13/2020) |
| 02/13/2020 | 220 | | USCA Case Number as to William J. Sears 20–1042 for 217 Notice of Appeal filed by William J. Sears. (angar, ) (Entered: 02/19/2020) |
| 02/20/2020 | 221 | | MOTION for Bond *While on Appeal* by William J. Sears. (Bornstein, Peter) (Entered: 02/20/2020) |
| 02/20/2020 | 222 | | ORDER as to **William Sears (1)**: This matter is before the Court on Defendant's Motion for Bond while on Appeal 221 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **March 2, 2020**. No Reply will be accepted without prior leave or order of Court. SO ORDERED by Judge William J. Martinez on 2/20/2020. Text Only Entry (wjmsec, ) (Entered: 02/20/2020) |
| 02/25/2020 | 223 | | RESPONSE to Motion by USA as to William J. Sears re 221 MOTION for Bond *While on Appeal* (Brown, Robert) (Entered: 02/25/2020) |
| 02/25/2020 | 224 | | MOTION to Proceed in Forma Pauperis by William J. Sears. (Bornstein, Peter) (Entered: 02/25/2020) |
| 02/25/2020 | 225 | | DESIGNATION OF RECORD ON APPEAL re 217 Notice of Appeal by William J. Sears. (Attachments: # 1 Docket Sheet)(Bornstein, Peter) (Entered: 02/25/2020) |
| 02/25/2020 | 226 | | TRANSCRIPT ORDER FORM re 217 Notice of Appeal by William J. Sears. (Bornstein, Peter) (Entered: 02/25/2020) |
| 02/25/2020 | 227 | | ORDER of USCA as to William J. Sears re 217 Notice of Appeal. (USCA Case No. 20–1042) (angar, ) (Entered: 02/26/2020) |
| 02/28/2020 | 228 | | ORDER Granting 224 Motion to Proceed in Forma Pauperis as to William J. Sears (1). ORDERED by Judge William J. Martinez on 2/28/2020. (angar, ) (Entered: 02/28/2020) |
| 03/05/2020 | 230 | | Passport Receipt as to William J. Sears (1). Forwarding passport to Dept. of State pursuant to 215 Judgment. Passport Number 498719491 issued by United States of America. (Attachments: # 1 Certified Mail Receipt) (afran) (Entered: 03/05/2020) |
| 03/12/2020 | 231 | | REPORTER TRANSCRIPT ORDER FORM filed by Mary George re 217 Notice of Appeal. Transcript due by 4/9/2020. (nrich) (Entered: 03/12/2020) |
| 03/25/2020 | 233 | | Passport return Receipt as to William J. Sears (1) (angar, ) (Entered: 03/26/2020) |
| 04/02/2020 | 234 | | TRANSCRIPT of Sentencing Hearing as to William J. Sears held on January 30, 2020 before Judge Martinez. Pages: 1–104. <br><br> NOTICE – |

| | | | |
|---|---|---|---|
| | | | **REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 04/02/2020) |
| 04/23/2020 | 235 | | MOTION for Forfeiture of Property *for Final Order of Forfeiture for Direct Assets, Substitute Assets, and a Personal Forfeiture Money Judgment* by USA as to William J. Sears. (Attachments: # 1 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 04/23/2020) |
| 04/24/2020 | 236 | | Final ORDER of Forfeiture as to William J. Sears (1), by Judge William J. Martinez on 4/24/2020`. (angar, ) (Entered: 04/24/2020) |

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3    Case No. 16-cr-00301-WJM

 4    _____

 5    UNITED STATES OF AMERICA,

 6         Plaintiff,

 7    vs.

 8    WILLIAM J. SEARS, SCOTT M. DITTMAN,

 9         Defendants.

10    _____

11             Proceedings before KATHLEEN M. TAFOYA, United

12    States Magistrate Judge, United States District Court for the

13    District of Colorado, commencing at 1:46 p.m., September 15,

14    2016, in the United States Courthouse, Denver, Colorado.

15    _____

16             WHEREUPON, THE ELECTRONICALLY RECORDED PROCEEDINGS

17    ARE HEREIN TYPOGRAPHICALLY TRANSCRIBED...

18    _____

19                          APPEARANCES

20             KENNETH M. HARMON, Assistant United States

21    Attorney, appearing for the government.

22             FREDRIC M. WINOCUR, Attorney at Law, appearing for

23    the defendant Sears.

24    _____

25                        MOTIONS HEARING
```

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 2

```
 1                    APPEARANCES (Cont'd)

 2              WILLIAM L. TAYLOR, Attorney at Law, appearing for

 3    the defendant Dittman.

 4                    P R O C E E D I N G S

 5              (Whereupon, the within electronically recorded

 6    proceedings are herein transcribed, pursuant to order of

 7    counsel.)

 8              THE COURTROOM DEPUTY:  All rise.  Court is in

 9    session.

10              THE COURT:  Good afternoon, everyone.  Please be

11    seated.  All right.  We are here today in case number

12    16-cr-301, United States of America versus William Sears and

13    Scott Matthew Dittman.  May I have appearances of counsel for

14    the government first?

15              MR. HARMON:  Good afternoon, Your Honor.  Kenneth

16    Harmon on behalf of the United States.  And seated at the

17    government's counsel table with me is the FBI case agent,

18    Special Agent Kate Funk, F-u-n-k.

19              THE COURT:  All right.  And I see that both

20    defendants have counsel.  So would you enter you appearance

21    now, please?

22              MR. WINOCUR:  Good afternoon, Your Honor.

23    Frederic Winocur, W-i-n-o-c-u-r.  (Inaudible) appearing on

24    behalf of William Sears.

25              THE COURT:  Thank you.
```

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 3

```
 1          MR. TAYLOR:  Good afternoon, Your Honor.  William
 2   Taylor on behalf of Scott Dittman.  Mr. Dittman is present at
 3   counsel table with me.  My registration number is 21098.  I
 4   will be filing in the matter now, I think destined for Judge
 5   Martinez's courtroom, entry of appearance, but given we
 6   didn't have the case number, I couldn't do that before I got
 7   here.
 8          THE COURT:  Okay.  Well, and I didn't even have
 9   any of the charges or anything, so --
10          MR. TAYLOR:  Very well.  Thank you, Your Honor.
11          THE COURT:  -- I'm -- I'm more in the dark than
12   you are, to tell you the truth.  That happens with these
13   cases.  I don't know why that is exactly how it works.  But,
14   anyway, so for the first time I'm seeing an information filed
15   in this case against Mr. Sears and Mr. Dittman.  And I
16   think -- or I'm surmising that what we need to do is do an
17   advisement and then the acceptance of the information or, I
18   guess, in reverse.  And then do you want to do arraignment
19   and a discovery conference today?
20          MR. HARMON:  Yes, Your Honor.  This -- this
21   information is in connection with a negotiated pre-indictment
22   disposition.  But the traditional trajectory of these cases
23   is to -- is to waive, file the information.  I think
24   everybody would be ready for an arraignment and discovery
25   conference.  And then my anticipation is that we will, then,
```

Case 1:16-cr-00301-WJM Document 287 Filed 05/14/20 USDC Colorado Page 20 of 38
Case 1:16-cr-00301-WJM Document 99 Filed 12/02/16 Page 4 of 22

Page 4

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

1  address with Judge Martinez, the assigned judge, the matter

2  of the next step, which we will be setting for a change of

3  plea hearing for both the defendants.

4           THE COURT:  Okay.  And I've talked to the

5  probation officers briefly about bond.  You're both aware

6  that they're recommending bond in the case, right?  So --

7  yeah.  The -- the probation department is recommending bond

8  in both cases, but with some conditions, I think.  So

9  we'll -- we'll talk about what the conditions would be.  So

10  let's -- let's try to do it in order so that we don't forget

11  something.  So, first of all, I have in the file one for

12  Mr. Dittman and one for Mr. Sears, a waiver of indictment.

13  And it appears to be signed by both attorneys and the --

14  their clients; is that correct?

15           MR. WINOCUR:  Yes.

16           MR. TAYLOR:  Yes, Your Honor.  That's correct.

17           THE COURT:  All right.  So let me tell both

18  defendants.

19           UNIDENTIFIED SPEAKER:  Sorry, Your Honor.

20           THE COURT:  Need a -- need a microphone over

21  there, huh?  We won't get a record otherwise in here.  Well,

22  you'll solve that before Judge Martinez probably with a court

23  reporter, so -- all right.

24           So, Mr. Dittman and Mr. Sears, the Court needs to

25  advise you that you do have the right in any case to have

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 5

1    your case heard by the grand jury, any kind of criminal

2    charge.  You can waive the grand jury presentment if you want

3    to.  And that's what these waivers indicate to me.  But I do

4    want to make sure as to each of you that you understand that

5    you had a right to be indicted or to -- to have a grand jury

6    hear the evidence and decide whether or not to indict you.

7    And you're choosing to waive that and have an information

8    filed.  So let me first ask Mr. Sears.  Is that your desire

9    at this time?

10             DEFENDANT SEARS:  No, ma'am.

11             THE COURT:  It's not?  You don't want to waive

12   indictment?

13             DEFENDANT SEARS:  No.  I do want to waive

14   indictment.  Yes.

15             THE COURT:  You want --

16             DEFENDANT SEARS:  I'm sorry.

17             THE COURT:  So that question is kind of backwards.

18   So you do want to waive the indictment and proceed by

19   information?

20             DEFENDANT SEARS:  Yes, ma'am.

21             THE COURT:  All right.  And, Mr. Dittman, how

22   about you?

23             DEFENDANT DITTMAN:  Yes, ma'am.

24             THE COURT:  So you do want to waive your

25   indictment and proceed by information?

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 6

1          DEFENDANT DITTMAN:  Correct.

2          THE COURT:  All right.  The information -- I will

3    accept the waiver.  The information is on -- is in this file

4    folder, so I will accept it for filing.  The case number, as

5    I told you earlier, is -- has been assigned.  It's 16-cr-301.

6    Judge Martinez is assigned to the case.  The indictment

7    charges in count 1, conspiracy to defraud the United States

8    and commit offenses in violation of Title 18 USC § 371.  And

9    that carries with it a penalty of not more than five years

10   imprisonment, a $250,000 fine, or both imprisonment and a

11   fine, and a $100 special assessment fee.  Is there a period

12   of supervised release associated with these charges?

13          MR. HARMON:  They're three years for both.

14          THE COURT:  All right.  So there's also --

15          MR. HARMON:  I'm sorry.  There's three years for

16   count 1, one year for the count 2.

17          THE COURT:  Count 2.  Okay.  So for count 1 not

18   more than three years of supervised release and the special

19   assessment fee of $100.  And there could be restitution as

20   well.  And then as to count 2, that is a filing a -- filing

21   false income tax return.  And are both defendants charged in

22   both counts?

23          MR. HARMON:  Just Mr. Sears is charged in count 2,

24   Your Honor.

25          THE COURT:  All right.  So as to, Mr. Sears,

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 7

1  you're charged in count 2 as well.  And with filing a false

2  income tax return in violation of Title 26 USC § 7206(1).

3  And that carries with it a penalty of not more than three

4  years imprisonment, not more than a $250,000 fine, or both

5  imprisonment and a fine, not more than one year of supervised

6  release together with the costs of prosecution, and a $100

7  special assessment.  So, Mr. Sears, do you understand the

8  charges against you and the penalties that you face?

9          DEFENDANT SEARS:  Yes, I do, ma'am.

10          THE COURT:  All right.  And, Mr. Dittman, do you

11  understand the charge against you and the penalties you case?

12          DEFENDANT DITTMAN:  Yes, I do, Your Honor.

13          THE COURT:  All right.  So do I need to read the

14  indictment or are you prepared to go to arraignment without

15  having the indictment read?

16          MR. WINOCUR:  Your Honor, we would waive reading

17  of the information (inaudible).

18          THE COURT:  I'm sorry.  Information, not

19  indictment.

20          MR. TAYLOR:  Your Honor, we would waive reading

21  and any further advisement.  Thank you.

22          THE COURT:  All right.  And so do you want to

23  tender pleas at this time to the information?

24          MR. WINOCUR:  Yes, Your Honor.  We would tender

25  not guilty (inaudible).

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 8

 1              THE COURT:  All right.

 2              MR. TAYLOR:  And at this time, Your Honor, we

 3    would tender a plea of not guilty to count 1.

 4              THE COURT:  All right.  The not guilty pleas will

 5    be accepted as to Mr. Sears and Mr. Dittman as to each of the

 6    counts in which they are charged.

 7              Now, I don't have a discovery order.  Do you think

 8    you don't need one because of just the way it's proceeding?

 9              MR. HARMON:  Well, Your Honor, I'm -- I'm -- yes.

10    I will tell you, it's my position that we have been giving

11    over informal discovery prefiling disclosure.  We will

12    continue to give that over.  I am happy -- we have prepared

13    the standard discovery conference memo and order, and we're

14    prepared to submit it.  And I will take my leave from defense

15    counsel.  The government is going to give over this

16    information regardless.

17              THE COURT:  Okay.

18              MR. HARMON:  Because it's a change of plea, we'll

19    give it over as agreed upon by counsel at the appropriate

20    time.  Counsel has indicated that they are more concerned

21    about having a good, healthy disclosure by the time of

22    sentencing.  They've told me that -- at least Mr. Taylor has

23    told me that -- and I believe Mr. Winocur shares this, is

24    that they've each had sufficient disclosure to inform their

25    clients about this plea agreement and this plea deal.  So I

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 9

1    think what we're talking about is really disclosure with an

2    eye towards sentencing.

3              THE COURT:  Okay.  So do you -- do you want to do

4    a discovery report?  I mean, it protects defendants, I think,

5    to have that on file.

6              MR. TAYLOR:  I think Mr. Winocur is passing the

7    baton to me.  Just a moment, Your Honor.  Okay.  As for

8    Mr. Dittman, Your Honor, I will tell you that Mr. Harmon has

9    informed you correctly that there has been pre plea discovery

10   thus far.  It has been fair -- fairly significant.  There is

11   additional discovery to be done.  We've requested it.  We

12   have prepared and signed the discovery conference memorandum

13   and order for your signature.  We are asking that it be

14   entered.  I think the -- I asked Mr. Harmon how long the

15   government needed to make additional discovery.  And I think

16   it was somewhere between three and four weeks.  That's

17   adequate.  And I will tell the Court that I also told

18   Mr. Harmon that we are primarily interested in -- in full

19   discovery for the purpose of sentencing.  There are some

20   controverted facts that will be relevant for sentencing.  But

21   that with a -- if the Court wants to enter a discovery

22   deadline for three, four weeks, that would be fine.  And you

23   can note that subject to modification by agreement of the

24   parties, it is -- it has been a cooperative effort thus far.

25              THE COURT:  Maybe -- maybe the problem is that I

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 10

 1    don't have those reports.  Am I supposed to have them?

 2            MR. HARMON:  Well, I've given them to counsel.  I

 3    guess they need to hand them up.

 4            THE COURT:  Oh, okay.

 5            MR. HARMON:  Yeah.

 6            MR. TAYLOR:  I don't actually have it, Your Honor.

 7    I don't know where it went.

 8            MR. HARMON:  Oh, I -- you know what?  I have --

 9            MR. TAYLOR:  It's -- it's --

10            MR. HARMON:  I'm sorry.  I'm sorry.  My error.

11    I've got -- I've actually got Mr. Dittman's signed here.  I

12    think Mr. Sears is a little (inaudible).  And I'll give it to

13    him to hand up (inaudible).  Sorry.

14            THE COURT:  Okay.  So -- so defendants have --

15    you've had a chance to see these and sign them?  Okay.

16            MR. TAYLOR:  Yes.  And I've advised my client on

17    it, Your Honor.

18            THE COURT:  All right.  And do you think we need

19    to fill in the speedy trial dates?

20            MR. TAYLOR:  I would out of an abundance of

21    caution, Your Honor, given the --

22            THE COURT:  Okay.  Ms. Clair (phonetic) --

23            UNIDENTIFIED SPEAKER:  (Inaudible).

24            THE COURT:  -- have you had any chance to run

25    them?  We have a little software program that helps that.

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 11

 1          MR. TAYLOR:  So -- so -- so I've heard.

 2          THE COURTROOM DEPUTY:  If I can have just a

 3   moment, Your Honor.  I'm sorry.  I thought I put it in the

 4   pile.

 5          THE COURT:  Well, maybe you did and I'm

 6   overlooking it.  But I don't see it here.  Oh, wait.  I do.

 7   I'm sorry.  I have it.  I was covering it up too, so -- all

 8   right.

 9          So let me fill -- I'm going to fill this in then

10   on both of these discovery orders.  The 30-day date is

11   October 15, 2016, and the 70-day date is November 24, 2016.

12   The 90-day date is not going to be applicable because the

13   defendants are going to be on bond.  So what do you want me

14   to fill in for the date for discovery, the -- the completion

15   of it?

16          MR. HARMON:  Well, Judge, how about -- I'm open to

17   the language, but I think Mr. Taylor is getting 30 days

18   unless modified by agreement of counsel.  Is that --

19          MR. TAYLOR:  That's fine, Your Honor.

20          THE COURT:  So can we put in a date certain then,

21   like 30 days from today?

22          MR. TAYLOR:  Yes, Your Honor.  That's fine.

23          MR. HARMON:  All right.  The only reason that as

24   modified by counsel clause would go in, Your Honor, is

25   because I think both counsel understand that this really

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 12

1    needs to be staged discovery so that there are -- there are

2    other matters that are to the benefit of all sides that

3    should be attended to before we get down to the nitty-gritty

4    of getting every document over.  And Mr. Taylor expressed it

5    accurately.  That really the relevant timeframe for the

6    discovery is at the time of sentencing, which we project not

7    to take place for sometime.

8             THE COURT:  Okay.  So --

9             MR. TAYLOR:  I will say this, Your Honor:  I -- I

10   think that we've been -- have been working with the

11   government to identify discovery that is most relevant for

12   the various stages of proceedings that we've been

13   approaching.  We'll continue to do that.  I don't anticipate

14   there will be problems.  So we can set a deadline for the

15   30th, and if it needs to be pushed to the right because of

16   considerations of mutual interest, we'll work on that.

17            THE COURT:  Okay.  Well, 30 -- 30 days from today

18   would be the 15th of October, which is a Saturday.  So how

19   about we say the 17th of October?

20            MR. TAYLOR:  That's fine, Your Honor.  Thank you.

21            THE COURT:  Okay.  So 10/17/16.  And I wrote -- I

22   handwrote in here, Unless modified by counsel.  And then

23   reciprocal discovery?

24            MR. TAYLOR:  If we could have 10 days after that,

25   Your Honor.

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 13

```
 1              THE COURT:  So let's see.  17 --

 2              MR. TAYLOR:  Look for the next Saturday maybe.

 3              THE COURT:  Yeah.  Saturday is the 29th.  How

 4    about the 28th?

 5              MR. TAYLOR:  That's great.  Thank you.

 6              THE COURT:  Okay.  So 10/28/16.

 7              MR. WINOCUR:  Those dates are (inaudible).

 8              THE COURT:  Okay.  I will fill them in.  Okay.

 9    Now, I've signed Mr. Dittman's.  And bear me just a minute

10    and I'll fill in the same dates.  Let's see.  I said the

11    17th, right?  10/17.

12              MR. TAYLOR:  Yes, Your Honor.

13              THE COURT:  Okay.  So I have both of those signed.

14    And we'll docket them in the file along with the information,

15    obviously, and the waivers.  I think that leaves us just with

16    the issue of bond.  And then you're going to have to go and

17    talk to Judge Martinez about any other dates.  Are you

18    prepared to do that this afternoon?

19              MR. HARMON:  Absolutely.

20              MR. TAYLOR:  Yes, Your Honor.

21              MR. WINOCUR:  Yes.

22              THE COURT:  Okay.  All right.  So let me look at

23    the two -- the bond conditions.  Both recommendations are for

24    a PR bond.  Is that acceptable to the government?

25              MR. HARMON:  Yes.
```

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 14

```
 1            THE COURT:  All right.

 2            MR. HARMON:  We just would request surrender of

 3    travel documents, passports, things like that.

 4            THE COURT:  All right.  If I say something that

 5    you object to, tell me, because I thought what I'm going to

 6    read to you is agreed to, but if it's not, let me know.

 7            I think the defendants come a bit differently

 8    because of criminal history.  But given the statements of the

 9    government, that they are not seeking any particular

10    conditions except for, you know, surrendering their passport.

11    And I don't see where -- is that on this?  For probation,

12    did -- I don't see it on here on the appearance bonds.

13            UNIDENTIFIED SPEAKER:  I'll get one prepared, Your

14    Honor.

15            THE COURT:  Okay.  I think we should just put that

16    extra sheet in there.  And it's agreed that the defendants

17    are not going to be supervised; is that correct?

18            MR. HARMON:  The government doesn't have any need

19    for that supervision, Your Honor.

20            THE COURT:  All right.  And is that what you've

21    agreed to?

22            MR. TAYLOR:  Yes, Your Honor.  Thank you.

23            MR. WINOCUR:  That's (inaudible).

24            THE COURT:  Okay.  So while we're getting those

25    extra sheets in here, there -- it is a condition of release.
```

Page 15

 1    And when you -- I want you to surrender your passport and

 2    agree -- agree to not travel outside of the -- do you want

 3    them confined to the state or just the country?

 4            MR. HARMON:  I'll let Mr. Taylor start the

 5    conversation.

 6            MR. TAYLOR:  If I may, Your Honor.  Mr. Dittman is

 7    a resident of the state of Pennsylvania and has flown in for

 8    today's proceedings.  He also has business that takes him

 9    around the country.  Unless there is some concern, I would

10    ask that he be allowed to continue his business here.  He

11    does have his passport with him today.  He is surrendering it

12    to me.  And I will surrender it, in turn, to the clerk's

13    office in accordance with my agreement with Mr. Harmon.  I

14    would ask that the Court leave to discussions between me and

15    the government whether or not any further travel restrictions

16    would be required.

17            THE COURT:  Okay.  But you're not asking for any?

18            MR. HARMON:  I'm not asking for it at this time.

19            THE COURT:  Okay.

20            MR. HARMON:  I suppose if there's an issue down

21    the road we can come back and talk to the Court about it.

22            THE COURT:  Well, I did talk to -- to probation.

23    And they stated that -- I can't remember who, but at least

24    one of -- one of the defendants travels out of the country.

25    And I'm not comfortable with that.  And I don't think there's

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 16

```
 1   anywhere you can go without your passport anymore.
 2              MR. HARMON:  So, Judge -- and from the
 3   government's perspective, we're not comfortable with that
 4   either.  We would want -- domestic travel is one thing.
 5   International travel is another thing.
 6              THE COURT:  Right.
 7              MR. TAYLOR:  And I think without his passport --
 8   Mr. Dittman does travel from time to time to Canada.  He has
 9   business interests in Canada.  If there is some business need
10   for him to go there, obviously we'll talk with Mr. Harmon
11   about that.  He's surrendering his passport.  He doesn't have
12   a passport card.  He doesn't even know what one is.  So
13   that's not an issue, Your Honor.
14              THE COURT:  Okay.
15              MR. TAYLOR:  We'll take up any need to go to
16   Canada with Mr. Harmon if -- if it becomes --
17              THE COURT:  So you think there's a way he could go
18   to Canada without a passport?  I didn't think there was.
19              MR. TAYLOR:  No.  I think you can go with a
20   passport card.  You don't actually need the book anymore.
21              THE COURT:  Okay.
22              MR. TAYLOR:  So you can go just with a card
23   between Canada and I think Mexico.
24              THE COURT:  Okay.
25              MR. TAYLOR:  Beyond that, I don't know because I
```

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 17

1  haven't used mine that way.  So, thank you, Your Honor.

2          THE COURT:  Well, let me just advise both

3  defendants.  You can't go outside the Continental US.  It's

4  going to be a violation of your bond if you do.  So I'm going

5  to -- I'm going to -- I'm going to get your passports from

6  you.  Do you both have them today?

7          DEFENDANT SEARS:  I do not have mine today.  I can

8  bring it to you tomorrow, ma'am.

9          THE COURT:  Okay.  So -- so we'll just ask that

10  you surrender your passports.  And then I'm going to advise

11  you that you can't travel outside of the Continental US.  And

12  so you need to -- I don't think you can make arrangements to

13  do it otherwise because I'm not going to give you your

14  passports back.  So I think you're going to have to make

15  other arrangements for Canada while you're on bond.  Okay?

16  Because there is a requirement that you not obtain any travel

17  documents.  For instance, don't go get a passport card,

18  right?

19          DEFENDANT DITTMAN:  All right.

20          THE COURT:  You can't do that.  Now, you're not

21  going to be supervised.  You're -- this is kind of on your

22  word, right?  But there are a couple of things I want to go

23  over with you.  A bond is -- even an unsupervised bond like

24  this, it's a pretty lightweight thing.  There's a couple of

25  things that are very important.  The first is that you show

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 18

```
 1    up for court because obviously that's what bond is for.  You
 2    know, it's your promise that you will show up for court.  So
 3    that is the most important thing.  Also, you cannot get into
 4    any trouble while you're on bond.  And given both of your
 5    criminal history, I have no reason to believe that you will.
 6    And by that, I don't mean that -- if you get a minor traffic
 7    ticket that would not violate your bond.  A major traffic
 8    ticket, though, would.  Okay.  A DUI or something like that
 9    would.  Anything that has a mandatory court appearance
10    attached to it which might be a careless driving or reckless
11    driving, those -- that would violate your bond.  So no
12    trouble while you're on bond.  So there -- those are the two
13    real things because you're going to pass -- you're going to
14    surrender your passports, you know, either today or tomorrow.
15    So I want you to understand that if you were to violate those
16    things, not only could your bond be revoked, which means
17    you'd go to jail pending the outcome of your cases.  Cases is
18    correct, I think.  And the government actually could file
19    bond jumping charges against you if you do something like
20    that.  And that carries a penalty of up to 10 years
21    imprisonment, a $250,000 fine or both imprisonment and a
22    fine.  So it's a very serious charge in and of itself.  And,
23    again, I'm giving you that advisement not because I think
24    you'll do it, but just because I want you to be aware, you
25    know, that you're -- when you sign this bond you're -- you're
```

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 19

```
 1    taking on some responsibility even though you're not
 2    supervised.  So those are the two requirements.
 3              Now, on -- on here I have checked on the
 4    additional conditions of release.  And you'll -- you'll see
 5    this long form with your attorney.  There are only two Xs on
 6    it.  And it says that you will surrender the pass -- any
 7    passport to the clerk's office within 24 hours.  And then the
 8    very next one is do not obtain a passport or other
 9    international travel documents.  And then you'll abide by the
10    conditions restricting your travel to the Continental United
11    States.  So those three are all together, so you won't miss
12    them.
13              MR. HARMON:  Your Honor, I don't -- I would want
14    to interject something before the Court moves on beyond the
15    bond conditions.  My apologies up-front.  It's something that
16    I do need to bring to the Court's attention.  And I think I
17    need to do it at side bar with both counsel.
18              THE COURT:  All right.  Go ahead.  I'm sorry.  I
19    thought you were going to talk to each other.
20              MR. HARMON:  No, no, no.  This is about --
21              (Bench conference off the record.)
22              THE COURT:  All right.  There were a few matters
23    that needed discussion outside of the public record.  I do
24    want to advise Mr. Sears in particular that -- or, excuse me,
25    it's Mr. Dittman.  Mr. Dittman, I just want to advise you in
```

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 20

1   a general way that part of the bond conditions -- part of the

2   not to violate the law in any way would mean that

3   notwithstanding the fact that you're wrapping up business,

4   that's all right.  I understand what's going on.  And that's

5   fine with me.  I don't consider that a bond violation,

6   however, you are cautioned that any new business that would

7   be started up that would be violative of federal law would be

8   a violation of your bond.  Do you understand?  All right.  Is

9   that a sufficient record?

10          MR. HARMON:  Yes, Your Honor.

11          MR. TAYLOR:  Thank you, Your Honor.

12          THE COURT:  All right.  So let me have the clerk

13  pass down these two -- the bonds.  Now, you'll see that the

14  one paper is kind of not attached, but we'll get it attached

15  when we get things filed electronically.  Do -- do the

16  defendants need to go see the marshals today or has that

17  already been done?

18          MR. TAYLOR:  No.  That needs to be done, Your

19  Honor.

20          MR. WINOCUR:  We'll go there right now.

21          THE COURT:  All right.  Okay.  I've signed both of

22  the bonds now.  And both defendants had signed where they're

23  supposed to.  And I've checked the box on the back of the

24  bond that says The defendants are ordered released after

25  processing.  I mean, you're not in custody, so that's a bit

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 21

1    of a misnomer, but I expect you to go to the marshal service

2    following this.  I suspect they'll want to fingerprint you

3    and photograph you and all that stuff.  But -- but you need

4    to take care of that while you're here today.

5              And then, Mr. Taylor, you have a passport.  And

6    tomorrow the clerk's office is where you'll go to see the

7    marshals.  So that's where you go to turn in your passport

8    tomorrow.

9              UNIDENTIFIED SPEAKER:  Anybody in specific I

10   should see?

11             THE COURT:  No.  Just tell them your case number.

12   Hand them -- and they'll know.  They'll know.

13             UNIDENTIFIED SPEAKER:  Thank you.

14             MR. TAYLOR:  Thank you, Your Honor.

15             THE COURT:  Anything further that we need to do in

16   this case today?

17             MR. HARMON:  No.  Thank you, Your Honor.

18             MR. WINOCUR:  No, Your Honor.  Thank you.

19             MR. TAYLOR:  Nothing for Mr. Dittman.  Thank you.

20             THE COURT:  All right.  Then we'll be in recess on

21   that matter.  And Court will take a brief recess while

22   everybody else comes in.

23             MR. TAYLOR:  Thank you, Your Honor.

24             THE COURTROOM DEPUTY:  All rise.  Court is in

25   recess.

United States of America vs.
William J. Sears, Scott M. Dittman

Motions Hearing
September 15, 2016

Page 22

 1              (Whereupon, the within hearing was then in

 2     conclusion at 2:20 p.m.)

 3

 4

 5              I certify that the foregoing is a correct

 6     transcript, to the best of my knowledge and belief (pursuant

 7     to the quality of the recording) from the record of

 8     proceedings in the above-entitled matter.

 9

10

11

12     /s/ Laurel S. Tubbs                    November 28, 2016

13     Signature of Transcriber               Date

14

15

16

17

18

19

20

21

22

23

24

25