UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 16-cr-301-WJM-1

UNITED STATES OF AMERICA,
Plaintiff,

v.

1.  WILLIAM J. SEARS
Defendant.
_____

**ENTRY OF APPEARANCE ON BEHALF OF
WILLIAM J. SEARS**
_____

Pursuant to General Order 2020-7, Mark C. Johnson enters his appearance on behalf of William J. Sears as CJA Counsel.

**DATED August 28, 2020**

Respectfully Submitted,

*s/ Mark C. Johnson*
_____
Mark C. Johnson
4450 Arapahoe Avenue, Suite 100
Boulder, CO 80303
(303) 448-8836
Mark.Johnson68@gmail.com
**COUNSEL FOR DEFENDANT WILLIAM J. SEARS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020 I electronically served the foregoing motion electronically by filed the motion with the Clerk of the Court using the CM/ECF system, that will send notice of such filing to the parties in the case.

*s/ Mark C. Johnson*
_____
Mark C. Johnson