AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
10th District of Colorado

_____ )
*Plaintiff/Petitioner* )
v. ) Civil Action No.
_____ )
*Defendant/Respondent* )

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 15 2021**

JEFFREY P. COLWELL
CLERK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: __Florence Prison Camp Florence, CO__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☐ No
(b) Rent payments, interest, or dividends             ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments     ☐ Yes    ☐ No
(e) Gifts, or inheritances                            ☐ Yes    ☐ No
(f) Any other sources                                 ☐ Yes    ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: __None__.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

None

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

T-mobile - 1,400
Citibank - 5,600
Not sure of the rest

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

_____
Applicant's signature

William J Sears
Printed name

Date: 12/23/2020
Time: 8:34:21 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**Start Date:** 06/01/2020
**End Date:** 12/23/2020
**Inmate Reg#:** 56353054
**Account Status:** All
**Institution:** All

Facility: FLX

Date: 12/23/2020
Time: 8:34:21 AM

Facility: FLX

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

CERTIFIED
FCC FLORENCE
TRUST FUND
DEC 23 2020

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 56353054 | Living Quarter: | T01-125L |
| Inmate Name: | SEARS, WILLIAM J | Arrived From: | ENG |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLF-T-A | Account Creation Date: | 2/7/2020 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 06/04/2020 05:03:24 AM | 33320156 | | | Western Union | $40.00 | | $40.40 |
| FLX | 06/09/2020 08:23:03 AM | 39 | | | Sales | ($39.50) | | $0.90 |
| FLX | 06/10/2020 01:49:05 PM | VFRP0620 | | | FRP Monthly Pymt | $0.00 | | $0.90 |
| FLX | 06/11/2020 06:02:56 PM | 33320163 | | | Western Union | $20.00 | | $20.90 |
| FLX | 06/16/2020 09:09:12 AM | 40 | | | Sales | ($18.70) | | $2.20 |
| FLX | 06/16/2020 12:00:28 PM | TL0616 | | | TRUL Withdrawal | ($2.00) | | $0.20 |
| FLX | 06/19/2020 08:03:00 AM | 33320171 | | | Western Union | $100.00 | | $100.20 |
| FLX | 06/23/2020 09:26:50 AM | 36 | | | Sales | ($4.90) | | $95.30 |
| FLX | 06/24/2020 10:22:32 PM | TL0624 | | | TRUL Withdrawal | ($10.00) | | $85.30 |
| FLX | 07/08/2020 11:17:58 AM | TL0708 | | | TRUL Withdrawal | ($15.00) | | $70.30 |
| FLX | 07/10/2020 12:47:11 PM | VIPP0620 | | | Payroll - IPP | $5.25 | | $75.55 |
| FLX | 07/13/2020 11:43:04 AM | TL072020 | | | Pre-Release Transaction | | ($25.00) | |
| FLX | 07/14/2020 08:24:43 AM | 48 | | | Sales | ($23.80) | | $51.75 |
| FLX | 07/16/2020 04:35:10 PM | TL0716 | | | TRUL Withdrawal | ($15.00) | | $36.75 |
| FLX | 07/18/2020 12:02:48 PM | 33320200 | | | Western Union | $60.00 | | $96.75 |
| FLX | 07/18/2020 12:02:48 PM | 33320200 | | | Pre-Release Transaction | | $0.00 | |
| FLX | 07/18/2020 12:13:51 PM | TL072020 | | | Pre-Release Transaction | | ($30.00) | |
| FLX | 07/21/2020 07:47:29 AM | 27 | | | Sales | ($7.95) | | $88.80 |
| FLX | 07/23/2020 05:03:41 AM | 33320205 | | | Western Union | $25.00 | | $113.80 |
| FLX | 07/23/2020 05:03:41 AM | 33320205 | | | Pre-Release Transaction | | $0.00 | |

Page 2

Date: 12/23/2020
Time: 8:34:21 AM

Facility: FLX

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 56353054 | Living Quarter: | T01-125L |
| Inmate Name: | SEARS, WILLIAM J | Arrived From: | ENG |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLF-T-A | Account Creation Date: | 2/7/2020 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| FLX | 07/26/2020 03:42:03 PM | TL072020 | | Pre-Release Transaction | | $55.00 | |
| FLX | 07/28/2020 07:30:21 AM | 19 | | Sales | ($79.40) | | $34.40 |
| FLX | 07/29/2020 11:03:00 AM | 33320211 | | Western Union | $50.00 | | $84.40 |
| FLX | 07/29/2020 11:03:00 AM | 33320211 | | Pre-Release Transaction | | $0.00 | |
| FLX | 08/04/2020 07:06:12 AM | 6 | | Sales | ($83.95) | | $0.45 |
| FLX | 08/05/2020 07:43:54 AM | 24 | | Sales | $7.90 | | $8.35 |
| FLX | 08/05/2020 07:44:01 AM | 25 | | Sales | ($7.90) | | $0.45 |
| FLX | 08/10/2020 01:59:10 PM | VIPP0720 | | Payroll - IPP | $96.00 | | $96.45 |
| FLX | 08/10/2020 01:59:10 PM | VIPP0720 | | Pre-Release Transaction | | $0.00 | |
| FLX | 08/11/2020 09:46:08 AM | 43 | | Sales | ($43.45) | | $53.00 |
| FLX | 08/12/2020 12:18:29 PM | 44 | | Sales | ($2.00) | | $51.00 |
| FLX | 08/18/2020 07:19:59 AM | 9 | | Sales | ($32.90) | | $18.10 |
| FLX | 08/23/2020 10:02:38 AM | 33320236 | | Western Union | $50.00 | | $68.10 |
| FLX | 08/23/2020 10:02:38 AM | 33320236 | | Pre-Release Transaction | | $0.00 | |
| FLX | 08/25/2020 07:20:58 AM | 11 | | Sales | ($42.40) | | $25.70 |
| FLX | 08/30/2020 05:51:08 PM | TL0830 | | TRUL Withdrawal | ($5.00) | | $20.70 |
| FLX | 09/03/2020 08:01:21 AM | 32 | | Sales | ($19.20) | | $1.50 |
| FLX | 09/07/2020 08:02:46 AM | 33320251 | | Western Union | $50.00 | | $51.50 |
| FLX | 09/07/2020 08:02:46 AM | 33320251 | | Pre-Release Transaction | | $0.00 | |
| FLX | 09/08/2020 02:48:35 PM | TL0908 | | TRUL Withdrawal | ($15.00) | | $36.50 |

Date: 12/23/2020
Time: 8:34:21 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 56353054 | Living Quarter: | T01-125L |
| Inmate Name: | SEARS, WILLIAM J | Arrived From: | ENG |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLF-T-A | Account Creation Date: | 2/7/2020 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 09/10/2020 07:27:33 AM | 16 | | | Sales | ($22.15) | | $14.35 |
| FLX | 09/10/2020 01:51:50 PM | VIPP0820 | | | Payroll - IPP | $73.60 | | $87.95 |
| FLX | 09/10/2020 01:51:50 PM | VIPP0820 | | | Pre-Release Transaction | | $0.00 | |
| FLX | 09/10/2020 06:41:29 PM | TL0910 | | | TRUL Withdrawal | ($10.00) | | $77.95 |
| FLX | 09/17/2020 08:08:14 AM | 31 | | | Sales | ($68.75) | | $9.20 |
| FLX | 09/21/2020 07:02:31 AM | 33320265 | | | Western Union | $50.00 | | $59.20 |
| FLX | 09/21/2020 07:02:31 AM | 33320265 | | | Pre-Release Transaction | | $0.00 | |
| FLX | 09/26/2020 04:49:26 PM | TL0926 | | | TRUL Withdrawal | ($10.00) | | $49.20 |
| FLX | 10/07/2020 02:03:10 PM | 33320281 | | | Western Union | $25.00 | | $74.20 |
| FLX | 10/07/2020 02:03:10 PM | 33320281 | | | Pre-Release Transaction | | $0.00 | |
| FLX | 10/08/2020 07:29:11 AM | 15 | | | Sales | ($47.20) | | $27.00 |
| FLX | 10/09/2020 11:03:12 AM | 33320283 | | | Western Union | $50.00 | | $77.00 |
| FLX | 10/09/2020 11:03:12 AM | 33320283 | | | Pre-Release Transaction | | $0.00 | |
| FLX | 10/15/2020 07:22:52 AM | 10 | | | Sales | ($52.20) | | $24.80 |
| FLX | 10/15/2020 09:04:00 AM | TL1015 | | | TRUL Withdrawal | ($10.00) | | $14.80 |
| FLX | 10/16/2020 11:49:22 AM | TL102020 | | | Pre-Release Transaction | | ($14.00) | |
| FLX | 10/21/2020 09:03:07 AM | 33320295 | | | Western Union | $50.00 | | $64.80 |
| FLX | 10/21/2020 09:03:07 AM | 33320295 | | | Pre-Release Transaction | | $0.00 | |
| FLX | 10/22/2020 07:45:47 AM | 24 | | | Sales | ($37.40) | | $27.40 |
| FLX | 10/24/2020 01:02:12 PM | TL1024 | | | TRUL Withdrawal | ($10.00) | | $17.40 |

Date: 12/23/2020
Time: 8:34:21 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 56353054 | Living Quarter: | T01-125L |
| Inmate Name: | SEARS, WILLIAM J | Arrived From: | ENG |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLF-T-A | Account Creation Date: | 2/7/2020 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 10/27/2020 08:45:53 PM | TL102020 | | | Pre-Release Transaction | | $14.00 | |
| FLX | 10/29/2020 07:07:06 AM | 5 | | | Sales | ($16.00) | | $1.40 |
| FLX | 11/02/2020 01:03:37 PM | 33320307 | | | Western Union | $20.00 | | $21.40 |
| FLX | 11/02/2020 01:03:37 PM | 33320307 | | | Pre-Release Transaction | | $0.00 | |
| FLX | 11/02/2020 02:03:39 PM | 33320307 | | | Western Union | $50.00 | | $71.40 |
| FLX | 11/02/2020 02:03:39 PM | 33320307 | | | Pre-Release Transaction | | $0.00 | |
| FLX | 11/05/2020 08:14:56 AM | 39 | | | Sales | ($46.60) | | $24.80 |
| FLX | 11/05/2020 10:19:26 AM | TL1105 | | | TRUL Withdrawal | ($10.00) | | $14.80 |
| FLX | 11/10/2020 01:20:55 PM | WIPP1020 | | | Payroll - IPP | $2.40 | | $17.20 |
| FLX | 11/10/2020 01:20:55 PM | WIPP1020 | | | Pre-Release Transaction | | $0.00 | |
| FLX | 11/24/2020 11:03:07 AM | 33320329 | | | Western Union | $50.00 | | $67.20 |
| FLX | 11/24/2020 11:03:07 AM | 33320329 | | | Pre-Release Transaction | | $0.00 | |
| FLX | 11/24/2020 11:35:44 AM | 50 | | | Sales | ($2.20) | | $65.00 |
| FLX | 12/02/2020 06:43:27 AM | 22 | | | Sales | ($15.40) | | $49.60 |
| FLX | 12/04/2020 12:03:31 PM | 33320339 | | | Western Union | $50.00 | | $99.60 |
| FLX | 12/04/2020 12:03:31 PM | 33320339 | | | Pre-Release Transaction | | $0.00 | |
| FLX | 12/09/2020 06:22:25 AM | 8 | | | Sales | ($14.75) | | $84.85 |
| FLX | 12/10/2020 01:04:45 PM | WDAP1120 | | | Payroll - DAP | $40.00 | | $124.85 |
| FLX | 12/10/2020 01:04:45 PM | WDAP1120 | | | Pre-Release Transaction | | $0.00 | |

Date: 12/23/2020
Time: 8:34:21 AM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 56353054 | Living Quarter: | T01-125L |
| Inmate Name: | SEARS, WILLIAM J | Arrived From: | ENG |
| Current Site Name: | Florence FCC | Transferred To: | |
| Housing Unit: | FLF-T-A | Account Creation Date: | 2/7/2020 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | 12/10/2020 01:05:02 PM | WIPP1120 | | | Payroll - IPP | $4.80 | | $129.65 |
| FLX | 12/10/2020 01:05:02 PM | WIPP1120 | | | Pre-Release | | $0.00 | |
| | | | | | Transaction | | | |
| FLX | 12/16/2020 06:16:40 AM | 5 | | | Sales | ($17.70) | | $111.95 |
| FLX | 12/17/2020 01:03:22 PM | 33320352 | | | Western Union | $50.00 | | $161.95 |
| FLX | 12/17/2020 01:03:22 PM | 33320352 | | | Pre-Release Transaction | | $0.00 | |

Institution Count: 84 Totals: $161.55 $0.00
Total Count: 84

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | $161.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $161.95 |
| Totals: | $161.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $161.95 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $852.05 | $790.30 | $56.78 | $161.95 | $105.64 | N/A | N/A |