IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge William J. Martínez

Civil Action No. 21-cv-0141-WJM
(Criminal Case No. 16-cr-301-WJM-1)

UNITED STATES OF AMERICA,

v.

WILLIAM J. SEARS,

    Movant.

## ORDER

    Movant William J. Sears has filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 246, and a Motion to be Appointed Legal Counsel, ECF No. 247.

    First, after preliminary consideration of Movant's 28 U.S.C. § 2255 Motion, ECF No. 246, the Court finds a response by the United States Attorney is appropriate.

    Accordingly, it is

    ORDERED that the United States Attorney on or before **February 19, 2021**, shall file an answer or other pleading directed to the Motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.  It is

    FURTHER ORDERED that movant may file a reply within **21 days** of the date the answer is filed in this Court.  It is

    FURTHER ORDERED that Movant's Motion to be Appointed Legal Counsel, ECF No. 247, is DENIED as premature.  Generally, the right to appointed counsel extends to the first appeal of right, and no further.  *Pennsylvania v. Finley*, 481 U.S.

551, 555 (1987).  The Court will reconsider appointment of counsel if an evidentiary hearing is required.  *Swazo v. Wyoming Dept. of Corrections State Penitentiary Warden*, 23 F.3d 332, 333 (10th Cir. 1994).

Dated this 20th day of January, 2021.

BY THE COURT:

_____
William J. Martinez
United States District Judge