**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 21-cv-0141-WJM
(Criminal Case No. 16-cr-301-WJM-1)

UNITED STATES OF AMERICA,

v.

WILLIAM J. SEARS,

    Movant.

---

## ORDER

---

Movant has filed an Application to Proceed in District Court without Prepaying Fees or Costs (Short Form), ECF No. 248. Section 2255 proceedings are not separate civil actions but are instead the continuation of the same criminal matter. *See United States v. Cook*, 997 F.2d 1312, 1319 (10th Cir. 1993). Therefore, a movant is not required to pay a filing fee or to seek leave to proceed in forma pauperis. *Id.* Accordingly, it is

**ORDERED** that Movant's Application to Proceed in District Court without Prepaying Fees or Costs (Short Form), ECF No. 248, is DENIED as unnecessary.

Dated this 20th day of January, 2021.

BY THE COURT:

_____
William J. Martinez
United States District Judge