FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 19 2021
JEFFREY P. COLWELL
CLERK

16CR00301WJM
Civil Action 21-CV-00141-WJM

In the United States District Court for the District of Colorado

Request For Time Extension To Respond To Governments Response.

I am requesting a 60 day extension to respond to the governments Response to my motion to set aside pending an evidentiary. Due to the Covid 19 Pandemic Mail has been slowed by 2-3 weeks. Thats going & coming from Florence CO to Denver. I am requesting to have till April 30th to have my response in to the court. This will give 30 days for mail & 30 days for response creation. Thank you for your consideration regarding this matter.

Respectfully
William J Sears

# FCC Florence Inmate Bulletin

## INCOMING CORRESPONDENCE

Please note, per the Program Statement 5800.16, Mail Management Manual, Incoming correspondence will be delivered daily Monday through Friday. Delivery of letters may not be delayed and ordinarily will be made within 24 hours of receipt, excluding weekends and holidays.

Recently there has been an increase in the number of complaints regarding the date mail is delivered at FCC Florence to the inmate population vs the postmarked date on the correspondence.

The local Postmaster has been contacted and states "Due to COVID-19 regulations and the affect it has had, the United States Postal Service sorting facility in Denver, CO has outsourced part of its operation to other sorting facilities. This has caused mail delivery to the local Post Office in Florence, CO to be delayed 2-3 weeks".

Should you have any questions, you may address them to either the Captain, Case Management Coordinator, or the Associate Warden of Programs.

_____          2/8/21
C. Carter, Warden                                    Date

SEARS, WILLIAM 36353-054

Name: Sears
Reg. No: 36353054
FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, CO 81226-5000

Office of the Clerk
United States District Court
Alfred A. ARRAJ Courthouse
901 19th Street Room A-105
Denver, CO 80294

