**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 16-cr-00301-WJM-1
(Civil Action No. 21-cv-00141-WJM)

**UNITED STATES OF AMERICA**,

      Plaintiff-Respondent,

v.

**WILLIAM J. SEARS,**

      Defendant-Movant.

---

**CERTIFICATE OF SERVICE
OF RE-SENDING OF RESPONSE (ECF No. 255) TO DEFENDANT**

---

      The United States hereby files a Certificate of Service of re-sending of the

United States' Response To Motion To Vacate, Set Aside, Or Correct Sentence

(ECF No. 255).

      Respectfully submitted this 24th day of March, 2021.

                    Matthew T. Kirsch
                    Acting United States Attorney

                    *s/ Paul Farley*
                    Paul Farley
                    Assistant U.S. Attorney
                    1801 California Street, Suite 1600
                    Denver, Colorado 80202
                    Telephone:  303.454.0100
                    USACO.ECFAppellate@usdoj.gov
                    Attorneys for Plaintiff-Respondent

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/Colorado)**

I hereby certify that on March 24, 2021, I electronically filed the foregoing document with Clerk of Court using the CM/ECF system and certify that a copy will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

William J. Sears
Reg. No. 56353-054
Florence Federal Prison Camp
P.O. Box 5000
Florence, CO 81226

/s/ Ma-Linda La-Follette
MA-LINDA LA-FOLLETTE
United States Attorney's Office
Denver, Colorado