IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. DOCKET 16-CR-00301 |
| V. | : CIV. DOCKET 21-CV-00691 |
| | : JUDGE MARTINEZ |
| SCOTT M. DITTMAN | : PRO SE |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 23 2021
JEFFREY P. COLWELL
CLERK

MOTION FOR SUMMARY JUDGEMENT PURSUANT
TO 28 U.S.C. 2255

Movant ask's this Honorable Court to find in his favor to vacate due to the governments improperly replying twice to Movants 2255. The government entered two briefs in order to try and deny Movant his right to file under 28 U.S.C. 2255 by stating he was untimely. The government wasted ample opportunity to reply to Movants motion but instead used a tactic that had no merit. It is for this simple reason that Movant ask's for Summary judgement.

4/18/21
Dated

Respectfully Submitted,

Scott M. Dittman
SPC Schuylkill
P.O. Box 670
Minersville, PA. 17954

Certificate of Service

I Scott M. Dittman place into First Class, U.S. Mail at APC Schuylkill, P.O. Box 670. Minersville, PA. 17954, one original and true Motion For Summary Judgement Pursuant To 28 U.S.C. 2255, sent to Clerk of Courts, Alfred A. Arraj, U.S. Courthouse, 901 19th Street, 2nd Floor, Denver, CO. 80294

4/18/21
Dated

Scott M. Dittman

DITTMAN, S 43806-013
FEDERAL PRISON CAMP SCHUYLKILL
PO BOX 670
MINERSVILLE, PA 17954
MAILED FROM:
FPC SCHUYLKILL
SCHUYLKILL, PA

CLERK OF COURTS
ALFRED A ARRAJ US COURTHOUSE
901 19TH ST, 2ND FLOOR
DENVER, CO 80294

Case 1:16-cr-00301-WJM   Document 270   Filed 04/23/21   USDC Colorado   Page 4 of 4