Motion For Status Conference

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 07 2022
JEFFREY P. COLWELL
CLERK

Criminal Case - 1:16-CR-00301-WJM
Civil Action - 21-CV-00141-WJM

United States of America
Plaintiff - Respondent
            V
William J Sears
Defendant - Movant


William J Sears respectfully submits this motion for Status Conference on his own behalf.

1

Reason for This Motion:

Currently before the Court is 28 U.S.C 2255 motion Filed on 1-15-21. My Final Motion For Summary Judgement was Filed on 4-26-21. Given the brief amount of time between the initial Filing and the Final Motion, as opposed to the considerable amount of time that has elapsed since the Final Motion to Present day. I respectfully request to meet with the court to address any questions or concerns.

In addition I would like to Provide an Information update. The reason for this is that perhaps the court is of the same thought process as it was when I requested an appeal Bond in April of 2020. The court denied that request Citing the fact I never contested Nor even Mentioned the 36 month tax conviction. With that I would still have 6.6 months left on that sentence.

On September 1, 2020 I Entered the RDAP program as recommended by the court. I successfully completed the Program on May 30, 2021. For a 36 month sentence RDAP awards a 9 month sentence reduction with 6 months halfway house. That would have had me released to supervised release on November 18, 2021

I would like to thank the court for its consideration regarding this matter.

Respectfully,
William J Sears

2

DENVER CO 802
3 FEB 2022 PM 2 L

NAME: Sears
Reg. No: 56353054
Federal Prison Camp
P. O. Box 5000
Florence, CO 81226-5000

Office of the Clerk
Alfred A. ARRAJ Courthouse
901-19th St Room A105
Denver, CO 80294-3589

80294-250059