IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM
(Civil Case No. 21-cv-00141-WJM)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

WILLIAM J. SEARS,

    Defendant-Movant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 2nd day of June, 2022.

        COLE FINEGAN
        United States Attorney

By:    *s/ Michael C. Johnson*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Michael.Johnson2@usdoj.gov

        Counsel for Plaintiff United States of America

2

## **CERTIFICATE OF SERVICE**

  I certify that on this 2nd day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

             By: *s/ Kayla Keiter*
                Appellate Secretary
                United States Attorney's Office