IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-00301-WJM
(Civil Case No. 21-cv-00141-WJM)

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

WILLIAM J. SEARS,

    Defendant-Movant.

## MOTION TO WITHDRAW

The government, by and through undersigned counsel, respectfully moves the court for an order allowing AUSA Paul Farley to withdraw as counsel of record in this matter. AUSA Michael Johnson has entered his appearance as counsel for the government.

Respectfully submitted this 2nd day of June, 2022.

    COLE FINEGAN
    United States Attorney

    *s/ Paul Farley*
    Paul Farley
    Assistant U.S. Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303.454.0100
    USACO.ECFAppellate@usdoj.gov
    Attorney for Plaintiff-Respondent

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/Colorado)**

I hereby certify that on June 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.   Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Kayla Keiter*
KAYLA KEITER
U.S. Attorney's Office
