REQUEST FOR DOCKETED DOCUMENTS

Case Number(s):
    1:16-CR-00301 WJM
    21-CV-00141-WJM

William J Sears respectfully submits this motion / request for docketed documents on his own behalf.

Reason for this request:

    In reviewing the electronic receipts of past motions I noticed a gap regarding document numbers in the above mentioned case(s)/dockets. The Final Motion for Summary Judgement was entered on 4-26-2021 under case number 1:16-CR-00301WJM and was issued document numbered "270".
    I then filed a Motion For Status Conference and it was entered on 2-9-2022 under case number 1:16-CR-00301WJM. That motion was issued document numbered "281". I have not received as prison records will confirm notification of nor copy's of documents numbered 271,272,273,274,275,276,277,278,279 and 280.
    I respectfully request copy's of the above numbered documents (#271 thru #280) on the docket(s) and any other docketed documents starting with 283 to the present date.

I would like to thank the court in advance for it's cooperation in this matter.

Respectfully,
*William J Sears*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 21 2022**

JEFFREY P. COLWELL
CLERK

NAME: Sears
Reg. No: 36335054
Federal Prison Camp
P. O. Box 5000
Florence, CO 81226-5000

DENVER CO 802
17 JUN 2022 PM 9 L

OFFICE of The Clerk
United States District Court
Alfred A ARRAJ Courthouse
901 - 19th Street   Room A-105
Denver, CO 80294-3589

80294-250099