# MOTION FOR DOCKET SHEET

Case Number 1:16-CR-00301

William J Sears respectfully submits this motion on his own behalf.

Reason for this Motion:

In reviewing electronic receipts of past motions I noticed gaps regarding document numbers in the above mentioned case number. Many of which as prison records will show I have not received copy's of. I am respectfully requesting that a Docket Sheet be printed and mailed to my address of record at Florence Prison Camp. Thank you in advance for your consideration in this matter.

Respectfully,

*William J. Sears*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 01 2022

JEFFREY P. COLWELL
CLERK



NAME: Sears
Reg. No: 56353054
Federal Prison Camp
P.O. Box 6000
Florence, CO 81226-5000

DENVER CO 802
29 JUN 2022 PM 5 L

Office of The Clerk
UNITED STATES DISTRICT COURT
Alfred A. ARRAJ Courthouse
901-19th Street Room A-105
Denver, Colorado

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 01 2022
JEFFREY P. COLWELL
CLERK