**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 16-cr-301-WJM
(Civil Action No. 21-cv-141-WJM)

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,

v.

WILLIAM J. SEARS,

      Defendant/Movant.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with the Order (ECF No. 289) entered by United States District Judge William J. Martínez on July 15, 2022, it is hereby

ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 289) is denied. It is

FURTHER ORDERED that civil case number 21-cv-141-WJM is dismissed with prejudice. It is

FURTHER ORDERED that pursuant to the Order (ECF No. 289), no certificate of appealability will issue.

Dated July 15, 2022, at Denver, Colorado.

      FOR THE COURT:

      Jeffrey P. Colwell, Clerk

      By:    s/L.Roberson
             L. Roberson
             Deputy Clerk