# UNITED STATES COURT OF APPEALS
# TENTH CIRCUIT

Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

August 15, 2022

Mr. Jeffery P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S Courthouse
Denver, CO 80294-3589

Re: Misdirected notice of appeal in Colorado District Court
Case No.16-CR-301-WJM-1 USA v. Sears

Dear Clerk:

Enclosed please find a misdirected notice of appeal filed by William J. Sears. In order for your court to take the appropriate steps to provide us with the preliminary record in this matter, the notice of appeal is being sent to you so it can be properly filed as of August 15, 2022.  *See* Fed. R. App. P. 4(d).

Please contact this office if you have questions.

Sincerely,

CHRISTOPHER M. WOLPERT, Clerk

CMW: JJH

cc: William J. Sears