APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:16−cr−00301−WJM−1

Case title: USA v. Sears et al

Date Filed: 09/15/2016

Related Case: 1:21−cv−00141−WJM

Date Terminated: 02/10/2020

Assigned to: Judge William J. Martinez

Appeals court case number: 20−1042 Tenth Circuit

**Defendant (1)**

**William J. Sears**
*TERMINATED: 02/10/2020*

represented by **William J. Sears**
#56353−054
FLORENCE FEDERAL PRISON CAMP
Inmate Mail/Parcels
PO Box 5000
Florence, CO 81226
PRO SE

**Fredric Michael Winocur**
Ridley McGreevy & Winocur, P.C.
303 16th Street
Suite 200
Denver, CO 80202
303−629−9700
Fax: 303−629−9702
Email: winocur@ridleylaw.com
*TERMINATED: 02/14/2018*
*Designation: Retained*

**Marci Gilligan LaBranche**
Stimson Stancil LaBranche Hubbard LLC
1652 North Downing Street
Denver, CO 80218
720−689−8909
Email: labranche@slhlegal.com
*TERMINATED: 02/14/2018*
*Designation: Retained*

**Mark Cameron Johnson**
Mark C. Johnson, Attorney at Law
4450 Arapahoe Avenue
#100
Boulder, CO 80303
303−448−8836
Fax: 303−415−2500
Email: mark.johnson68@gmail.com
*ATTORNEY TO BE NOTICED*

**Peter R. Bornstein**
Peter R. Bornstein, Law Offices of
6060 Greenwood Plaza Boulevard
Suite 500
Greenwood Village, CO 80111
720−354−4440
Fax: 720−287−5674
Email: pbornstein@prblegal.com

*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371.F Conspiracy to Defraud the United States and Commit Offenses<br>(1) | Imprisonment: 60 months as to Count 1 and 36 months as to Count 2, for a total term of 96 months incarceration. Supervised Release: 3 years as to Count 1 and 1 year as to Count 2, to run concurrent. Special Assessment Fee: $200. Restitution: $2,433,818.00. |
| 26:7206B.F Filing False Income Tax Return<br>(2) | Imprisonment: 60 months as to Count 1 and 36 months as to Count 2, for a total term of 96 months incarceration. Supervised Release: 3 years as to Count 1 and 1 year as to Count 2, to run concurrent. Special Assessment Fee: $200. Restitution: $2,433,818.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

| | | |
| --- | --- | --- |
| **USA** | represented by | **Kenneth (Former AUSA) Harmon**<br>U.S. Attorney's Office–Denver<br>District of Colorado<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303–454–0100<br>Fax: 454–0402<br>Email: USACO.ECFCriminal@usdoj.gov<br>*TERMINATED: 12/27/2017*<br>*LEAD ATTORNEY*<br>*Designation: Federal Agency Attorney*<br><br>**Tonya Shotwell Andrews**<br>U.S. Attorney's Office–Denver<br>District of Colorado<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202<br>303–454–0100<br>Fax: 303–454–0402<br>Email: Tonya.Andrews@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Agency Attorney* |

**Jeremy S. Sibert**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Fax: 303–454–0461
Email: Jeremy.Sibert@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Michael Conrad Johnson**
U.S. Attorney's Office–Denver
District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0134
Fax: 303–454–0408
Email: michael.johnson2@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Paul Farley**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0361
Email: Paul.Farley2@usdoj.gov
*TERMINATED: 06/03/2022*
*Designation: Federal Agency Attorney*

**Robert M. Brown**
U.S. Attorney's Office–Denver
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0355
Fax: 303–454–0403
Email: Robert.Brown5@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2022 | 291 | NOTICE OF APPEAL re 290 Judgment – 2255, 289 Order on Motion to Vacate (2255) by William J. Sears. (Attachments: # 1 USCA Letter re: Misdirected Notice of Appeal)(trvo, ) (Entered: 08/16/2022) |
| 07/15/2022 | 290 | JUDGMENT – 2255 as to William J. Sears pursuant to 289 Order. Entered by Clerk on 7/15/2022. (lrobe) (Entered: 07/15/2022) |
| 07/15/2022 | 289 | ORDER denying 246 Motion to Vacate (2255) as to William J. Sears (1). Entered by Judge William J. Martinez on 7/15/2022. (lrobe) Civil Case 1:21–cv–00141–WJM closed. (Entered: 07/15/2022) |
| 07/01/2022 | 288 | MOTION for Docket Sheet by William J. Sears. (trvo, ) Modified on 7/8/2022 to terminate gavel. Copy of docket sheet mailed pursuant to Chambers' approval (trvo, ). (Entered: 07/05/2022) |
| 06/22/2022 | 287 | Letter, by William J. Sears (angar, ) (Entered: 06/22/2022) |
| 06/03/2022 | 286 | ORDER as to **William J. Sears (1)** granting the Motion to Withdraw 285 : The Motion is GRANTED for good cause shown. AUSA Paul Farley is hereby granted |

| | | |
|---|---|---|
| | | leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notifications to AUSA Farley in this case. SO ORDERED by Judge William J. Martinez on 6/3/2022. Text Only Entry (wjmsec, ) (Entered: 06/03/2022) |
| 06/02/2022 | 285 | MOTION to Withdraw as Attorney by Paul Farley by USA as to William J. Sears. (Farley, Paul) (Entered: 06/02/2022) |
| 06/02/2022 | 284 | NOTICE OF ATTORNEY APPEARANCE Michael Conrad Johnson appearing for USA. Attorney Michael Conrad Johnson added to party USA(pty:pla) (Johnson, Michael) (Entered: 06/02/2022) |
| 02/09/2022 | 283 | CERTIFICATE of Mailing/Service re 282 Order to William J. Sears #56353−054 at FLORENCE FEDERAL PRISON CAMP Inmate Mail/Parcels PO Box 5000 Florence, CO 81226. Text Only Entry. (trvo, ) (Entered: 02/09/2022) |
| 02/09/2022 | 282 | ORDER as to **William Sears (1)** denying Defendant's Motion for Status Conference 281 . The Defendant's Motion is DENIED for lack of good cause shown. SO ORDERED by Judge William J. Martinez on 2/9/2022. Text Only Entry (wjmsec, ) (Entered: 02/09/2022) |
| 02/07/2022 | 281 | MOTION for Status Conference by William J. Sears. (trvo, ) (Entered: 02/09/2022) |
| 04/23/2021 | 271 | Reply to 255 RESPONSE to Motion by USA as to William J. Sears re: 246 MOTION to Vacate under 28 U.S.C. 2255, (Attachments: # 1 Exhibit)(angar, ) Modified on 4/28/2021 to correct title (angar, ). (Entered: 04/26/2021) |
| 04/23/2021 | 270 | **DISREGARD – FILED as to wrong Defendant** MOTION for Summary Judgement Pursuant to 28 U.S.C. 2255, by William J. Sears (angar, ) (Entered: 04/26/2021) |
| 04/02/2021 | 264 | ORDER as to **William J. Sears (1)**: This matter is before the Court on the Government's Response to Motion to Vacate, Set Aside, or Correct Sentence 255 , and the Defendant's Response in Support of Evidentiary Hearing/Motion to Set Aside 262 , which the Court construes as a Reply in support of the Defendant's Motion to Vacate, Set Aside, or Correct Sentence. The Court notes that the Government's Response exceeds the 15 page limit to this Court's Revised Practice Standard III.C.1 which states that *"ALL OTHER motions... Motion and Response [shall be]: 15 pages; Reply: 10 pages"*. In the interest of justice, the Court will not strike the Government's Response, but counsel is warned that any further filing which exceeds an applicable page limitation, without prior leave of the Court, will be summarily stricken. The Court further notes that the Defendant's Reply is 41 pages in length, which grossly exceeds the Court's page limits. As a consequence, the Defendant's Reply is STRICKEN for failure to comply with this Court's Revised Practice Standards III.C.1. Defendant is granted leave to file an Amended Reply no later than **April 30, 2021**, not to exceed **35 pages**, exclusive of attorney signature blocks and certificate of service. SO ORDERED by Judge William J. Martinez on 4/2/2021. Text Only Entry (wjmsec, ) (Entered: 04/02/2021) |
| 03/24/2021 | 263 | CERTIFICATE of Mailing/Service re 255 Response to Motion by Plaintiff USA (Farley, Paul) (Entered: 03/24/2021) |
| 03/22/2021 | 262 | **STRICKEN** REPLY TO 255 RESPONSE to 246 MOTION to Vacate under 28 U.S.C. 2255, filed by William J. Sears (angar, ) Modified on 4/26/2021 to strike pursuant to 264 Order (angar, ). (Entered: 03/23/2021) |
| 02/23/2021 | 257 | ORDER as to **William J. Sears (1)** granting in part Defendant's Motion for Time Extension to Respond to Government's Response 256 . The Defendant's Motion is GRANTED IN PART for good cause shown. The Defendant's deadline to file his Reply in support of his Motion to Vacate under 28 U.S.C. 2255 is extended up to and including **March 31, 2021**. SO ORDERED by Judge William J. Martinez on 2/23/2021. Text Only Entry (wjmsec, ) (Entered: 02/23/2021) |
| 02/19/2021 | 256 | Motion for Extension of Time to Respond to 255 Government Response, by William J. Sears. (angar, ) (Entered: 02/23/2021) |
| 02/09/2021 | 255 | RESPONSE to Motion by USA as to William J. Sears re 246 MOTION to Vacate under 28 U.S.C. 2255 (Farley, Paul) (Entered: 02/09/2021) |

| | | |
|---|---|---|
| 01/20/2021 | 250 | ORDER as to William J. Sears (1). Movant's Application to Proceed in District Court without Prepaying Fees or Costs (Short Form), ECF No. 248 , is DENIED as unnecessary. ORDERED by Judge William J. Martinez on 1/21/2021. (angar, ) (Entered: 01/20/2021) |
| 01/20/2021 | 249 | ORDER as to William J. Sears (1). that the United States Attorney on or before February 19, 2021, shall file an answer or other pleading directed to the Motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings. Movants Motion to be Appointed Legal Counsel, ECF No. 247 , is DENIED as premature. ORDERED by Judge William J. Martinez on 1/20/2021. (angar, ) (Entered: 01/20/2021) |
| 01/15/2021 | 248 | MOTION to Proceed in Forma Pauperis, by William J. Sears. (angar, ) (Entered: 01/15/2021) |
| 01/15/2021 | 247 | MOTION to be Appointed legal Counsel, by William J. Sears. (angar, ) (Entered: 01/15/2021) |
| 01/15/2021 | 246 | MOTION to Vacate under 28 U.S.C. 2255, by William J. Sears. (Attachments: # 1 Exhibit)(angar, )<br>Civil case 1:21–cv–00141 opened. (Entered: 01/15/2021) |
| 08/28/2020 | 243 | NOTICE OF ATTORNEY APPEARANCE: Mark Cameron Johnson appearing for William J. SearsAttorney Mark Cameron Johnson added to party William J. Sears(pty:dft) (Johnson, Mark) (Entered: 08/28/2020) |
| 08/26/2020 | 242 | MANDATE of USCA as to William J. Sears re 217 Notice of Appeal. (USCA Case No. 20–1042) (angar, ) (Entered: 08/27/2020) |
| 08/05/2020 | 241 | USCA Order and Judgment as to William J. Sears re 217 Notice of Appeal : (USCA Case No. 20–1042) (This document is not the Mandate) (angar, ) (Entered: 08/07/2020) |
| 06/26/2020 | 238 | ORDER denying 221 Motion for Bond Pending Appeal as to **William J. Sears (1)**, by Judge William J. Martinez on 06/26/2020. (wjmlc1) (Entered: 06/26/2020) |
| 05/14/2020 | 237 | TRANSMITTAL OF RECORD ON APPEAL as to William J. Sears to the U.S. Court of Appeals for the Tenth Circuit as to 217 Notice of Appeal filed by William J. Sears. (USCA Case No. 20–1042). (Attachments: # 1 Pleadings, # 2 Level 2 Restricted Documents, # 3 Restrcited Presentence Reports, # 4 Unrestricted Transcripts, # 5 Restricted Transcripts, # 6 Level 3 Restricted Transcripts)(angar, ) (Entered: 05/14/2020) |
| 04/24/2020 | 236 | Final ORDER of Forfeiture as to William J. Sears (1), by Judge William J. Martinez on 4/24/2020`. (angar, ) (Entered: 04/24/2020) |
| 04/23/2020 | 235 | MOTION for Forfeiture of Property *for Final Order of Forfeiture for Direct Assets, Substitute Assets, and a Personal Forfeiture Money Judgment* by USA as to William J. Sears. (Attachments: # 1 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 04/23/2020) |
| 04/02/2020 | 234 | TRANSCRIPT of Sentencing Hearing as to William J. Sears held on January 30, 2020 before Judge Martinez. Pages: 1–104. <br><br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 04/02/2020) |
| 03/25/2020 | 233 | Passport return Receipt as to William J. Sears (1) (angar, ) (Entered: 03/26/2020) |
| 03/12/2020 | 231 | REPORTER TRANSCRIPT ORDER FORM filed by Mary George re 217 Notice of Appeal. Transcript due by 4/9/2020. (nrich) (Entered: 03/12/2020) |
| 03/05/2020 | 230 | Passport Receipt as to William J. Sears (1). Forwarding passport to Dept. of State pursuant to 215 Judgment. Passport Number 498719491 issued by United States of |

| | | |
|---|---|---|
| | | America. (Attachments: # 1 Certified Mail Receipt) (afran) (Entered: 03/05/2020) |
| 02/28/2020 | 228 | ORDER Granting 224 Motion to Proceed in Forma Pauperis as to William J. Sears (1). ORDERED by Judge William J. Martinez on 2/28/2020. (angar, ) (Entered: 02/28/2020) |
| 02/25/2020 | 227 | ORDER of USCA as to William J. Sears re 217 Notice of Appeal. (USCA Case No. 20−1042) (angar, ) (Entered: 02/26/2020) |
| 02/25/2020 | 226 | TRANSCRIPT ORDER FORM re 217 Notice of Appeal by William J. Sears. (Bornstein, Peter) (Entered: 02/25/2020) |
| 02/25/2020 | 225 | DESIGNATION OF RECORD ON APPEAL re 217 Notice of Appeal by William J. Sears. (Attachments: # 1 Docket Sheet)(Bornstein, Peter) (Entered: 02/25/2020) |
| 02/25/2020 | 224 | MOTION to Proceed in Forma Pauperis by William J. Sears. (Bornstein, Peter) (Entered: 02/25/2020) |
| 02/25/2020 | 223 | RESPONSE to Motion by USA as to William J. Sears re 221 MOTION for Bond *While on Appeal* (Brown, Robert) (Entered: 02/25/2020) |
| 02/20/2020 | 222 | ORDER as to **William Sears (1)**: This matter is before the Court on Defendant's Motion for Bond while on Appeal 221 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **March 2, 2020**. No Reply will be accepted without prior leave or order of Court. SO ORDERED by Judge William J. Martinez on 2/20/2020. Text Only Entry (wjmsec, ) (Entered: 02/20/2020) |
| 02/20/2020 | 221 | MOTION for Bond *While on Appeal* by William J. Sears. (Bornstein, Peter) (Entered: 02/20/2020) |
| 02/13/2020 | 220 | USCA Case Number as to William J. Sears 20−1042 for 217 Notice of Appeal filed by William J. Sears. (angar, ) (Entered: 02/19/2020) |
| 02/13/2020 | 218 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 217 Notice of Appeal as to William J. Sears to the U.S. Court of Appeals. ( CJA,) (Attachments: # 1 Preliminary Record and Docket Sheet)(angar, ) (Entered: 02/13/2020) |
| 02/12/2020 | 217 | NOTICE OF APPEAL as to 215 Judgment, by William J. Sears. (Bornstein, Peter) (Entered: 02/12/2020) |
| 02/10/2020 | 216 | STATEMENT OF REASONS as to William J. Sears (1). (afran) (Entered: 02/10/2020) |
| 02/10/2020 | 215 | JUDGMENT as to defendant William J. Sears (1). Counts 1 and 2 of the Information: Defendant sentence to imprisonment for a term of 60 months as to Count 1 and 36 months as to Count 2, for a total term of 96 months of incarceration. 3 years of supervised release as to Count 1 and 1 year of supervised release as to Count 2, to run concurrent. $200 special assessment fee. $2,433,818.00 in restitution. Entered by Judge William J. Martinez on 2/10/2020. (afran) (Entered: 02/10/2020) |
| 02/10/2020 | 211 | Amended Preliminary ORDER of Forfeiture, as to William J. Sears (1). ORDERED by Judge William J. Martinez on 2/10/2020. (angar, ) (Entered: 02/10/2020) |
| 02/05/2020 | 210 | RESTRICTED AMENDED PRESENTENCE REPORT as to William J. Sears (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 02/05/2020) |
| 02/04/2020 | 209 | MOTION to Amend/Correct *the Preliminary Order of Forfeiture* by USA as to William J. Sears. (Attachments: # 1 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 02/04/2020) |
| 02/03/2020 | 207 | ORDER as to **William J. Sears (1)** striking Defendant's Motion for Dismissal of Charges with Prejudice for Lack of Jurisdiction 206 As the Defendant, Mr. Sears has the right to have counsel appointed to represent him or he has the right to represent himself, but he does not have the right to hybrid representation. *United States v. Hill*, 526 F.2d 1019, 1025 (10th Cir. 1975). Because Defendant continues to be represented by counsel, he cannot be represented and still continue to file motions on his own behalf. Accordingly, ECF No. 206 is STRICKEN. SO ORDERED by Judge William J. Martinez on 2/3/2020. Text Only Entry (wjmsec, ) (Entered: 02/03/2020) |

| | | |
|---|---|---|
| 01/30/2020 | 206 | **STRICKEN** MOTION for Dismissal of Charges with Prejudice for Lack of Jurisdiction, by William J. Sears. (angar, ) Modified on 2/3/2020 to strike pursuant to 207 Order (angar, ). (Entered: 02/03/2020) |
| 01/30/2020 | 204 | COURTROOM MINUTES for Sentencing Hearing as to defendant William J. Sears (1) held before Judge William J. Martinez held on 1/30/2020. Granting the Government's oral motion for an additional one–level reduction in the offense level for acceptance of responsibility. Defendant sentenced as reflected on the record. Defendant remanded. Court Reporter: Mary George. (afran, ) (Entered: 01/31/2020) |
| 01/21/2020 | 193 | RESTRICTED ADDENDUM to Presentence Report 192 as to William J. Sears (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 01/21/2020) |
| 01/21/2020 | 192 | RESTRICTED PRESENTENCE REPORT as to William J. Sears (Attachments: # 1 Exhibit A, # 2 Exhibit B)(doden, ) (Entered: 01/21/2020) |
| 10/09/2019 | 185 | ORDER as to **William J. Sears (1)** granting the Defendant's Unopposed Motion to Reset Sentencing Hearing 184 . The Defendant's Motion is GRANTED for good cause shown. The Sentencing Hearing set for January 23, 2020 at 1:30 p.m. is hereby **VACATED and RESET to January 30, 2020 at 1:30 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 10/9/2019. Text Only Entry (wjmsec, ) (Entered: 10/09/2019) |
| 10/02/2019 | 184 | Unopposed MOTION for Order *Resetting Sentencing Hearing* by William J. Sears. (Bornstein, Peter) (Entered: 10/02/2019) |
| 10/01/2019 | 183 | ORDER as to **William J. Sears (1)**: This matter comes before the Court *sua sponte*. The undersigned will be out of the office the week of October 28, 2019, and as a result the Sentencing Hearing currently set for October 31, 2019 at 1:15 p.m. is hereby **VACATED and RESET to January 23, 2020 at 1:30 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards to ensure compliance with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 10/1/2019. Text Only Entry (wjmsec, ) (Entered: 10/01/2019) |
| 09/30/2019 | 181 | ORDER denying 173 Motion for Reconsideration as to **William J. Sears (1)**, by Judge William J. Martinez on 09/30/2019. (wjmlc1) (Entered: 09/30/2019) |
| 08/23/2019 | 180 | RESPONSE in Opposition by USA as to William J. Sears re 173 MOTION for Reconsideration re 150 Order on Motion to Withdraw Plea of Guilty (Sibert, Jeremy) (Entered: 08/23/2019) |
| 08/06/2019 | 179 | ORDER as to **William Sears (1)** granting the 178 Government's Unopposed Motion for Extension of Time to Respond to Motion to Reconsider Court's Denial of Motion to Withdraw Change of Plea [ECF 173]. The Government's Motion is GRANTED for good cause shown. The Government's deadline to file its Response to Defendant's Motion for Reconsideration is extended up to and including **August 26, 2019**. SO ORDERED by Judge William J. Martinez on 8/6/2019. Text Only Entry (wjmsec, ) (Entered: 08/06/2019) |
| 08/06/2019 | 178 | Unopposed MOTION for Extension of Time to File Response/Reply *TO MOTION TO RECONSIDER COURTS DENIAL OF MOTION TO WITHDRAW CHANGE OF PLEA [ ECF 173]* Attorney Robert M. Brown added to party USA(pty:pla) by USA as to William J. Sears, Scott M. Dittman. (Brown, Robert) Modified on 8/7/2019 to terminate motion pursuant to 179 Order (angar, ). (Entered: 08/06/2019) |
| 08/05/2019 | 176 | ORDER as to **William J. Sears (1)**: Before the Court is Defendant's Motion for Reconsideration 173 . The Government shall respond on or before **August 12, 2019**. No reply from Defendant will be accepted. SO ORDERED by Judge William J. Martinez on 08/05/2019. Text Only Entry (wjmlc1) (Entered: 08/05/2019) |
| 08/02/2019 | 177 | Conventionally Submitted Material : CD re: Response, 175 by Plaintiff USA Text Only Entry (angar, ) (Entered: 08/05/2019) |
| 08/02/2019 | 175 | RESPONSE by USA as to William J. Sears *TO DEFENDANT'S OBJECTIONS TO PSR* (Attachments: # 1 A1, # 2 A2, # 3 A3, # 4 A4, # 5 A5, # 6 A6, # 7 A7, # 8 A8, # 9 A9, # 10 A10, # 11 A12, # 12 A13, # 13 A14, # 14 A16, # 15 A17, # 16 A18, # 17 |

| | | |
|---|---|---|
| | | A19, # 18 A20, # 19 A21, # 20 A22, # 21 A23, # 22 A24, # 23 A25, # 24 A26, # 25 A27, # 26 A28, # 27 A29, # 28 A30, # 29 A31, # 30 A32, # 31 A33, # 32 A34)(Sibert, Jeremy) (Entered: 08/02/2019) |
| 08/01/2019 | 173 | MOTION for Reconsideration re 150 Order on Motion to Withdraw Plea of Guilty by William J. Sears. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Bornstein, Peter) (Entered: 08/01/2019) |
| 07/01/2019 | 171 | ORDER as to **William J. Sears (1)**: This matter is before the Court upon the entry of the Court's Order resetting Defendant Sears' Sentencing Hearing for October 31, 2019 (ECF No. 170). The deadline for the Government to file its Response to Defendant Sears' Objection to Presentence Investigation Report (ECF No. 160 ) is extended up to and including **August 7, 2019**. No reply will be permitted. SO ORDERED by Judge William J. Martinez on 7/1/2019. Text Only Entry (wjmsec, ) (Entered: 07/01/2019) |
| 06/28/2019 | 170 | ORDER as to **William J. Sears (1)**: This matter is before the Court *sua sponte*. Due to a conflict with a criminal jury trial the week of July 8, 2019, the Sentencing Hearing set for July 11, 2019 at 1:30 p.m. is hereby **VACATED and RESET to October 31, 2019 at 1:15 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing−related motions. It is FURTHER ORDERED that the Government's Motion for Clarification 168 is DENIED as MOOT, given this Court's Orders in *United States of America v. Dittman*, Case No. 16−cr−301−WJM−2 (ECF No. 169) and *United States of America v. Jean−Pierre*, Case No. 17−cr−008−WJM (ECF No. 232), which set the sentencing hearings for these two defendants at or near the same time as Defendant Sears' sentencing hearing. SO ORDERED by Judge William J. Martinez on 6/28/2019. Text Only Entry (wjmsec, ) (Entered: 06/28/2019) |
| 06/24/2019 | 168 | MOTION for Clarification *sentencing dates* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) Modified on 7/3/2019 to term motion pursuant to 170 (angar, ). (Entered: 06/24/2019) |
| 06/19/2019 | 163 | ORDER as to **William Sears (1)**: This matter is before the Court on Defendant Sears' Objection to Presentence Investigation Report 160 . The Government is DIRECTED to file a Response to Defendant's Objections on or before **July 1, 2019**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 6/19/2019. Text Only Entry (wjmsec, ) (Entered: 06/19/2019) |
| 06/18/2019 | 160 | OBJECTION/RESPONSE to Presentence Report 151 by William J. Sears (Bornstein, Peter) (Entered: 06/18/2019) |
| 06/18/2019 | 159 | RESPONSE in Opposition by USA as to William J. Sears, Scott M. Dittman re 154 MOTION to Continue *Sentencing Hearing and Request for Specific Discovery* (Sibert, Jeremy) (Entered: 06/18/2019) |
| 06/04/2019 | 152 | EXHIBIT B TO RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to William J. Sears (doden, ) (Entered: 06/04/2019) |
| 06/04/2019 | 151 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to William J. Sears (Attachments: # 1 Exhibit A)(doden, ) (Entered: 06/04/2019) |
| 05/22/2019 | 150 | ORDER denying 139 Motion to Withdraw Plea of Guilty as to **William J. Sears (1)**, by Judge William J. Martinez on 05/22/2019. (wjmlc1) (Entered: 05/22/2019) |
| 05/09/2019 | 149 | REPLY TO RESPONSE to Motion by William J. Sears re 139 MOTION to Withdraw Plea of Guilty (Attachments: # 1 Exhibit A)(Bornstein, Peter) (Entered: 05/09/2019) |
| 05/06/2019 | 148 | ORDER as to **William J. Sears (1)** granting Defendant's Unopposed Motion for Extension of Time to File a Reply Re: Motion to Withdraw Plea of Guilty 147 . Defendant's Motion is GRANTED for good cause shown. Defendant's deadline to file a reply in support of his motion to withdraw guilty plea is extended up to and including **May 9, 2019**. SO ORDERED by Judge William J. Martinez on 5/6/2019. Text Only Entry (wjmsec, ) (Entered: 05/06/2019) |
| 05/03/2019 | 147 | Unopposed MOTION for Extension of Time to File Response/Reply *Re: Motion to Withdraw Plea of Guilty* by William J. Sears. (Bornstein, Peter) (Entered: 05/03/2019) |

| | | |
|---|---|---|
| 04/23/2019 | 146 | ORDER: This matter is before the Court on the Joint Status Report 143 . To the extent that Defendant Dittman takes exception with anything stated in the Joint Status Report, he is DIRECTED to file a Response on or before **Thursday, April 25, 2019**. If Defendant Dittman fails to file a response, the Court will assume that he joins in everything set forth in the Joint Status Report. No Reply will be accepted without prior leave or order of Court. SO ORDERED by Judge William J. Martinez on 4/23/2019. Text Only Entry (wjmsec, ) (Entered: 04/23/2019) |
| 04/22/2019 | 145 | ORDER as to **William J. Sears (1)**: This matter is before the Court on Defendant's Motion to Withdraw Plea of Guilty 139 and the Government's response 144 . Defendant is DIRECTED to file a reply on or before **May 3, 2019**. SO ORDERED by Judge William J. Martinez on 04/22/2019. Text Only Entry (wjmlc1) (Entered: 04/22/2019) |
| 04/19/2019 | 144 | RESPONSE in Opposition by USA as to William J. Sears re 139 MOTION to Withdraw Plea of Guilty (Sibert, Jeremy) (Entered: 04/19/2019) |
| 04/19/2019 | 143 | STATUS REPORT *Joint* by USA as to William J. Sears, Scott M. Dittman (Sibert, Jeremy) (Entered: 04/19/2019) |
| 04/10/2019 | 142 | ORDER as to **William Sears (1) and Scott Dittman (2)** granting the Government's Motion for Alternative Victim Notification Under 18 U.S.C. § 3771(d)(2) 140 . The Government's Motion is GRANTED for good cause shown. Pursuant to 18 U.S.C. § 3771(d)(2), the Government is authorized to employ its requested alternative victim notification procedures. SO ORDERED by Judge William J. Martinez on 4/10/2019. Text Only Entry (wjmsec, ) (Entered: 04/10/2019) |
| 04/09/2019 | 141 | ORDER as to **William J. Sears (1)**: This matter is before the Court on Defendant's Motion to Withdraw Plea of Guilty 139 . The Government is DIRECTED to file a Response to Defendant's Motion on or before **April 19, 2019**. No Reply will be accepted without prior leave or order of Court. SO ORDERED by Judge William J. Martinez on 4/9/2019. Text Only Entry (wjmsec, ) (Entered: 04/09/2019) |
| 04/08/2019 | 140 | MOTION for Victim Rights *Notification Alternative Means* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) (Entered: 04/08/2019) |
| 04/04/2019 | 139 | MOTION to Withdraw Plea of Guilty by William J. Sears. (Bornstein, Peter) (Entered: 04/04/2019) |
| 03/25/2019 | 138 | Utility Setting Deadline as to William J. Sears, and Scott M. Dittman: Status Report due by April 19, 2019, pursuant to 137 Order. Text Only Entry. (agarc, ) (Entered: 03/25/2019) |
| 03/21/2019 | 137 | ORDER as to **William Sears (1) and Scott M. Dittman (2)** granting the Government's Motion to Continue Joint Status Report 136 . The Motion is GRANTED for good cause shown. The deadline for the Parties to file an updated joint status report pursuant to this Court's Order at ECF No. 131, is extended up to and including **April 19, 2019**. SO ORDERED by Judge William J. Martinez on 3/21/2019. Text Only Entry (wjmsec, ) (Entered: 03/21/2019) |
| 03/19/2019 | 136 | MOTION to Continue *Joint Status Report* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) (Entered: 03/19/2019) |
| 03/06/2019 | 135 | ORDER as to **William Sears (1) and Scott M. Dittman (2)** granting Defendant Dittman's Unopposed Motion to Request Fourteen Days to File a Joint Status Report 134 . The Motion is GRANTED for good cause shown. The deadline for the Parties to file an updated joint status report pursuant to this Court's Order at ECF No. 131, is extended up to and including **March 19, 2019**. SO ORDERED by Judge William J. Martinez on 3/6/2019. Text Only Entry (wjmsec, ) (Entered: 03/06/2019) |
| 02/13/2019 | 132 | Preliminary ORDER of Forfeiture as to William J. Sears (1), by Judge William J. Martinez on 2/13/2019. (angar, ) (Entered: 02/13/2019) |
| 02/12/2019 | 131 | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)**: This matter is before the Court *sua sponte*. The Parties are DIRECTED to file an updated joint status report, no later than **March 5, 2019**, which address all issues, if any, that need to be resolved prior to the sentencing hearings set for July 11, 2019, including without limitation any remaining disputes regarding amount of loss or restitution for either Defendant. SO |

| | | |
|---|---|---|
| | | ORDERED by Judge William J. Martinez on 2/12/2019. Text Only Entry (wjmsec, ) (Entered: 02/12/2019) |
| 02/12/2019 | 129 | MOTION for Forfeiture of Property *PRELIMINARY ORDER OF FORFEITURE* by USA as to William J. Sears. (Attachments: # 1 Attachment A, # 2 Proposed Order (PDF Only))(Andrews, Tonya) (Entered: 02/12/2019) |
| 02/08/2019 | 128 | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting the Government's Motion for Sentencing Date 127 . The Government's Motion is GRANTED for good cause shown. Defendant Sears' Sentencing Hearing is hereby **SET for July 11, 2019 at 1:30 p.m.** in Courtroom A801. Defendant Dittman's Sentencing Hearing is hereby **SET for July 11, 2019 at 9:30 a.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards (as revised effective December 1, 2018) with regard to the deadlines for filing sentencing–related motions. SO ORDERED by Judge William J. Martinez on 2/8/2019. Text Only Entry (wjmsec, ) (Entered: 02/08/2019) |
| 02/06/2019 | 127 | MOTION for Hearing *Sentencing Date* by USA as to William J. Sears, Scott M. Dittman. (Sibert, Jeremy) (Entered: 02/06/2019) |
| 07/03/2018 | 124 | MOTION to Withdraw as Attorney by Philip L. Dubois by Scott M. Dittman as to William J. Sears, Scott M. Dittman. (Dubois, Philip) Modified on 7/5/2018 to terminate motion pursuant to 26 Order (angar, ). (Entered: 07/03/2018) |
| 03/21/2018 | 123 | STATUS REPORT *regarding defendants' sentencings* by USA as to William J. Sears, Scott M. Dittman (Sibert, Jeremy) (Entered: 03/21/2018) |
| 03/06/2018 | 122 | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)**: This matter is before the Court on the Parties' First Supplemental Joint Status Report 106 . The Parties are DIRECTED to file an updated Joint Status Report on or before **March 23, 2018**, which should include, without limitation, the items the Court required counsel to address in its 79 Minute Entry of March 31, 2017. SO ORDERED by Judge William J. Martinez on 3/6/2018. Text Only Entry (wjmsec, ) (Entered: 03/06/2018) |
| 03/06/2018 | 121 | NOTICE OF ATTORNEY APPEARANCE: Peter R. Bornstein appearing for William J. SearsAttorney Peter R. Bornstein added to party William J. Sears(pty:dft) (Bornstein, Peter) (Entered: 03/06/2018) |
| 02/14/2018 | 120 | ORDER granting 117 Motion to Withdraw as Attorney. Fredric Michael Winocur and Marci Gilligan LaBranche withdrawn from case as to William J. Sears (1). On review of Defendant Sears' financial affidavit [#118], the Court finds that he is entitled and qualified for the appointment of counsel under Fed.R.Crim.P. 44(a) and 18 U.S.C. section 3006A(b). Accordingly, IT IS HEREBY ORDERED that counsel shall be appointed to represent Defendant William J. Sears. By Magistrate Judge Kristen L. Mix on February 14, 2018. Text Only Entry (klm) (Entered: 02/14/2018) |
| 02/14/2018 | 119 | MEMORANDUM regarding 117 MOTION to Withdraw as Attorney *for William J. Sears and for Appointment of New Counsel from the Criminal Justice Act Panel* by Fredric Winocur & Marci LaBranche filed by William J. Sears. Motion(s) referred to Magistrate Judge Kristen L. Mix. by Judge William J. Martinez on 2/14/2018. Text Only Entry (wjmsec, ) (Entered: 02/14/2018) |
| 02/13/2018 | 118 | CJA 23 Financial Affidavit by William J. Sears. (Winocur, Fredric) (Entered: 02/13/2018) |
| 02/13/2018 | 117 | MOTION to Withdraw as Attorney *for William J. Sears and for Appointment of New Counsel from the Criminal Justice Act Panel* by Fredric Winocur & Marci LaBranche by William J. Sears. (Winocur, Fredric) (Entered: 02/13/2018) |
| 12/27/2017 | 115 | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting the Government's Motion to Withdraw 113 . The Motion is GRANTED for good cause shown. Kenneth M. Harmon is hereby granted leave to withdraw from this case. The Clerk shall terminate all further CM/ECF notifications to Mr. Harmon in this case. SO ORDERED. by Judge William J. Martinez on 12/27/2017. Text Only Entry (wjmsec, ) (Entered: 12/27/2017) |
| 12/27/2017 | 114 | NOTICE OF ATTORNEY APPEARANCE Jeremy S. Sibert appearing for USA. Attorney Jeremy S. Sibert added to party USA(pty:pla) (Sibert, Jeremy) (Entered: |

| | | |
|---|---|---|
| | | 12/27/2017) |
| 12/26/2017 | 113 | MOTION to Withdraw as Attorney by Kenneth M. Harmon by USA as to William J. Sears, Scott M. Dittman. (Harmon, Kenneth) (Entered: 12/26/2017) |
| 06/30/2017 | 107 | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting Defendant William Sears' and Scott Dittman's Motion to Restrict Document 104 . The Defendants' Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 105 and 106 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 6/30/2017. Text Only Entry (wjmsec, ) (Entered: 06/30/2017) |
| 06/30/2017 | 106 | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 06/30/2017) |
| 06/30/2017 | 105 | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 06/30/2017) |
| 06/30/2017 | 104 | Joint MOTION for Leave to Restrict by William J. Sears, Scott M. Dittman. (Attachments: # 1 Proposed Order (PDF Only))(Winocur, Fredric) (Entered: 06/30/2017) |
| 05/30/2017 | 92 | REDACTED TRANSCRIPT as to William J. Sears. Redaction re: 84 Transcript,,,. (mgeor, ) (Entered: 05/30/2017) |
| 05/10/2017 | 91 | ORDER as to William J. Sears (1) granting 89 Defendant William Sears' Unopposed Motion for Leave to Redact Transcript of Change of Plea Hearing. The Defendant's Motion is GRANTED for good cause shown. Counsel for Defendant Sears are directed to contact my Court Reporter, Mary George, at 303–335–2109, to discuss the necessary arrangements and procedures by which Ms. George may comply with this Order. SO ORDERED by Judge William J. Martinez on 05/10/2017. Text Only Entry (angar, ) (Entered: 05/10/2017) |
| 05/10/2017 | 90 | ORDER as to **William J. Sears (1)** granting 87 Defendant William Sears' Motion to Restrict Document. The Defendant's Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 88 and 89, shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 5/10/2017. Text Only Entry (wjmsec, ) (Entered: 05/10/2017) |
| 05/09/2017 | 89 | RESTRICTED DOCUMENT – Level 2: as to William J. Sears. (Attachments: # 1 Exhibit A)(Winocur, Fredric) (Entered: 05/09/2017) |
| 05/09/2017 | 88 | RESTRICTED DOCUMENT – Level 2: as to William J. Sears. (Winocur, Fredric) (Entered: 05/09/2017) |
| 05/09/2017 | 87 | MOTION for Order *to Restrict Document* by William J. Sears. (Attachments: # 1 Proposed Order (PDF Only) Order to Restrict)(Winocur, Fredric) (Entered: 05/09/2017) |
| 05/02/2017 | 84 | TRANSCRIPT of Change of Plea as to William J. Sears held on November 14, 2016 before Judge Martinez. Pages: 1–40. <br><**br> NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (mgeor, ) (Entered: 05/02/2017) |
| 04/20/2017 | 80 | NOTICE *of Lis Pendens* by USA as to William J. Sears, Scott M. Dittman (Andrews, Tonya) (Entered: 04/20/2017) |
| 03/31/2017 | 79 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Status Conference as to Defendant 1. William J. Sears and Defendant 2. Scott M. Dittman held on 3/31/2017. ORDERED: The Court provisionally grants the Defendants' motion |

| | | |
|---|---|---|
| | | for a single sentencing hearing, subject to a reassessment of this ruling by the Court should future developments in this case so warrant. The parties shall file a Further Joint Status Report no later than Friday, June 30th. The Report shall include, at a minimum, (1) whether a further status conference is appropriate or necessary; (2) whether the parties continue to believe a pre−sentencing evidentiary hearing is required, and (3) whether there is any reason the Court cannot proceed to re−setting the sentencing hearing(s) and the evidentiary hearing on contested sentencing facts, should the parties continue to believe that such a hearing is necessary. To the extent there is a need for a pre−sentencing evidentiary hearing, that hearing will be consolidated as to both defendants.Court Reporter: Mary George. (dhans, ) (Entered: 03/31/2017) |
| 03/24/2017 | 78 | ORDER as to **William J. Sears (1) and Scott M. Dittman (2)** granting in part the Parties' Joint Motion to Vacate March 29, 2017 Status Hearing, Reset the Status Hearing as a Telephonic Hearing and Defendants' Motion to Waive their Appearances 77 . The Parties' Motion is GRANTED IN PART for good cause shown. The Status Conference currently set for March 29, 2017 is hereby **VACATED and RESET to March 31, 2017 at 10:30 a.m.** in Courtroom A801. Counsel for Defendant Dittman, Philip Dubois, is granted leave to appear at the Status Conference by telephone. Mr. Dubois shall contact chambers at (303) 335−2805 at least 5 minutes prior to the start of the Status Conference. Counsel for the Government and Defendant Sears must appear in person. It is FURTHER ORDERED that Defendant Sears's and Defendant Dittman's presence is WAIVED for the Status Conference. SO ORDERED by Judge William J. Martinez on 3/24/2017. Text Only Entry (wjmsec, ) (Entered: 03/24/2017) |
| 03/24/2017 | 77 | Joint MOTION to Vacate *March 29, 2017 Status Hearing, Reset the Status Hearing as a Telephonic Hearing and Defendants' Motion to Waive Their Appearances* by William J. Sears, Scott M. Dittman. (LaBranche, Marci) (Entered: 03/24/2017) |
| 03/16/2017 | 76 | Utility Setting/Resetting Deadlines/Hearings as to William J. Sears and Scott M. Dittman: Status Conference set for 3/29/2017 11:00 AM in Courtroom A 801 before Judge William J. Martinez pursuant to 75 Order. (cthom, ) (Entered: 03/23/2017) |
| 03/16/2017 | 75 | ORDER as to **William J. Sears (1), Scott M. Dittman (2)**: This matter is before the Court on the Parties' Joint Status Report 73 . A Status Conference is hereby **SET for March 29, 2017 at 11:00 a.m.** in Courtroom A801, at which time the Court will consider the matters raised in said Report. SO ORDERED by Judge William J. Martinez on 3/16/2017. Text Only Entry (wjmsec, ) (Entered: 03/16/2017) |
| 03/16/2017 | 74 | ORDER as to **William J. Sears (1), Scott M. Dittman (2)** granting Defendants William Sears' and Scott Dittman's Motion to Restrict Document 71 . The Defendants' Motion is GRANTED for good cause shown. The documents filed at ECF Nos. 72 and 73 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by the Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 3/16/2017. Text Only Entry (wjmsec, ) (Entered: 03/16/2017) |
| 03/15/2017 | 73 | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 03/15/2017) |
| 03/15/2017 | 72 | RESTRICTED DOCUMENT – Level 2: as to William J. Sears, Scott M. Dittman. (Winocur, Fredric) (Entered: 03/15/2017) |
| 03/15/2017 | 71 | Joint MOTION for Order *to Restrict Document* by William J. Sears, Scott M. Dittman. (Attachments: # 1 Proposed Order (PDF Only))(Winocur, Fredric) (Entered: 03/15/2017) |
| 02/07/2017 | 70 | NOTICE of Change of Address/Contact Information (Andrews, Tonya) (Entered: 02/07/2017) |
| 12/29/2016 | | ***Set Deadlines as to William J. Sears: Joint Status Report due by 3/15/2017. re: 62 (dhans, ) (Entered: 12/29/2016) |
| 12/05/2016 | 60 | MOTION for Hearing *, Phone Appearance* by Scott M. Dittman as to William J. Sears, Scott M. Dittman. (Dubois, Philip) (Entered: 12/05/2016) |
| 12/02/2016 | 59 | TRANSCRIPT of Motions Hearing as to William J. Sears, Scott M. Dittman held on September 15, 2016 before Magistrate Judge Tafoya. Pages: 1−22. |

| | | |
|---|---|---|
| | | **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Stevens−Koenig Reporting, ) (Entered: 12/02/2016) |
| 11/29/2016 | 56 | PLEA AGREEMENT as to William J. Sears filed pursuant to 54 Order. (cthom, ) (Entered: 11/29/2016) |
| 11/29/2016 | 55 | ORDER as to **William J. Sears (1)** granting 53 Government's Motion to Restrict Docket Number 52. The Government's Motion is GRANTED for good cause shown. The document filed at ECF No. 52 shall remain RESTRICTED at RESTRICTION LEVEL 2 (viewable only by Selected Parties and the Court). SO ORDERED by Judge William J. Martinez on 11/29/2016. Text Only Entry (wjmsec, ) (Entered: 11/29/2016) |
| 11/29/2016 | 54 | ORDER as to **William J. Sears (1)** granting the Government's Unopposed Motion for Leave to File Redacted Plea Agreement as to Defendant Sears 51 . The Government's Motion is hereby GRANTED for good cause shown. The redacted version of the Plea Agreement attached as Exhibit A to the Motion [51−1] is ACCEPTED as filed. The Clerk shall file the redacted version of the Plea Agreement as a separate docket entry on CM/ECF. SO ORDERED by Judge William J. Martinez on 11/29/2016. Text Only Entry (wjmsec, ) (Entered: 11/29/2016) |
| 11/28/2016 | 53 | MOTION for Leave to Restrict by USA as to William J. Sears. (Harmon, Kenneth) (Entered: 11/28/2016) |
| 11/28/2016 | 52 | RESTRICTED DOCUMENT – Level 2: as to William J. Sears. (Harmon, Kenneth) (Entered: 11/28/2016) |
| 11/28/2016 | 51 | Unopposed MOTION for Leave to File *Redacted Plea Agreement* by USA as to William J. Sears. (Attachments: # 1 Exhibit A)(Harmon, Kenneth) (Entered: 11/28/2016) |
| 11/14/2016 | 50 | Public Utility Resetting Hearing as to William J. Sears: Text Only Entry. Sentencing set for 4/25/2017 at 10:30 AM in Courtroom A801 before Judge William J. Martinez. (dhans, ) (Entered: 11/16/2016) |
| 11/14/2016 | 48 | AMENDED MINUTE ENTRY for Change of Plea Hearing as to Defendant 1. William J. Sears 40 held before Judge William J. Martinez: Amended to reflect the corrected sentencing hearing date of Tuesday, April 25, 2017 at 10:30 a.m. Court Reporter: Mary George. (dhans, ) (Entered: 11/15/2016) |
| 11/14/2016 | 44 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant William J. Sears (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 43 | RESTRICTED DOCUMENT – Level 2: Plea Agreement, Attachments A and B, as to William J. Sears. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 42 | RESTRICTED DOCUMENT – Level 2: Plea Agreement, pages 26 thru 47 as to William J. Sears. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 41 | RESTRICTED DOCUMENT – Level 2: Plea Agreement, pages 1 thru 25, as to William J. Sears. (dhans, ) (Entered: 11/14/2016) |
| 11/14/2016 | 40 | MINUTE ENTRY for proceedings held before Judge William J. Martinez: Change of Plea Hearing as to Defendant 1. William J. Sears held on 11/14/2016. Defendant pleads guilty to Counts One and Two of the Information and admits to the forfeiture allegation. ORDERED:Defendant Sears' Plea Agreement will be filed restricted – Level 2.The parties have up to and including Monday, November 28, 2016 to file motions for leave to file redacted Plea Agreements for Defendant Sears and Defendant Dittman assuming Defendant Dittman goes ahead with his Plea Agreement. Sentencing for Defendant Sears is set for 4/24/2017 at 10:30 AM in Courtroom A801 |

| | | |
|---|---|---|
| | | before Judge William J. Martinez. IT IS ORDERED that the defendant is permitted to remain free on bond subject to the conditions of release as set forth in the Order Setting Conditions of Release entered by the Magistrate Judge, with the following ADDITIONAL CONDITIONS: The defendant will not discuss the facts of this case, the evidence, witnesses, or any of the issues raised by this prosecution, either with his co−defendant, Mr. Dittman, or any other potential witness in this case.Court Reporter: Mary George. (dhans, ) (Entered: 11/14/2016) |
| 11/08/2016 | 37 | ORDER as to **William J. Sears (1)**: At the Change of Plea Hearing set for November 14, 2016, the parties should be prepared to discuss whether, pursuant to 18 U.S.C. § 3143, Defendant Sears should remain on pretrial release pending imposition of his sentence, or whether his bond should be revoked and he should be remanded at the conclusion of the Change of Plea Hearing. SO ORDERED by Judge William J. Martinez on 11/08/2016. Text Only Entry (wjmsec, ) (Entered: 11/08/2016) |
| 10/17/2016 | 22 | ORDER granting 21 Motion to Disclose Grand Jury Material as to William J. Sears (1), Scott M. Dittman (2) by Judge William J. Martinez on 10/17/2016. (cthom, ) (Entered: 10/17/2016) |
| 10/17/2016 | 21 | MOTION to Disclose Grand Jury Material to Defendant by USA as to William J. Sears, Scott M. Dittman. (Attachments: # 1 Proposed Order (PDF Only))(Harmon, Kenneth) (Entered: 10/17/2016) |
| 09/16/2016 | 18 | Passport Receipt as to William J. Sears.Surrender of passport re Bond Conditions; Passport Number 498719491 (cthom, ) (Entered: 09/19/2016) |
| 09/16/2016 | 15 | NOTICE OF ATTORNEY APPEARANCE: Marci Gilligan LaBranche appearing for William J. SearsAttorney Marci Gilligan LaBranche added to party William J. Sears(pty:dft) (LaBranche, Marci) (Entered: 09/16/2016) |
| 09/16/2016 | 14 | ORDER Setting Change of Plea Hearing as to **William J. Sears (1)**: Pursuant to the Notice of Disposition 5 filed by the Defendant, a Change of Plea Hearing is hereby set for November 14, 2016 at 10:00 a.m. in Courtroom A801. Counsel for the parties shall e−mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on November 7, 2016**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully−briefed substitute AUSA must be physically present in the courtroom at the time of the hearing. SO ORDERED by Judge William J. Martinez on 09/16/2016. Text Only Entry (wjmsec, ) (Entered: 09/16/2016) |
| 09/16/2016 | 5 | NOTICE of Disposition by William J. Sears (Winocur, Fredric) (Entered: 09/16/2016) |
| 09/16/2016 | 4 | NOTICE OF ATTORNEY APPEARANCE: Fredric Michael Winocur appearing for William J. SearsAttorney Fredric Michael Winocur added to party William J. Sears(pty:dft) (Winocur, Fredric) (Entered: 09/16/2016) |
| 09/15/2016 | 17 | WAIVER OF INDICTMENT by William J. Sears by Magistrate Judge Kathleen M. Tafoya on 9/15/16. (sgrim) (Entered: 09/19/2016) |
| 09/15/2016 | 10 | ORDER Setting Conditions of Release as to William J. Sears (1) Personal Recognizance by Magistrate Judge Kathleen M. Tafoya on 9/15/16. (lgale, ) (Entered: 09/16/2016) |
| 09/15/2016 | 9 | Personal Recognizance Bond Entered as to William J. Sears (lgale, ) (Entered: 09/16/2016) |
| 09/15/2016 | 7 | Discovery Conference Memorandum and ORDER: as to William J. Sears by Magistrate Judge Kathleen M. Tafoya on 9/15/16. (lgale, ) (Entered: 09/16/2016) |
| 09/15/2016 | 6 | MINUTE ENTRY for Initial Appearance, Arraignment, Discovery and Detention Hearing as to William J. Sears and Scott M. Dittman held before Magistrate Judge Kathleen M. Tafoya on 9/15/2016. Parties tender an information to the Court. The |

| | | |
|---|---|---|
| | | Court accepts the information as tendered. Defendants advised. Plea of NOT GUILTY entered by defendants. Discovery memorandum executed. Bond set as to William J. Sears (1) Personal Recognizance and Scott M. Dittman (2) Personal Recognizance. Defendants advised of conditions of bond and remanded for processing and release. Counsel is directed to chambers. (Total time: 34 minutes, Hearing time: 1:46–2:20)<br><br>**APPEARANCES**: Kenneth Harmon on behalf of the Government, William Taylor for Defendant Scott Dittman, Frederick Winocur on behalf of William Sears on behalf of the defendant. FTR: KMT Courtroom C201. (lgale, ) Text Only Entry (Entered: 09/16/2016) |
| 09/15/2016 | 1 | INFORMATION as to William J. Sears (1) count(s) 1, 2, Scott M. Dittman (2) count(s) 1. (Attachments: # 1 Criminal Information Sheet, # 2 Criminal Information Sheet) (cthom, ) (Entered: 09/16/2016) |