IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 29 2022

JEFFREY P. COLWELL
CLERK

Civil Action No. __1:21-CV-00141 / 1:16-CR-00301-WJM-1__
(To be supplied by the court)

__WILLIAM J. SEARS_____, Applicant,

v.

__UNITED STATES OF AMERICA_____, Respondent(s).

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915
IN A HABEAS CORPUS ACTION

I request leave to commence this habeas corpus action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. I have   __$540.38__   in my prison account.
              (amount)

(Rev. 4/15/02)

4.  My other assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

NONE.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on    8-25-22
                (Date)

(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certificate of the warden or other appropriate officer of the institution in which you are confined as to the amount of money or securities currently on deposit in your inmate trust fund account (or institutional equivalent).

(Rev. 4/15/02)                                       2

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 56353054 | Current Institution: | Florence FCC |
| Inmate Name: | SEARS, WILLIAM | Housing Unit: | FLF-T-A |
| Report Date: | 08/25/2022 | Living Quarters: | T01-115L |
| Report Time: | 9:52:51 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0684 |
| PAC #: | 192746053 |
| Revalidation Date: | 10th |
| FRP Participation Status: | Completed |
| Arrived From: | ENG |
| Transferred To: | |
| Account Creation Date: | 2/7/2020 |
| Local Account Activation Date: | 2/22/2020 3:12:09 AM |
| Sort Codes: | |
| Last Account Update: | 8/25/2022 6:39:00 AM |
| Account Status: | Active |
| Phone Balance: | $19.90 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $2,000.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☑ Payroll   ☑ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $540.38 |
| Pre-Release Balance: | $500.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $40.38 |
| National 6 Months Deposits: | $870.26 |
| National 6 Months Withdrawals: | $1,313.52 |
| Available Funds to be considered for IFRP Payments: | $420.26 |
| National 6 Months Avg Daily Balance: | $731.36 |
| Local Max. Balance - Prev. 30 Days: | $642.88 |
| Average Balance - Prev. 30 Days: | $560.75 |

William Sears
#56353-054
Florence FPC
P.O. Box 5000
Florence, CO 81226

U.S. District Court
901 19th Street, Room A105
Denver, CO 80294