IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 16-cr-301-WJM-1
(Civil Action No. 21-cv-0141-WJM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIAM J. SEARS,

    Defendant.

## ORDER

Defendant William J. Sears has filed a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action" (ECF No. 294). Because Mr. Sears is proceeding *pro se*, the Court will construe his request for leave to proceed *in forma pauperis* on appeal liberally but will not serve as his advocate. *See Hall v. Bellmon,* 935 F.2d 1106, 1110 (10th Cir. 1991). The Court finds that the motion is deficient because it is not filed on the proper Court-approved form. The Court further finds that Mr. Sears' appeal of the Order Denying Defendant's Petition to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 289) is not taken in good faith for the reasons stated in the order. Accordingly, it is

ORDERED that the "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action" (ECF No. 294) is **DENIED**. It is further

ORDERED that Mr. Sears may file an *in forma pauperis* motion in the U.S. Court of Appeals for the Tenth Circuit.

Dated this 2nd day of September, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge