UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 16-cr-301-WJM-1

UNITED STATES OF AMERICA,
Plaintiff,

v.

1.   WILLIAM J. SEARS
Defendant.

_____

**MOTION TO WITHDRAW PURSUANT TO GENERAL ORDER 2020-7**
_____

COMES NOW Mark C. Johnson, counsel for William J. Sears ("Mr. Sears) pursuant to General Order 2020-7 (GO 2020-7) and moves to withdraw as counsel. In support, he states:

1.   On August 28, 2020 the undersigned entered his appearance pursuant to General Order 2020-7 to represent Mr. Sears in connection with compassionate release matters.

2.   GO 2020-7 provides for appointment of counsel "to decide whether the defendant is eligible to petition the Court for compassionate release under Section 603(b) of the First Step Act of 2018, 18 U.S.C. §§ 3582(c) and (d), and, where appropriate, to file a motion for compassionate release."

3.   The GO further provides that all "pro se filings [seeking compassionate release] will be reviewed by the Federal Public Defender [FPD] and timely addressed in the manner described above." The administrator of the CJA program for this jurisdiction contacted the undersigned and requested that he

enter his appearance and represent Mr. Sears in determining the viability of a motion for compassionate release.

4. Having reviewed information provided by Mr. Sears and the documentation obtained from the Bureau of Prisons, according to the requirements of the GO, counsel notifies the Court that no motion for compassionate release will be filed by the undersigned. By filing this motion, counsel does not intend to communicate the merits of any motion Mr. Sears may pursue *pro se* regarding a compassionate release, nor support a particularly adjudication.

5. Pursuant to the provisions of the GO, counsel respectfully moves to withdraw as counsel in the case with respect to compassionate release matters. The undersigned specifically represents to the Court that he has followed the dictates of local rule D.C.COLO.LAttyR.5 that sets out the requirements for any motion to withdraw filed by an attorney in a criminal matter who has entered an appearance. The undesigned has served the notice of withdraw on Mr. Sears by letter mailed by first class mail to Mr. Sears at his place of incarceration at Florence FCI, Florence, Colorado. The undersigned also advised Mr. Sears that he would now be personally responsible for complying with all court orders and time limitations in regard to litigating a motion for compassionate release.

6. Therefore, the undersigned requests that this Court enter an order allowing him to withdraw from further representation of Mr. Sears.

DATED September 27, 2022

Respectfully Submitted,

*s/ Mark C. Johnson*
_____
Mark C. Johnson
4450 Arapahoe Avenue, Suite 100
Boulder, CO 80303
(303) 448-8836
Mark.Johnson68@gmail.com
**COUNSEL FOR DEFENDANT WILLIAM J. SEARS**

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022 I electronically served the foregoing motion electronically by filed the motion with the Clerk of the Court using the CM/ECF system, that will send notice of such filing to the parties in the case.

Additionally, I mailed a copy of this motion by first class mail to Mr. Sears at his place of confinement at:

**William J. Sears**
#56353-054
FLORENCE FEDERAL PRISON CAMP
Inmate Mail/Parcels
PO Box 5000
Florence, CO 81226


*s/ Mark C. Johnson*
_____
Mark C. Johnson