FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**January 4, 2023**

_____

Christopher M. Wolpert
Clerk of Court

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

WILLIAM J. SEARS,

    Defendant - Appellant.

No. 22-1243
(D.C. Nos. 1:21-CV-00141-WJM &
1:16-CR-00301-WJM-1)
(D. Colo.)

_____

**ORDER**
_____

Before **MATHESON**, **KELLY**, and **ROSSMAN**, Circuit Judges.
_____

Appellant's petition for rehearing is denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk